ORIGINAL

ECF

RECEIVED & FILED
JUN 30 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
BELL BCI COMPANY

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Charlie C.H. Lee

Firm Name: Moore and Lee, LLP

Post Office Box: 03-1613C

Street Address: 1750 Tysons Blvd, Suite 1450

City-State-Zip: McLean, Virginia 22102-4225

Telephone & Facsimile Numbers: Telephone: (703) 506-2050; Fax (703) 506-2051

E-mail address: c.lee@mooreandlee.com

Is the attorney of record admitted to the Court of Federal Claims Bar? YES
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: H H S

See attached Sheet for three digit code.

Amount Claimed: $ 7,700,000.000 (at least)

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003