IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BELL BCI COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1613C (Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF TELEPHONE AND FACSIMILE NUMBER CHANGES

To the Clerk:

The telephone and facsimile numbers of defendant's attorney of record, Kyle Chadwick, have changed to those below. Physical service of all papers by opposing parties should continue to be addressed as follows:

Kyle Chadwick
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
1100 L Street N.W., 8th Floor

Dated: July 28, 2003

s/Kyle Chadwick

KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 305-7562
Fax: (202) 305-7643

Certificate of Filing

I hereby certify that on July 18, 2003, a copy of foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick