IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BELL BCI COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1613C |
| | ) | (Judge Wolski) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Court's Rules, defendant, the United States, respectfully requests an enlargement of time of 28 days, from August 29, 2003 to and including September 26, 2003, to respond to the complaint. This is our first such request. Richard O. Wolf, counsel for Bell BCI Company, informed the undersigned counsel for defendant that plaintiff does not oppose this request.

We request this enlargement because the affected agency, the United States Department of Health and Human Services, owing in large part to the absence of various personnel from their offices on prescheduled leave, has been unable to complete a litigation report for the Department of Justice or to fully address the more than 70 paragraphs of detailed historical allegations set forth in the complaint. We expect that process to be completed approximately in mid-September. Some additional time will be needed for the undersigned to draft a response to the complaint and obtain supervisory review.

Accordingly, we request that our unopposed motion for an enlargement of time of 28 days, to and including September 26, 2003, to respond to the complaint be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRYANT G. SNEE
Assistant Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 307-0972

Attorneys for Defendant

August 28, 2003

CERTIFICATE OF FILING

I certify that on August 28, 2003, the attached document was filed by means of the Court's electronic filing system. I understand that service upon opposing counsel will be made by the Court's system.

s/Kyle Chadwick