# In the United States Court of Federal Claims

**No. 03-1613C**
**Filed: September 12, 2003**

* * * * * * * * * * * * * * * * *

**BELL BCI COMPANY,** *

**Plaintiff,** *

**v.** *

**UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to defendant's unopposed motion for enlargement of time, filed August 23, 2003, for good cause shown, th enlargement of time is GRANTED. Defendant shall file its response to the complaint no later than September 26, 2003.

Because of the early stage of this case and the relatively modest size of the requested enlargement, the court is giving the defendant some latitude in this instance. However, both parties are advised against expecting extensions to be granted in the future absent compelling justification.

**SO ORDERED**.

**s/Victor J. Wolski**
VICTOR J. WOLSKI
Judge