# In the United States Court of Federal Claims

No. 03-1613C

(Filed February 20, 2004)

| | |
|---|---|
| *************************** | * |
| **BELL BCI COMPANY,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES OF AMERICA,** | * |
| | * |
| | * |
| Defendant. | * |
| *************************** | |

**SCHEDULING ORDER**

Pursuant to conversations between chambers and the parties, the Court hereby sets the Preliminary Scheduling Conference in this case. The conference shall be held at 10:30 a.m. on Thursday, February 26, 2004, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

**SO ORDERED**.

s/Victor J. Wolski
**VICTOR J. WOLSKI**
**Judge**