# In the United States Court of Federal Claims

No. 03-1613C

(Filed February 27, 2004)

| | |
|---|---|
| ************************** | * |
| **BELL BCI COMPANY,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES OF AMERICA**, | * |
| | * |
| | * |
| Defendant. | * |
| | * |
| ************************** | * |

## SCHEDULING ORDER

Pursuant to Rule 16(b) of the RULES OF THE UNITED STATES COURT OF FEDERAL CLAIMS ("RCFC"), the Court held a status conference on the record with the parties on February 26, 2003 to set a schedule for discovery. As a result of that status conference, and in accordance with the "Proposed Discovery Plan" submitted by parties in their Joint Preliminary Status Report, filed November 12, 2003, the Court adopts the following schedule for discovery:

1. Written Discovery. All written discovery requests permitted by RCFC Rules 31, 33, 34, and 36 shall be served on or before August 2, 2004.

2. Expert Disclosures, Rebuttals, and Replies. The parties' respective RCFC Rule 26(a)(2) expert disclosures, including expert reports, shall be served on or before July 16, 2004. Either party may serve a rebuttal expert report on or before August 13, 2004. Either party may serve a reply expert report on or before August 27, 2004.

3. Fact Discovery. All fact discovery, including the depositions of fact witnesses, shall be completed by September 15, 2004.

4. Expert Discovery. All expert discovery, including the depositions of proposed experts, shall be completed by September 30, 2004.

The parties shall submit a Joint Status Report to this Court by Tuesday, October 5, 2004. A post-discovery status conference will be held on Tuesday, October 12, 2004 at 10:00 a.m., at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

**SO ORDERED**.

/S/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge