**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BELL BCI COMPANY,** | |
| **Plaintiff,** | |
| **v.** | **No. 03-1613C** **(Judge Wolski)** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES**

The plaintiff, Bell BCI Company ("BELL"), respectfully moves the Court for an extension of the discovery deadlines set forth in the Court's Scheduling Order filed on February 27, 2004. As discussed in greater detail below, an extension is sought in order to allow the parties time to conclude the production of documents and to discuss settlement. In support of this Unopposed Motion, BELL states as follows:

1. The parties have served and responded to written discovery requests, and are in the process of completing the exchange of documents. There is a substantial amount of "paper" discovery in this action.

2. The parties' goals are to conclude promptly the production of documents and exchange of initial expert reports, and then engage in settlement discussions, possibly including mediation.

3. To facilitate that process, the following revisions to the Court's Scheduling Order are requested:

(i) Written Discovery. All written discovery requests permitted by RCFC Rules 31, 33, 34, and 36 shall be served on or before October 1, 2004.

(ii) Expert Disclosures and Replies. The parties' respective RCFC Rule 26(a)(2) expert disclosures, including expert reports, shall be served on or before August 30, 2004. Either party may serve one additional report in rebuttal/reply on or before October 26, 2004.

(iii) Fact Discovery. All fact discovery, including the depositions of fact witnesses, shall be completed by November 15, 2004.

(iv) Expert Discovery. All expert discovery, including the depositions of proposed experts, shall be completed by November 29, 2004.

(vi) Joint Status Report. The parties shall submit a Joint Status Report to the Court by December 6, 2004.

4. The defendant, The United States of America, does not oppose this Motion.

WHEREFORE, BELL respectfully moves the Court to enter an Order extending the discovery deadlines to the dates listed above. A proposed Order is attached for the Court's consideration.

Respectfully submitted,

BELL BCI Company

By Counsel:

s/ Richard O. Wolf
Charlie C.H. Lee
Richard O. Wolf
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225
Telephone: (703) 506-2050
Facsimile: (703) 506-2051
E-Mail: r.wolf@mooreandlee.com

Dated: June 30, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of June, 2004, I caused a true copy of the foregoing Unopposed Motion to Extend Discovery Deadlines and proposed Order to be served via the Court's ECF procedures on the following counsel for the defendant:

Kyle Chadwick
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn.: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Facsimile: 202-305-7643

s/ Richard O. Wolf
Richard O. Wolf