**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BELL BCI COMPANY,** | |
| **Plaintiff,** | |
| **v.** | **No. 03-1613C** |
| | **(Judge Wolski)** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**ORDER**

Before the Court is the plaintiff's Unopposed Motion to Extend Discovery Deadlines. The Court finds that there is good cause for granting the Unopposed Motion so as to allow the parties to conclude discovery and engage in settlement discussions. Accordingly, the Unopposed Motion is GRANTED, and the schedule for discovery is amended as follows:

1. Written Discovery. All written discovery requests permitted by RCFC Rules 31, 33, 34, and 36 shall be served on or before October 1, 2004.

2. Expert Disclosures and Replies. The parties' respective RCFC Rule 26(a)(2) expert disclosures, including expert reports, shall be served on or before August 30, 2004. Either party may serve one additional report in rebuttal/reply on or before October 26, 2004.

3. Fact Discovery. All fact discovery, including the depositions of fact witnesses, shall be completed by November 15, 2004.

4. Expert Discovery. All expert discovery, including the depositions of proposed experts, shall be completed by November 29, 2004.

5. Joint Status Report. The parties shall submit a Joint Status Report to the Court by December 6, 2004.

**SO ORDERED.**

______________________________
JUDGE