# In the United States Court of Federal Claims

No. 03-1613C
(Filed July 15, 2004)

* * * * * * * * * * * * * * * * * * * * * * *
**BELL BCI COMPANY,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff filed an unopposed motion to extend the discovery deadlines promulgated in the Court's scheduling order of February 27, 2004. Due to the substantial amount of documents to be produced and to allow the parties to engage in settlement negotiations, for good cause shown, the Court **GRANTS** plaintiff's motion. The schedule for discovery is amended as follows:

1. Written Discovery. All written discovery requests permitted by the RULES OF THE UNITED STATES COURT OF FEDERAL CLAIMS ("RCFC") 31, 33, 34, and 36 shall be served on or before October 1, 2004.

2. Expert Disclosures, Rebuttals, and Replies. The parties' respective RCFC Rule 26(a)(2) expert disclosures, including expert reports, shall be served on or before August 30, 2004. Either party may serve one additional report in rebuttal/reply on or before October 26, 2004.

3. Fact Discovery. All fact discovery, including the depositions of fact witnesses, shall be completed by November 15, 2004.

4. Expert Discovery. All expert discovery, including the depositions of proposed experts, shall be completed by November 29, 2004.

The parties shall submit a Joint Status Report to the Court by December 6, 2004.

**IT IS SO ORDERED.**

/S/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge