# In the United States Court of Federal Claims

No. 03-1613C
(Filed October 6, 2004)

* * * * * * * * * * * * * * * * * * * * * * *
*
**BELL BCI COMPANY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Pursuant to conversations between chambers and counsel for the parties, the Court hereby reschedules the post-discovery status conference in this case, originally scheduled for October 12, 2004. The conference shall be held by telephone at 10:00 a.m. on Wednesday, December 15, 2004.

**IT IS SO ORDERED**.

/S/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge