**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BELL BCI COMPANY,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES OF AMERICA,**<br>**Defendant.** | **No. 03-1613C**<br>**(Judge Wolski)** |

**JOINT MOTION TO EXTEND DISCOVERY**

The parties, through their respective undersigned counsel, respectfully move the Court for an extension of the discovery deadlines. As discussed in greater detail below, an extension is sought in order to allow the parties time to conclude discovery and to explore the possibility of further settlement discussions. In support of their Joint Motion, the parties state the following:

1. There has been a substantial amount of document discovery in this action.

2. The parties have submitted initial expert reports, and will exchange final expert reports shortly.

3. Despite lengthy discussions about alternative dispute resolution (ADR), the parties have not reached an agreement to resolve their dispute by mediation or other means.

4. Additional time is necessary to complete factual and expert discovery and to conclude taking a number of depositions of each party's fact and expert witnesses.

5. To facilitate that orderly conclusion of discovery, the following extensions are requested:

   a. Fact Discovery. All fact discovery, including the depositions of fact witnesses, shall be completed by February 28, 2005.

b. Expert Discovery. All expert discovery, including the depositions of proposed experts, shall be completed by February 28, 2005.

c. Joint Status Report. The parties shall submit a Joint Status Report to the Court on or before March 7, 2005.

WHEREFORE, the parties respectfully request the Court to enter an Order extending the discovery deadlines to the dates listed above. A proposed Order is attached.

Respectfully submitted,

BELL BCI COMPANY
By Counsel:

s/Charlie C.H. Lee
Charlie C.H. Lee
Richard O. Wolf
MOORE & LEE, LLP
1750 Tysons Boulevard
Suite 1450
McLean, Virginia 22102-4225
Telephone: 703-506-2050
Facsimile: 703-506-2051
E-Mail: c.lee@mooreandlee.com
Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/
BRYANT G. SNEE
Assistant Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644

October 28, 2004