**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BELL BCI COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-1613C** |
| | ) | **(Judge Wolski)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**ORDER**

Before the Court is the parties' Joint Motion to Extend Discovery Deadlines. The Court finds that there is good cause for granting the Joint Motion. Accordingly, the Joint Motion is GRANTED, and the schedule for discovery is amended as follows:

1. Fact Discovery. All fact discovery, including the depositions of fact witnesses, shall be completed by February 28, 2005.

2. Expert Discovery. All expert discovery, including the depositions of proposed experts, shall be completed by February 28, 2005.

3. Joint Status Report. The parties shall submit a Joint Status Report to the Court by March 7, 2005.

4. Post-Discovery Status Conference: The Court will hold a post-discovery status conference on ______________________, 2005.

**SO ORDERED**.

________________________________
JUDGE