# In the United States Court of Federal Claims

No. 03-1613C
(Filed November 1, 2004)

* * * * * * * * * * * * * * * * * * * * * * *

**BELL BCI COMPANY,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On October 28, 2004, the parties filed a Joint Motion to Extend Discovery Deadlines. The Court **GRANTS** the Joint Motion, and the schedule for discovery is amended as follows:

1. Fact Discovery. All fact discovery, including the depositions of fact witnesses, shall be completed by Monday, February 28, 2005.

2. Expert Discovery. All expert discovery, including the depositions of proposed experts, shall be completed by Monday, February 28, 2005.

3. Joint Status Report. The parties shall submit a Joint Status Report to the Court on or by Monday, March 7, 2005.

4. Post-Discovery Status Conference. The Court will hold a post-discovery status conference by telephone on Tuesday, March 15, 2005 at 10:00 a.m.

**IT IS SO ORDERED.**

/S/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge