**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BELL BCI COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 03-1613C**<br>**(Judge Wolski)** |

**SUBSTITUTION OF LEAD ATTORNEY TO BE NOTICED FOR PLAINTIFF**

Please take notice that Richard O. Wolf hereby replaces Charlie C.H. Lee as the Lead Attorney to Be Noticed as counsel for the Plaintiff, BELL BCI Company.

Respectfully submitted,

BELL BCI COMPANY

By counsel,

s/ Richard O. Wolf

Richard O. Wolf
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225
Telephone: (703) 506-2050
Facsimile: (703) 506-2051
E-mail: r.wolf@mooreandlee.com

Dated: January 19, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of January, 2005, I caused a true copy of the foregoing to be served via the Court's ECF procedures on the following counsel for the defendant:

Kyle Chadwick
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn.: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Facsimile: 202-305-7643

s/ Richard O. Wolf
Richard O. Wolf