# In the United States Court of Federal Claims

No. 03-1613C
(Filed January 27, 2005)

* * * * * * * * * * * * * * * * * * * * * * *

**BELL BCI COMPANY,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

At the request of plaintiff's counsel, the Court will hold a status conference by telephone at **2:00 p.m.** on Monday, **January 31, 2005**, to discuss discovery issues that have arisen. The parties are to file a Joint Status Report on or by Friday, January 27, 2005, detailing the issues to be discussed at the status conference.

**IT IS SO ORDERED.**

/S/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge