**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BELL BCI COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 03-1613C**<br>**(Judge Wolski)** |

**JOINT STATUS REPORT REGARDING DISCOVERY DISPUTE**

In accordance with the Court's Order of January 27, 2005, the parties respectfully submit this Joint Status Report Regarding Discovery Dispute.

## I. MATTER IN DISPUTE

This dispute involves the United States' ("Government") objection to designating a witness to testify about one of the subject matter categories set forth in BELL BCI Company's ("BELL") RCFC 30(b)(6) Notice of Deposition. Among the matters that BELL requested the Government to designate a witness to testify at deposition were the following:

> 18. The Government's internal communications and its communications with third parties (including other suppliers, subcontractors or other persons or entities who performed work on the Project) relating to the schedule for the Project, BELL's REA [Request for Equitable Adjustment], the Subcontractors' REAs, the Project's critical path method schedule, the Extra-Work Orders submitted by BELL, and any liquidated damages.

The Government has refused to designate a witness to testify about the foregoing matters based on its objection that BELL's request is overly broad and unduly burdensome. Counsel for the parties have conferred several times, but have been unable to resolve this dispute. The RCFC 30(b)(6) deposition of the Government is scheduled to commence February 4, 2005.

## II. BELL'S POSITION

BELL submits that the Government should be directed to produce a witness for deposition who can testify with reasonable knowledge about the matters set forth above because those matters form the core of this case. BELL's Complaint seeks this Court's review of each of these matters, to wit:

- Count I of the Complaint seeks review of the Government's denial of BELL's REA.
- Count II of the Complaint seeks review of the Government's assessment of liquidated damages against BELL in excess of $480,000.00, and which are based on the Government's contention that BELL was responsible for not completing the project on schedule.
- Count III of the Complaint states a breach of contract claim against the Government based on BELL's contention that the Government delayed and disrupted BELL's performance, directed BELL to perform additional work and then wrongfully refused to pay BELL for its direct costs and for the resulting delays and inefficiencies, refused to grant BELL an extension of time to complete the work, and refused to pay BELL its Contract balance.
- Count V seeks review of the Government's denial of the REAs submitted by several of BELL's subcontractors.

Through document discovery, BELL has learned that the Government has had communications internally and with third parties regarding BELL's REA, the REAs submitted by BELL's subcontractors, and the Government's assessment of liquidated damages. If the Court deems it appropriate, BELL will submit examples of such documents for the Court's review.

For these reasons, BELL respectfully submits that the Government's objection should be overruled and that the Government should be directed to produce a witness to testify about the matters listed above in Section I. It is neither overly broad nor unduly burdensome for the Government to designate a witness to testify with reasonable knowledge about the matters in question.

## III. GOVERNMENT'S POSITION

The basis for the Government's Objection to designating a witness to testify about the matters at issue are set forth in the attached letters from the Government's counsel dated January 4, 2005, and January 13, 2005. The matters in dispute and the Government's objection thereto are referred to as "item number 18" in the letters attached hereto.

Respectfully submitted,

/s/ Richard O. Wolf
Charlie C.H. Lee
Richard O. Wolf
Robert D. Windus
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225
Telephone: (703) 506-2050
Facsimile: (703) 506-2051

Dated: January 28, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of January, 2005, I caused a true and correct copy of the foregoing to be served via hand-delivery on:

Kyle Chadwick
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. 8th Floor
Washington, D.C. 20530
Facsimile: 202-305-7643

/s/ Richard O. Wolf
Richard O. Wolf