**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BELL BCI COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-1613C** |
| | ) | **(Judge Wolski)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**CONSENT MOTION TO SUBSTITUTE LEAD ATTORNEY FOR PLAINTIFF**

The Plaintiff, BELL BCI Company, respectfully moves to substitute Richard O. Wolf as it lead attorney in this action. In support of this Consent Motion, attached as Exhibit ("Exh.") 1 is the Affidavit of Appointment executed by Richard O. Wolf, and as Exh. 2, the Consent to Substitution endorsed by the Plaintiff's current lead attorney, Charlie C.H. Lee, Esq.

Respectfully submitted,

BELL BCI COMPANY

By counsel,

s/ Richard O. Wolf

Richard O. Wolf
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225
Telephone: (703) 506-2050
Facsimile: (703) 506-2051
E-mail: r.wolf@mooreandlee.com

Dated: January 31, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January, 2005, I caused a true copy of the foregoing to be served via the Court's ECF procedures on the following counsel for the defendant:

Kyle Chadwick
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn.: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Facsimile: 202-305-7643

s/ Richard O. Wolf
Richard O. Wolf