# Exh. 1

# Affidavit of Appointment

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **BELL BCI COMPANY,**<br>**Plaintiff,**<br>v.<br>**THE UNITED STATES OF AMERICA,**<br>**Defendant.** | **No. 03-1613C**<br>**(Judge Wolski)** |

## AFFIDAVIT OF APPOINTMENT

Richard O. Wolf, being duly sworn, and subject to penalty of perjury, hereby affirms:

1. I am a member in good standing of the Bar of this Court.

2. The Plaintiff in the above-referenced action, BELL BCI Company, requests and consents to having me act as its lead attorney.

3. The Plaintiff's current lead attorney, Charlie C.H. Lee, Esq., consents to the substitution.

4. I hereby accept designation as the lead attorney for the Plaintiff.

5. The foregoing statements are true and correct.

Respectfully submitted,

Richard O. Wolf
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225
Telephone: (703) 506-2050
Facsimile: (703) 506-2051
E-mail: r.wolf@mooreandlee.com

Dated: January 31, 2005

SWORN AND SUBSCRIBED TO BEFORE ME THIS 31st DAY OF JANUARY, 2005.

Notary Public

My Commission expires: 9/30/2007