# Exh. 2

# Consent to Substitution

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BELL BCI COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-1613C** |
| | ) | **(Judge Wolski)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**CONSENT TO SUBSTITUTION OF COUNSEL**

In accordance with RCFC 83.1(c)(4), I hereby consent to Richard O. Wolf, Esq. being substituted as lead counsel for the Plaintiff, BELL BCI Company.

Respectfully submitted,

/s Charlie C.H. Lee

Charlie C.H. Lee
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225
Telephone: (703) 506-2050
Facsimile: (703) 506-2051
E-mail: c.lee@mooreandlee.com

Dated: January 31, 2005