# In the United States Court of Federal Claims

No. 03-1613C
(Filed January 31, 2005)

* * * * * * * * * * * * * * * * * * * * * * *

**BELL BCI COMPANY,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On January 31, 2005, the Court held a status conference to discuss a discovery matter related to Rule 30(b)(6) of the Rules of the United States Court of Federal Claims. In order to attempt to resolve the defendant's objection, counsel for the plaintiff agreed that he would provide defendant with clarification, in writing, identifying the specific individuals involved in the communications referred to in item number eighteen of the plaintiff's list of discovery topics. The parties may contact the Court if the clarification provided by the plaintiff does not resolve the defendant's objection.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge