**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BELL BCI COMPANY,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES OF AMERICA,**<br>**Defendant.** | **No. 03-1613C**<br>**(Judge Wolski)** |

**JOINT MOTION TO EXTEND DISCOVERY**

The parties, through their respective undersigned counsel, respectfully move the Court for an extension of the discovery deadlines. As discussed in greater detail below, an extension is sought in order to allow the parties time to conclude discovery. In support of their Joint Motion, the parties state the following:

1. The parties had previously agreed that the RCFC 30(b)(6) deposition of the United States (the "Government") would take place on February 4, 2005.

2. On February 2, 2005, counsel for the Government advised the Plaintiff that the Government's RCFC 30(b)(6) designee would not be ready to testify on February 4, 2005, because he had to attend to other time-sensitive work.

3. On February 7, 2005, counsel for the Government advised the Plaintiff that the Government would produce approximately five (5) boxes of documents to the Plaintiff. The Plaintiff wishes to have the reasonable opportunity to inspect and copy these documents before taking the deposition of the Government and third party witnesses that performed services for the Government.

4. Therefore, to facilitate the orderly conclusion of discovery, the following extensions are requested:

a. Discovery. All discovery, including depositions, shall be completed by no later than March 31, 2005.

b. Joint Status Report. The parties shall submit a Joint Status Report to the Court by April 14, 2005.

c. Post-Discovery Status Conference. A Post-Discovery Status Conference ("Conference") is currently scheduled for March 15, 2005. In light of the extension requested herein, the parties respectfully request the Court to reschedule the Conference to an appropriate date in April 2005.

WHEREFORE, the parties respectfully move the Court to enter an Order extending the discovery deadlines to the dates listed above. A proposed Order is attached for the Court's consideration.

Respectfully submitted,

BELL BCI COMPANY
By Counsel:

s/Richard O. Wolf
Charlie C.H. Lee
Richard O. Wolf
MOORE & LEE, LLP
1750 Tysons Boulevard
Suite 1450
McLean, Virginia 22102-4225
Telephone: 703-506-2050
Facsimile: 703-506-2051
E-Mail: c.lee@mooreandlee.com
Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/
BRYANT G. SNEE
Assistant Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644

February 8, 2005

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BELL BCI COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-1613C** |
| | ) | **(Judge Wolski)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**ORDER**

Before the Court is the parties' Joint Motion to Extend Discovery Deadlines. The Court finds that there is good cause for granting the Joint Motion. Accordingly, the Joint Motion is GRANTED, and the schedule for discovery is amended as follows:

1. Discovery. All discovery, including depositions, shall be completed by no later than March 31, 2005.

2. Joint Status Report. The parties shall submit a Joint Status Report by April 14, 2005.

4. Post-Discovery Status Conference: The Court will hold a post-discovery status conference on ______________________, 2005.

**SO ORDERED**.

______________________________
JUDGE