# In the United States Court of Federal Claims

No. 03-1613C
(Filed February 10, 2005)

* * * * * * * * * * * * * * * * * * * * * * *

**BELL BCI COMPANY,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On February 9, 2005, the parties filed a Joint Motion to Extend Discovery Deadlines. The Court **GRANTS** the Joint Motion, and the schedule for discovery is amended as follows:

1. Discovery. All discovery, including the depositions, shall be completed on or before Thursday, March 31, 2005.

2. Joint Status Report. The parties shall submit a Joint Status Report to the Court on or before Thursday, April 14, 2005.

4. Post-Discovery Status Conference. The Court will hold a post-discovery status conference by telephone on Tuesday, April 19, 2005, at 10:00 a.m. The status conference scheduled for March 15, 2005, is canceled.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge