**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BELL BCI COMPANY,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES OF AMERICA,**<br>**Defendant.** | **No. 03-1613C**<br>**(Judge Wolski)** |

**JOINT STATUS REPORT**

In accordance with the Court's Order of February 10, 2005, the parties respectfully submit this Joint Status Report.

## I. DISCOVERY

Discovery has been completed. Each party served interrogatories, requests for production of documents, responded to the other party's written discovery requests, submitted expert reports, and deposed fact witnesses and proposed expert witnesses.

## II. CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT

The parties intend to file cross-motions for partial summary judgment with regard to the proper interpretation of certain bilateral contract modifications upon which the Government bases its affirmative defense of accord and satisfaction. These cross-motions will not dispose of all claims in this case. The parties believe it would be prudent, however, to defer setting a trial date until after the Court has resolved the cross-motions.

The parties respectfully request that a briefing schedule for the cross-motions for partial summary judgment be set at the Post-Discovery Status Conference that will be conducted via

telephone at 10:30 a.m. on April 19, 2005. Counsel shall confer prior to the Post-Discovery Status Conference and shall propose a briefing schedule to the Court.

**III. ALTERNATIVE DISPUTE RESOLUTION**

The Plaintiff, BELL BCI Company, will agree to pursue alternative dispute resolution.

Respectfully submitted,

BELL BCI COMPANY
By Counsel:

s/Richard O. Wolf
Richard O. Wolf
MOORE & LEE, LLP
1750 Tysons Boulevard
Suite 1450
McLean, Virginia 22102-4225
Telephone: 703-506-2050
Facsimile: 703-506-2051
E-Mail: c.lee@mooreandlee.com
Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/
BRYANT G. SNEE
Assistant Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7644

KRYSTAL A. JORDAN
Office of General Counsel
Department of Health and Human Services

Dated: April 14, 2005

Attorneys for Defendant