# In the United States Court of Federal Claims

No. 03-1613C
(Filed April 19, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
*
**BELL BCI COMPANY**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On April 19, 2005, the Court held a post-discovery status conference with counsel for the parties during which a schedule for the parties' cross-motions for summary judgment was discussed. The defendant will file its cross-motion for summary judgment on or before Wednesday, June 1, 2005. All further briefing will be in accordance with Rule 7.2 of the Rules of the Court of Federal Claims. The Court will hold oral argument on the cross-motions at **9:30 a.m.** on Thursday, **September 8, 2005**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge