IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BELL BCI COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1613C |
| | ) | (Judge Wolski) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Court's Rules, defendant, the United States, respectfully requests an enlargement of time of two days, from June 1 to and including June 3, 2005, to file its partially dispositive motion. This is our first such request. Richard O. Wolf, counsel for Bell BCI Company, states that plaintiff does not oppose this request.

Government counsel has essentially completed a draft of the motion, but some additional time is required to confer with the National Institutes of Health, assemble and scan the appendix, and obtain supervisory review. We will file the motion on June 2 if possible. The requested enlargement should cause no undue delay, prejudice, or inconvenience. In particular, it need not affect the scheduled date of oral argument, September 8, 2005.

CONCLUSION

Accordingly, we respectfully request the Court to grant our request to enlarge by two days, from June 1 to and including June 3, 2005, the due date for the Government's motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/
BRYANT G. SNEE
Assistant Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

June 1, 2005

CERTIFICATE OF FILING

I certify that on June 1, 2005, the attached document was filed by means of the Court's electronic filing system. I understand that service upon opposing counsel will be made by the Court's system.

s/Kyle Chadwick