No. 03-1613C
Judge Wolski

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BELL BCI COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# APPENDIX TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING ACCORD AND SATISFACTION

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRYANT G. SNEE
Assistant Director

KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

OF COUNSEL:
DOUGLAS KORNREICH
KRYSTAL A. JORDAN
Attorneys
Procurement, Fiscal and
Information Law Branch
Office of General Counsel
Department of Health and
Human Services

June 3, 2005

INDEX TO DEFENDANT'S APPENDIX

National Institutes of Health Building 50 description from Bell Construction website .................. 1

"Laboratories for the 21st Century" Case Study of NIH Building 50, by Environmental Protection Agency and Department of Energy ............................ 2

Deposition of Jeremy Bardin, March 2, 2005 .................. 10

Modification No. 93 ...................................... 21

Summary of Negotiations for Modification No. 93 ............. 24

Modification No. 94 ...................................... 27

Modification No. 95 ...................................... 29

Summary of Negotiations for Modification No. 95 ............. 31

Modification No. 96 ...................................... 34

Modification No. 97 ...................................... 37

Modification No. 98 ...................................... 39

Modification No. 99 ...................................... 41

Modification No. 100 ..................................... 43

Summary of Negotiations for Modification No. 100 ............ 45

Modification No. 101 ..................................... 47

Modification No. 102 ..................................... 49

Modification No. 103 ..................................... 51

Summary of Negotiations for Modification No. 103 ............ 53

Modification No. 104 ..................................... 56

Summary of Negotiations for Modification No. 104 ............ 58

Modification No. 105 ..................................... 61

Modification No. 107 .................................... 63

Summary of Negotiations for Modification No. 107 ............ 65

Modification No. 108 .................................... 67

Summary of Negotiations for Modification No. 108 ............ 69

Modification No. 109 .................................... 71

Modification No. 110 .................................... 73

Modification No. 111 .................................... 75

Modification No. 112 .................................... 77

Summary of Negotiations for Modification No. 112 ............ 79

Modification No. 113 .................................... 83

Modification No. 114 .................................... 85

Modification No. 115 .................................... 87

Modification No. 116 .................................... 89

Modification No. 117 .................................... 91

Modification No. 119 .................................... 93

Modification No. 120 .................................... 95

Modification No. 121 .................................... 97

Modification No. 122 .................................... 99

Modification No. 123 .................................... 101

Summary of Negotiations for Modification No. 123 ........... 103

Modification No. 124 .................................... 107

Modification No. 125 .................................... 109

Modification No. 126 .................................... 111

Summary of Negotiations for Modification No. 126 ........... 113

Modification No. 127 .................................... 116

Modification No. 128 .................................... 118

Modification No. 129 .................................... 120

Modification No. 130 .................................... 122

Summary of Negotiations for Modification No. 130 ........... 124

Modification No. 132 .................................... 128

Summary of Negotiations for Modification No. 132 ........... 130

Modification No. 133 .................................... 132

Summary of Negotiations for Modification No. 133 ........... 134

Modification No. 135 .................................... 138

Summary of Negotiations for Modification No. 135 ........... 140

Modification No. 136 .................................... 144

Summary of Negotiations for Modification No. 136 ........... 146

Modification No. 137 .................................... 148

Modification No. 138 .................................... 150

Summary of Negotiations for Modification No. 138 ........... 152

Modification No. 139 .................................... 156

Modification No. 140 .................................... 158

Summary of Negotiations for Modification No. 140 ........... 160

Expert Report of Patrick W. Brannon, P.E.,
September 9, 2004 (excerpts) ............................ 163

July 31, 2001 letter from Bell to NIH contracting
officer ................................................ 169

BELL CONSTRUCTION

# National Institutes of Health Building 50

About the Company

Employment

Construction Equipment Trading



- **Location:** Bethesda, Maryland
- **Owner:** National Institutes of Health
- **Scope:** Bell provided general construction of this 300,000 square foot laboratory building including vivariums and class BL-3 rooms. This seven-story building features cast-in-place concrete walls, post tensioned concrete floors, steel framed interstitial levels, brick/stone veneer and exterior glass curtain walls. Bell also installed a 1825KW generator specifically for this building.
- **Completion Date:** May 2001

BACK



# LABORATORIES FOR THE 21ST CENTURY: CASE STUDIES

### Case Study Index

**Laboratory Type**
- [x] Wet lab
- [ ] Dry lab
- [ ] Clean room

**Construction Type**
- [x] New
- [ ] Retrofit

**Type of Operation**
- [ ] Research/development
- [ ] Manufacturing
- [ ] Teaching
- [x] Chemistry
- [x] Biology
- [ ] Electronics

**Service Option**
- [ ] Suspended ceiling
- [ ] Utility corridor
- [x] Interstitial space

**Featured Technologies**
- [x] Fume hoods
- [x] Controls
- [x] Mechanical systems
- [ ] Electrical loads
- [ ] Water conservation
- [ ] Renewables
- [ ] Sustainable design/planning
- [ ] On-site generation

**Other Topics**
- [ ] Diversity factor
- [ ] Carbon trading
- [ ] Selling concepts to stakeholders
- [ ] Design process

**LEED Rating**
- [ ] Platinum
- [ ] Silver
- [ ] Bronze



03094301m

## THE LOUIS STOKES LABORATORIES, BUILDING 50, NATIONAL INSTITUTES OF HEALTH, BETHESDA, MARYLAND

### Introduction

The Louis Stokes Laboratories, Building 50 at the National Institutes of Health (NIH) in Bethesda, Maryland, reflects a strong commitment to the energy-efficiency goals of the Laboratories for the 21st Century program, a joint endeavor of the U.S. Environmental Protection Agency (EPA) and the U.S. Department of Energy (DOE). In an aggressive approach to energy efficiency, the building incorporates the use of daylighting, variable-air-volume (VAV) control of

EPA United States Environmental Protection Agency

United States Department of Energy FEMP FEDERAL ENERGY MANAGEMENT PROGRAM