# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 — Page of Pages 1 of 2

2. AMENDMENT/MOD. NO.: **Modification No. 103**

3. EFFECTIVE DATE: Block 16c

4. REQUISITION/ PURCHASE REQ. NO.:

5. Project No. (If applic.): W.R# HVX30019

6. ISSUED BY — CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) — CODE

Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

263-98-C-0102

10B. DATED (SEE ITEM 13): March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $28,090 |

O C. 25.41 **total cost = $28,090** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987)

☐ D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT: | $81,655,093.00 (an increase of $28,090.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print): **Thomas F. Bell, President**

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print): Barbara Taylor, Contracting Officer

15B. CONTRACTOR/OFFERER — BY [signature] (Signature of person authorized to sign)

15C. DATE: 11-3-00

16B. UNITED STATES OF AMERICA — BY [signature] (Signature of Contracting Officer)

16C. DATE: 11/9/00

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NIH-9-05345

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 212 | 129 | 090 | Connect circuits for projection screen- rooms 3330 & 2828 | $3,500.00 |
| 504 | 375 | | Add Group Controller Circuit @ Each Elev. Mach. Rm. | $5,752.00 |
| 531 | 324 | 241 | Revise Basement Type 32 Security Light Ballasts | $4,300.00 |
| 547 | 336 | | Increase Size of Fire Pump | $14,538.00 |
| | | | **Total:** | **$28,090.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

NIH-9-05346

# SUMMARY OF NEGOTIATIONS

Contractor: Bell Company
10605 Concord Street, Suite 205
Kensington, MD 20895

W.R. No.: HVX30019

Request for Proposal No.: NA

Contract No.: 263-98-C-0102

Change No.'s: 129, 375, 324 & 336

**Modification No.: 103**

A. Description of Articles and Services and Period of Performance

Items:

1. Electrical connections to projection screens **(Change No. 129).**
2. Add 120V emerg. circuits for Controllers at each Elev. Mach. rm. **(Change No. 375).**
3. Rev. type 32 Security Light Ballast's - Vivarium area in the basement **(Change No. 324).**
4. Increase Fire Pump Size **(Change No. 336).**

Delivery: April 30, 2001 (no time extension)

**Total Modification Amount: $28,090.00**

B. Acquisition Planning

N/A

C. Synopsis of Proposed Acquisition

The acquisition has not been publicized under FAR Subpart 5.2. This contract action is made under the terms of an existing base contract that was previously synopsized in sufficient detail to comply with the requirements of 5.207 with respect to the current contract action.

D. Contract Type

This is a firm fixed-price contract.

E. Extent of Competition

N/A

F. Technical Evaluation

The Project Officer's technical evaluations are included under Tab No. 5.

G. Business Evaluation

Item 1: The Government did not issue a Modification Directive (Change Order) to the Contractor; However, the Government received a proposal from the Contractor (EWO #170) dated 7/20/99 for **Change No. 129**.
Item 2: The Government did not issue a Modification Directive (Change Order) to the Contractor; However, the Government received a proposal from the Contractor (EWO #313) dated 3/27/00 for **Change No. 375.**
Item 3: The Government did not issue a Modification Directive (Change Order) to the Contractor; However, the Government received a proposal from the Contractor (EWO #361) dated 6/23/00 **(Change No. 324).**
Item 4: The Government did not issue a Modification Directive (Change Order) to the Contractor; However, the Government received a proposal from the Contractor (EWO #207) dated 6/24/00 **(Change No. 336).**

H. Competitive Range

N/A

I. Cost Breakdown and Analysis

Item 1: The cost breakdown and analysis for **Change No. 129** is as follows:

| | |
|---|---|
| Government Estimate: | $928.00 |
| Contractor's Proposal: | $3,870.00 |
| Difference: | $2,943.00 |
| **Total Price:** | **$3,500.00** |

Item 2: The cost breakdown and analysis for **Change No. 375** is as follows:

| | |
|---|---|
| Government Estimate: | $5,030.00 |
| Contractor's Proposal: | $5,752.00 |
| Difference: | $723.00 |
| **Total Price:** | **$5,752.00** |

Item 3: The cost breakdown and analysis for **Change No. 324** is as follows:

| | |
|---|---|
| Government Estimate: | $3,824.00 |
| Contractor's Proposal: | $4,552.00 |
| Difference: | $728.00 |
| **Total Price:** | **$4,300.00** |

Item 4: The cost breakdown and analysis for **Change No. 336** is as follows:

| | |
|---|---|
| Government Estimate: | $14,938.12 |
| Contractor's Proposal: | $14,537.72 |
| Difference: | $400.00 |
| **Total Price:** | **$14,538.00** |

J. Government-Furnished Property and Government-Provided Facilities

No Government furnished property or Government furnished facilities will be provided.

K. Negotiations

**Item 1: (Change No. 129)** Negotiation of the subject proposal was not necessary considering that the IGE did not include the cost of (2) Projection Screens and when added to the Government estimate, the IGE falls within 10% of the Contractor's proposal. The contractor's price is sufficiently documented and as such is recommended for acceptance. Therefore, it is recommended that the Government accept the Contractors adjusted cost of $3,500.00.

**Item 2: (Change No. 375)** Negotiation of the subject proposal was not necessary since the Contractors associated cost is with the Governments estimate and considered valid after further analysis. Therefore, it is recommended that the Government accept the Contractors cost of $5,752.00.

**Item 3: (Change No. 324)** Negotiation of the subject proposal was not necessary since the associated costs were considered valid after further analysis. Furthermore, the proposed costs for the type 32 Light Ballast 277V compared to the Government's estimate at $35.5/each were presented with written quotes and therefore, accepted at $46.75/each. Those costs are sufficiently documented and as such are recommended for acceptance. In addition, the Government felt that the Contractors labor cost was still at least 15% high than the IGE. In light of this issue, the Government offered $4,300.00 for the entire scope of work for Change No. 324, which the Contractor accepted. Therefore, it is recommended that the Government accept the Contractors adjusted price of $4,300.00.

**Item 4: (Change No. 336)** Negotiation of the subject proposal was not necessary since the associated costs were considered valid after further analysis. Furthermore, the proposed costs to increase Fire Pump Size are within 1% of the Government estimate. The contractor's price is sufficiently documented and as such is recommended for acceptance. Therefore, it is recommended that the Government accept the Contractors cost of $14,538.00.

L. Other Considerations

N/A

M. Terms and Conditions

The terms and Conditions of the base contract apply to this change.

N. Recommendation

It is hereby recommended that a bilateral modification in the amount of **$28,090.00** with no time extension be awarded to Bell Company as fair and equitable. Execution of a bilateral contract modification for the scope of work specified in Paragraph A above at the amount **$28,090.00** is in the best interest of the Government.

O. Signature

Barbara Taylor 10/23/00

Date

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 — Page of Pages: 1 of 2

2. AMENDMENT/MOD. NO.: **Modification No. 104**

3. EFFECTIVE DATE: Block 16c

4. REQUISITION/ PURCHASE REQ. NO.:

5. Project No. (If applic.): W.R# HVX30019

6. ISSUED BY — CODE:
National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) — CODE:
Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No . Street, County, State, and ZIP Code)
Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.:

9B. DATED (SEE ITEM 11):

10A. MODIFICATION OF CONTRACT/ORDER NO.: 263-98-C-0102

10B. DATED (SEE ITEM 13): March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (IF REQUIRED)

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $11,327 |

O C. 25.41 **total cost = $11,327** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987)

☐ D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | | |
|---|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. | |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 | |
| CONTRACT AMOUNT: | $81,666,420.00 | (an increase of $11,327.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 | (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction | |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print): **Thomas F. Bell, President**

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print): Barbara Taylor, Contracting Officer

15B. CONTRACTOR/OFFERER — BY [signature] (Signature of person authorized to sign)

15C. DATE: 11-3-00

16B. UNITED STATES OF AMERICA — BY [signature] (Signature of Contracting Officer)

16C. DATE: 11/9/00

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NIH-9-05530

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 331 | 120 | | Revise Circuits in Panel Boards for Trangenic Lab in Rm B512b | $823.00 |
| 527 | 318 | | Add Duplex Receptacle on Emergency Circuit for ATC Compressor Automatic Moisture Trap/Blow-Down Valve Assembly | $1,658.00 |
| 532 | 325 | 240 | Revise Bsmnt Mech'l Room Water Pump CB's and ATC Control Compressor CB | $8,307.00 |
| 588 | 378 | | Remedial work to PC Panel at North NMR wall | $539.00 |
| | | | **Total:** | **$11,327.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

NIH-9-05531

# SUMMARY OF NEGOTIATIONS

Contractor: Bell Company
10605 Concord Street, Suite 205
Kensington, MD 20895

W.R. No.: HVX30019

Request for Proposal No.: NA

Contract No.: 263-98-C-0102

Change No.: 120, 318, 325 & 378

**Modification No.: 104**

A. Description of Articles and Services and Period of Performance

Items:

1. Rev. Circuits Panel Boards - Transgenic lab - basement Rm 512b **(Change No. 120).**
2. ATC Compressor and emergency Circuit per RFI-1185 **(Change No. 318).**
3. Revise Pumps DPB-9 CBs and ATC Controls **(Change No. 325).**
4. Remedial work to PC Panel @ North NMR Wall per RFI 776 **(Change No. 378).**

Delivery: April 30, 2001 (no time extension)

**Total Modification Amount: $11,327.00**

B. Acquisition Planning

N/A

C. Synopsis of Proposed Acquisition

The acquisition has not been publicized under FAR Subpart 5.2. This contract action is made under the terms of an existing base contract that was previously synopsized in sufficient detail to comply with the requirements of 5.207 with respect to the current contract action.

D. Contract Type

This is a firm fixed-price contract.

E. Extent of Competition

N/A

F. Technical Evaluation

The Project Officer's technical evaluations are included under Tab No. 5.

G. Business Evaluation

**Item 1:** The Government did not issue a Modification Directive (Change Order) to the Contractor; However, the Government received a proposal from the Contractor (EWO #256) dated 11/9/99 for **Change No. 120**.
**Item 2:** The Government did not issue a Modification Directive (Change Order) to the Contractor; However, the Government received a proposal from the Contractor (EWO #388) dated 6/17/00 for **Change No. 318**.
**Item 3:** The Government did not issue a Modification Directive (Change Order) to the Contractor; However, the Government received a proposal from the Contractor (EWO #355) dated 6/23/00 **Change No. 325.**
**Item 4:** The Government did not issue a Modification Directive (Change Order) to the Contractor; However, the Government received a proposal from the Contractor (EWO #220) dated 8/29/00 **Change No. 378.**

H. Competitive Range

N/A

I. Cost Breakdown and Analysis

**Item 1:** The cost breakdown and analysis for **Change No. 120** is as follows:

| | |
|---|---|
| Government Estimate: | $586.00 |
| Contractor's Proposal: | $823.00 |
| Difference: | $237.00 |
| **Total Price:** | **$823.00** |

**Item 2:** The cost breakdown and analysis for **Change No. 318** is as follows:

| | |
|---|---|
| Government Estimate: | $1,400.00 |
| Contractor's Proposal: | $1,658.00 |
| Difference: | $258.00 |
| **Total Price:** | **$1,658.00** |

**Item 3:** The cost breakdown and analysis for **Change No. 325** is as follows:

| | |
|---|---|
| Government Estimate: | $5,991.00 |
| Contractor's Proposal: | $8,307.00 |
| Difference: | $2,316.00 |
| **Total Price:** | **$8,307.00** |

**Item 4:** The cost breakdown and analysis for **Change No. 378** is as follows:

| | |
|---|---|
| Government Estimate: | $486.00 |
| Contractor's Proposal: | $539.00 |
| Difference: | $53.00 |
| **Total Price:** | **$539.00** |

J. Government-Furnished Property and Government-Provided Facilities

No Government furnished property or Government furnished facilities will be provided.

K. Negotiations

**Item 1: (Change No. 120)** The price differential between the pre-Negotiation position and the Contractor's proposal is only $237. Therefore, it is recommended that the Government accept the Contractor's proposed cost of $823.
**Item 2: (Change No. 318)** Negotiation of the subject proposal was not necessary since the associated cost was considered valid after further analysis. Furthermore, the proposed costs are within 10% of the Government estimate. The Contractor's price is sufficiently documented and as such is recommended for acceptance at a cost of $1,658.00.
**Item 3: (Change No. 325)** The Government Estimate is about 25% lower than the Contractor's proposal. However, the Government has analyzed the subject proposal and has deemed the higher costs valid and acceptable with consideration to the following adjustments.

- The Government took credit in its estimation for the two (2) Circuit Breakers, One @ 40A 3P and the other @ 15A 3P. These CBs were supposed to be replaced by one 70A and the other by 80A CB. The subcontractor had already installed the two circuit Breakers and the Government's Electrical Inspector confirmed this. Since the Government received the two CB's on the job the credit was reversed and deleted from the estimate. The estimated 22 man hours also included the cost of materials, conduit, wire, etc., with a direct labor and material credit of approximately 1,820 x 1.1 x 1.1 = $2,200. The above mentioned items brought the Government's Pre-Neg position to $ 8,437.00, which is within 1% of the Contractor's proposal.

**Item 4: (Change No. 378)** Since the disparity between the Contractor's proposal and the IGE is $53.00, it is recommended that the Government accept the Contractor's proposed cost of $539

L. Other Considerations

N/A

M. Terms and Conditions

The terms and Conditions of the base contract apply to this change.

N. Recommendation

It is hereby recommended that a bilateral modification in the amount of **$11,327.00** with no time extension be awarded to Bell Company as fair and equitable. Execution of a bilateral contract modification for the scope of work specified in Paragraph A above at the amount **$11,327.00** is in the best interest of the Government.

O. Signature

Barbara Taylor (signature) — Date: 10/23/00



NIH-9-05540

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 — Page of Pages: 1 of 2

| 2. AMENDMENT/MOD. NO. | 3. EFFECTIVE DATE | 4. REQUISITION/ PURCHASE REQ. NO. | 5. Project No. (If applic.) |
|---|---|---|---|
| **Modification No. 105** | Block 16c | | W.R# HVX30019 |

**6. ISSUED BY** CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

**7. ADMINISTERED BY (If other than Item 6)** CODE

Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

**8. NAME AND ADDRESS OF CONTRACTOR** (No., Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

263-98-C-0102

10B. DATED (SEE ITEM 13)
March 26, 1998

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $1,487 |
| O C. 25.41 | **total cost =** | **$1,487** |

W.R.# HVX30019

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987) |
| | D. OTHER (specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT / MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT: | $81,667,907.00 (an increase of $1,487.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

| 15 A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print) | |
|---|---|---|---|
| **Thomas F. Bell, President** | | Barbara Taylor, Contracting Officer | |
| 15B. CONTRACTOR/OFFERER | 15C. DATE | 16B. UNITED STATES OF AMERICA | 16C. DATE |
| BY [signature] (Signature of person authorized to sign) | 12-4-00 | BY [signature] (Signature of Contracting Officer) | 12/11/00 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NIH-9-05681

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I. Section C. Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 502 | 239 | | Provide Surface Metal Raceway @ Room B526 | $1,487.00 |
| | | | **Total:** | **$1,487.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

NIH-9-05682

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 | Page of Pages 1 of 2

2. AMENDMENT/MOD. NO. **Modification No. 107**
3. EFFECTIVE DATE Block 16c
4. REQUISITION/ PURCHASE REQ. NO.
5. Project No. (If applic.) W.R# HVX30019

6. ISSUED BY CODE
National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) CODE
Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)
Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
10A. MODIFICATION OF CONTRACT/ORDER NO. 263-98-C-0102
10B. DATED (SEE ITEM 13) March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8334109 | NHLBI | $37,750 |
| 1-8325438 | NIDDK | $37,750 |
| O C. 25.41 | **total cost =** | **$75,500** |

W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987)

☐ D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

PURPOSE: This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification.

CONTRACT TITLE: Consolidated Laboratory Facility - Building 50 Bid Package No. 2

CONTRACT AMOUNT: $81,743,407.00 (an increase of $75,500.00)

CONTRACT EXPIRATION DATE: April 30, 2001 (No time extension)

CONTRACT TYPE: Firm Fixed-Price Construction

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print)
**Thomas F. Bell, President**

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print)
Barbara Taylor
Contracting Officer

15B. CONTRACTOR/OFFERER
BY [signature]
*(Signature of person authorized to sign)*

15C. DATE 12-29-00

16B. UNITED STATES OF AMERICA
BY [signature]
*(Signature of Contracting Officer)*

16C. DATE 1/5/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**NIH-9-05812**

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 264 | 154 | | Provide an aluminum platform in lieu of wood installed over the NMR Pit per response to RFI CM 080 (split). | $75,500.00 |
| | | | **Total:** | **$75,500.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

**NIH-9-05813**

**SUMMARY of NEGOTIATIONS**

Contractor: Bell Company
10605 Concord Street, Suite 205
Kensington, MD 20895

W.R. No.: HVX30019

Request for Proposal No.: NA

Contract No.: 263-98-C-0102

Change No.: 154

**Modification No.: 107**

A. Description of Articles and Services and Period of Performance

Items:

1. Reference: Per revised response to RFI CM 080 dated 8/17/99, (Change 154) provide an aluminum platform in lieu of a wooden deck over the NMR pit in accordance with revised A.3.10 & A10.09 dated 7/23/99.

Delivery: April 30, 2001 (no time extension)

Total Price: **$75,500.00**

B. Acquisition Planning

N/A

C. Synopsis of Proposed Acquisition

The acquisition has not been publicized under FAR Subpart 5.2. This contract action is made under the terms of an existing base contract that was previously synopsized in sufficient detail to comply with the requirements of 5.207 with respect to the current contract action.

D. Contract Type

This is a firm fixed-price contract.

E. Extent of Competition

N/A

F. Technical Evaluation

The Project Officer's technical evaluation is included under Tab No. 5.

G. Business Evaluation

The Government did not issue a Change Order (Modification Directive) to the Contractor, nevertheless;.the revised design drawings were transmitted to the Bell Company on August 19th 1999. As a result, the Contractor submitted a proposal (EWO No. 229) on September 21st, 2000.

H. Competitive Range

N/A

I. Cost Breakdown and Analysis

The cost breakdown and analysis for the negotiation of (Change No. 154) is as follows:

| | |
|---|---|
| Government Estimate: | $48,855 |
| Contractor's Proposal: | $79,590 |
| Difference: | ($30,735) |
| Total Price: | **$75,500** |

1. All costs are considered by the Government to be allocable, allowable and reasonable.

J. Government-Furnished Property and Government-Provided Facilities

No Government furnished property or Government furnished facilities will be provided.

K. Negotiations

Negotiation of the subject proposal was not required, inasmuch, technical discussions were held between CRSSC and Bell which clarified issues related to the correct scope of work. These clarifications led to the re-issuance of the Contractor's proposal, which is deemed reasonable. Acceptance is recommended for the reasons noted below in paragraph L.

L. Other Considerations

1) The Bell Company acknowledged the credit amounts indicated by the Government for quantities and costs of contract materials (fire-retardant lumber) were more reasonable. Therefore the proposal was adjusted to reflect the following;

- 1840 lf of 2 x 12 F.R. lumber would have been required and not 1341 lf
- 2 x 12 F.R. lumber @ $1.75/lf and not $1.37/lf
- ¾" plywood @ $28 per sheet and not $20
- 50 sf of flat F.R. lumber would have been required and not 46 sf
- 3/8" plywood @ $41 per sheet and not $9.47
- Hoisting rental/costs allowed @ 500.00

M. Terms and Conditions

The terms and conditions of the base contract apply to this change.

N. Recommendation

It is hereby recommended that a bilateral modification in the amount of **$75,500.00** with no time extension be awarded to Bell Company as fair and equitable. Execution of a bilateral contract modification for the scope of work specified in Paragraph A above at the credit amount of **$75,500.00** is in the best interest of the Government.

O. Signature

Barbara Taylor (signature) — 11/30/00

Barbara Taylor – Contracting Officer　　Date



NIH-9-05824

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 | Page of Pages 1 of 2

2. AMENDMENT/MOD. NO.: **Modification No. 108**
3. EFFECTIVE DATE: Block 16c
4. REQUISITION/ PURCHASE REQ. NO.:
5. Project No. (If applic.): W.R# HVX30019

6. ISSUED BY CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) CODE

Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No . Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

263-98-C-0102

10B. DATED (SEE ITEM 13)
March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS- | $49,660 |
| | | |

O C. 25.41 **total cost =** **$49,660** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987) |
| | D. OTHER (specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

PURPOSE: This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification.

CONTRACT TITLE: Consolidated Laboratory Facility - Building 50 Bid Package No. 2

CONTRACT AMOUNT: $81,793,067.00 (an increase of $49,660.00)

CONTRACT EXPIRATION DATE: April 30, 2001 (No time extension)

CONTRACT TYPE: Firm Fixed-Price Construction

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print)
Robert DeRoo VP, CFO

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print)
Barbara Taylor
Contracting Officer

15B. CONTRACTOR/OFFERER
BY [signature]
(Signature of person authorized to sign)

15C. DATE 3/9/01

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE 3/12/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NIH-9-05876

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 625 | 420 | | Provide additional convenience outlets to all Lab Chief Offices and repair outside perimeter walls of offices after installation. | $49,660.00 |
| | | | **Total:** | **$49,660.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

NIH-9-05877

## SUMMARY of NEGOTIATIONS

Contractor: Bell Company
10605 Concord Street, Suite 205
Kensington, MD 20895

W.R. No.: HVX30019

Request for Proposal No.: NA

Contract No.: 263-98-C-0102

Change No.: 420

**Modification No.: 108**

A. Description of Articles and Services and Period of Performance

Items:

1. Reference: In response to RFI-CM170 (Change No. 420), provide power receptacles in the Lab Chiefs offices in accordance with CBE-71.

Delivery: April 30, 2001 (no time extension)

Total Price: **$49,660.00**

B. Acquisition Planning

N/A

C. Synopsis of Proposed Acquisition

The acquisition has not been publicized under FAR Subpart 5.2. This contract action is made under the terms of an existing base contract that was previously synopsized in sufficient detail to comply with the requirements of 5.207 with respect to the current contract action.

D. Contract Type

This is a firm fixed-price contract.

E. Extent of Competition

N/A

F. Technical Evaluation

The Project Officer's technical evaluation is included under Tab No. 5.

G. Business Evaluation

The Government did not issue a Change Order (Modification Directive) to the Contractor, nevertheless; the applicable documents were transmitted to the Bell Company on September 18th 2000. As a result, the Contractor submitted a proposal (EWO No. 471) on October 24th, 2000.

H. Competitive Range

N/A

I. Cost Breakdown and Analysis

The cost breakdown and analysis for the negotiation of (Change No. 420) is as follows:

| | |
|---|---|
| Government Estimate: | $14,526 |
| Contractor's Proposal: | $56,931 |
| Difference: | ($42,405) |
| Total Price: | **$49,660** |

1. All costs are considered by the Government to be allocable, allowable and reasonable.

J. Government-Furnished Property and Government-Provided Facilities

No Government furnished property or Government furnished facilities will be provided.

K. Negotiations

Negotiation of the subject proposal was not required, inasmuch, technical discussions were held between CRSSC and Bell which clarified issues related to the correct scope of work. These clarifications led to the re-issuance of the Contractor's proposal, which is deemed reasonable. Acceptance is recommended for the reasons noted below in paragraph L.

L. Other Considerations

- 920 l.f. of emt (conduit)
- Lead & journey Carpenters (100 hrs)
- Tower crane rental/costs not allowed
- ¾" conduit offset bends – 24 hours ilo 57
- 20A/125V duplex receptacle $7 & not $15ea.
- Journeyman (OT) rates at time & half allowed
- 161 - ¾" conduit hangers w/ bolts not 184 ea.
- 184 - ¼" concrete anchors were deleted
- outlet box supports – 12 hours ilo 23 hours

M. Terms and Conditions

The terms and conditions of the base contract apply to this change.

N. Recommendation

It is hereby recommended that a bilateral modification in the amount of **$49,660.00** with no time extension be awarded to Bell Company as fair and equitable. Execution of a bilateral contract modification for the scope of work specified in Paragraph A above at the credit amount of **$49,660.00** is in the best interest of the Government.

O. Signature

Barbara Taylor – Contracting Officer

2/12/01
Date



NIH-9-05888