# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT: OMB 0990 0115 — Page of Pages: 1 of 2

| 2. AMENDMENT/MOD. NO. | 3. EFFECTIVE DATE | 4. REQUISITION/ PURCHASE REQ. NO. | 5. Project No. (If applic.) |
|---|---|---|---|
| Modification No. 109 | Block 16c | | W.R# HVX30019 |

6. ISSUED BY CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) CODE

Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

263-98-C-0102

10B. DATED (SEE ITEM 13)
March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (IF REQUIRED)

| | | |
|---|---|---|
| 1-8330705 | ORS- | ($1,862) |

O C. 25.41 **total cost =** **($1,862)** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987) |
| | D. OTHER (specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | | |
|---|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. | |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 | |
| CONTRACT AMOUNT: | $81,791,205.00 | (an decrease of $1,862.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 | (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction | |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print)
**Thomas F. Bell, President**

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print)
Barbara Taylor
Contracting Officer

15B. CONTRACTOR/OFFERER
BY [signature]
(Signature of person authorized to sign)

15C. DATE
12-8-00

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE
12/14/00

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NIH-9-05971

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 130 | 023 | 023 | Provide credit for relocation of the Bus Stop per RFI - CM 059. | ($1,862.00) |
| | | | **Total:** | **($1,862.00)** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

NIH-9-05972

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 | Page of Pages 1 of 2

| | | | |
|---|---|---|---|
| 2. AMENDMENT/MOD. NO. Modification No. 110 | 3. EFFECTIVE DATE Block 16c | 4. REQUISITION/ PURCHASE REQ. NO. | 5. Project No. (If applic.) W.R.# HVX30019 |

6. ISSUED BY CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) CODE

Contracting Officer: Barbara Taylor
Tel.: (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
263-98-C-0102

10B. DATED (SEE ITEM 13)
March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | ($2,591) |

O C. 25.41 **total cost = ($2,591)** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987)

D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT: | $81,788,614.00 (a decrease of $2,591.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print)
Robert DeRoo VP, CFO

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print)
Barbara Taylor
Contracting Officer

15B. CONTRACTOR/OFFERER
BY [signature]
(Signature of person authorized to sign)

15C. DATE
3/9/01

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE
3/12/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NIH-9-06051

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 12 | 012 | 002 | Delete Valve Vault 5 Access Door/Stairs (CR) (EWO-007) | ($4,220.00) |
| 105 | 424 | 018 | Air Separator Line Sizes (EWO-136) | $429.00 |
| 209 | 056 | 040 | Cold Water Riser W-7 (EWO-183) | $1,200.00 |
| | | | **Total:** | **($2,591.00)** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification. ~~THIS AGREEMENT DOES NOT AFFECT THE CONTRACTOR'S RIGHT FOR DAMAGES DUE TO ANY DELAYS OR DISRUPTIONS THAT MAY HAVE OCCURRED.~~

*****

3/2/01
~~PROJECT MANAGER~~

STATEMENT VOIDED
BY BELL BLI CO.
3/14/01

~~REF. PREVIOUSLY~~ ISSUED
~~AND EXECUTED~~ MODS.
~~(MOD 81)~~.

NIH-9-06052

## AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT: OMB 0990 0115 — Page of Pages: 1 of 2

2. AMENDMENT/MOD. NO.: Modification No. 111

3. EFFECTIVE DATE: Block 16c

4. REQUISITION/ PURCHASE REQ. NO.:

5. Project No. (If applic.): W.R# HVX30019

6. ISSUED BY — CODE:
National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) — CODE:
Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)
Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.: 263-98-C-0102

10B. DATED (SEE ITEM 13): March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | ($5,430) |
| | | |

O C. 25.41 **total cost = ($5,430)** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987) |
| | D. OTHER (specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return __4__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

PURPOSE: This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification.

CONTRACT TITLE: Consolidated Laboratory Facility - Building 50 Bid Package No. 2

CONTRACT AMOUNT: $81,783,184.00 (a decrease of $5,430.00)

CONTRACT EXPIRATION DATE: April 30, 2001 (No time extension)

CONTRACT TYPE: Firm Fixed-Price Construction

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Robert DeRoo VP. CFO

15B. CONTRACTOR/OFFERER
BY [signature]
*(Signature of person authorized to sign)*

15C. DATE: 3/9/01

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print)
Barbara Taylor
Contracting Officer

16B. UNITED STATES OF AMERICA
BY [signature]
*(Signature of Contracting Officer)*

16C. DATE: 3/12/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NIH-9-06142

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 241 | 097 | 068 | Provide credit for "pre-drilled" fixture holes no longer required in the epoxy resin laboratory countertops (EWO-193). | ($2,718.00) |
| 266 | 150 | 064 | Delete mixing valves @ emerg. shower Type P-9 (CR) (See PCN 237 / CN 080) (EWO-191R1) | ($6,173.00) |
| 353 | 223 | 243 | Route 50mm cooling coil condensate line to drain pan (EWO-268). | $2,500.00 |
| 495 | 354 | N/A | Rooms 4139A/4139 Partition type clarifications (EWO-401). | $961.00 |
| | | | **Total:** | **($5,430.00)** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification. ~~THIS AGREEMENT DOES NOT AFFECT THE CONTRACTOR'S RIGHT FOR DAMAGES DUE TO ANY DELAYS OR DISRUPTIONS THAT MAY HAVE OCCURRED.~~ [signature] 2/27/01 ~~PROJECT MANAGER~~

*****

STATEMENT VOID BY
BELL BCI CO.
P.M. [signature] 3/14/01

NIH-9-06143

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 — Page of Pages: 1 of 2

| 2. AMENDMENT/MOD. NO. | 3. EFFECTIVE DATE | 4. REQUISITION/ PURCHASE REQ. NO. | 5. Project No. (If applic.) |
|---|---|---|---|
| Modification No. 112 | Block 16c | | W.R# HVX30019 |

6. ISSUED BY CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) CODE

Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

263-98-C-0102

10B. DATED (SEE ITEM 13)
March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $15,448 |

O C. 25.41 **total cost =** **$15,448** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-4 Changes - Fixed Price (AUG 1987)

☐ D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not. [X] is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

PURPOSE: This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification.

CONTRACT TITLE: Consolidated Laboratory Facility - Building 50 Bid Package No. 2

CONTRACT AMOUNT: $81,798,632.00 (an increase of $15,448.00)

CONTRACT EXPIRATION DATE: April 30, 2001 (No time extension)

CONTRACT TYPE: Firm Fixed-Price Construction

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print) | |
|---|---|---|---|
| Robert DeRoo VP, CFO | | Barbara Taylor, Contracting Officer | |
| 15B. CONTRACTOR/OFFERER | 15C. DATE | 16B. UNITED STATES OF AMERICA | 16C. DATE |
| BY [signature] (Signature of person authorized to sign) | 3/9/01 | BY [signature] (Signature of Contracting Officer) | 3/12/01 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NIH-9-06264

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 602 | 389 | | Investigate and correct fault in feeder #2 ( EWO-329) | $13,400.00 |
| 603 | 390 | | Wall and Pipe chase conflict in Rm 5222 & Rm. 5222A (EWO-323) . | $2,172.00 |
| 608 | 395 | | Clarification of Sink Fixture (EWO-299) | $343.00 |
| 623 | 418 | | Delete One E5 Rolling Base Cabinet (CR) (EWO-283). | ($467.00) |
| | | | **Total:** | **$15,448.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

NIH-9-06265

# SUMMARY OF NEGOTIATIONS

Contractor: Bell Company
10605 Concord Street, Suite 205
Kensington, MD 20895

W.R. No.: HVX30019

Request for Proposal No.: NA

Contract No.: 263-98-C-0102

Change No.'s: **389, 390, 395, & 418**

Modification No.: **112**

A. Description of Articles and Services and Period of Performance

Items:

1. **Investigate and correct fault found in Feeder #2,EWO-329 (Change No.389)**
2. **Wall & Pipe Chase Conflict in Rooms 5222 and 5222A, EWO 323 (Change No. 390).**
3. **Clarification of Sink Fixture, EWO 299 (Change No. 395).**
4. **Delete One E5 Rolling Base Cabinet, EWO 283 (Change No. 418).**

Delivery: April 30, 2001 (no time extension)

**Total Modification Amount: $15,448.00**

B. Acquisition Planning

N/A

C. Synopsis of Proposed Acquisition

The acquisition has not been publicized under FAR Subpart 5.2. This contract action is made under the terms of an existing base contract that was previously synopsized in sufficient detail to comply with the requirements of 5.207 with respect to the current contract action.

D. Contract Type

This is a firm fixed-price contract.

E. Extent of Competition

N/A

F. Technical Evaluation

The Project Officer's technical evaluations are included under Tab No. 5.

G. Business Evaluation

Item 1: The Government did not issue a Modification Directive (Change Order) to the Contractor; however, the Government received a proposal from the Contractor (EWO #329) dated 9/19/00 for **Change No. 389.**

Item 2: The Government did not issue a Modification Directive (Change Order) to the Contractor; however, the Government received a proposal from the Contractor (EWO #323) dated 8/18/00 for **Change No. 390.**

Item 3: The Government did not issue a Modification Directive (Change Order) to the Contractor; however, the Government received a proposal from the Contractor (EWO #299) dated 8/21/00 **(Change No. 395).**

Item 4. The Government did not issue a Modification Directive (Change Order) to the Contractor; however, the Government received a proposal from the Contractor (EWO #283) dated 2/9/00 **(Change No. 418).**

H. Competitive Range

N/A

I. Cost Breakdown and Analysis

Item 1: The cost breakdown and analysis for **Change No. 389** is as follows:

| | |
|---|---|
| Government Estimate: | **$14,604.00** |
| Contractor's Proposal: | **$13,400.00** |
| Difference: | **$(1,206.00)** |
| Total Price: | **$13,400.00** |

Item 2: The cost breakdown and analysis for **Change No. 390** is as follows:

| | |
|---|---|
| Government Estimate: | **N/A** |
| Contractor's Proposal: | **$2,172.00** |
| Difference: | |
| Total Price: | **$2,172.00** |

Item 3: The cost breakdown and analysis for **Change No. 395** is as follows:

| | |
|---|---|
| Government Estimate: | **N/A** |
| Contractor's Proposal: | **$343.00** |
| Difference: | |
| Total Price: | **$343.00** |

Item 4: The cost breakdown and analysis for **Change No. 418** is as follows:

| | |
|---|---|
| Government Estimate: | **N/A** |
| Contractor's Proposal: | **$(467.00)** |

Difference:
**Total Price:** S(467.00)

J. Government-Furnished Property and Government-Provided Facilities

No Government furnished property or Government furnished facilities will be provided.

K. Negotiations

**Item 1: (Change No. 389)** A negotiation for the subject proposal was held on November 16, 2000. The Government estimate for this work was at $14,604.00, whereas the Contractor's proposal was at $13,400.00. The proposed costs to investigate and correct fault found in feeder #2 was sufficiently documented. The Government questioned the rates submitted by the Substation Test Company, to which the Contractor showed the similar work done by Kelly Company charging the Government $65.00/Hr and with O/T rates at 1.5 times equals the rates submitted and hence accepted. MHs for Young representative for 12 hours was also ok'd by the Government. This was an emergency situation and work was completed on time to the entire satisfaction to the client. It is in therefore recommended that the Contractor's price be accepted. The Contractor's price proposal is considered fair and deemed acceptable:

**Item 2: (Change No. 390)** The price differential between the Contractor's subject cost proposal and the Government's pre-negotiations position was minor. It was about $300.00. The proposed cost to resolve the conflict between the wall and pipe chase in Rooms 5222 and 5222A were sufficiently documented. It is therefore recommended that the Contractor's cost proposal be accepted. The Contractor's proposal is considered fair and deemed acceptable:

**Item 3: (Change No. 395)** Negotiation of the subject proposal was based on the proposed cost for the clarification of the Sink Fixture, it seemed fair and reasonable price. In the best interest of the government, it is therefore recommended that the Contractor's proposal be accepted. The Contractor's price is considered fair and deemed acceptable:

**Item 4: (Change No. 418)** Negotiation of the subject proposal was felt not necessary because the difference between the Contractor's proposal and the Government's pre-neg position is negligible. The proposed cost to delete One E5 Rolling Base Cabinet was sufficiently documented. It is therefore, recommended that the contractor's cost proposal should be accepted. The Contractor's price in this case is considered fair and deemed acceptable:

L. Other Considerations

N/A

M. Terms and Conditions

The terms and Conditions of the base contract apply to this change.

N. Recommendation

It is hereby recommended that a bilateral modification in the amount of **$15,448.00** with no time extension be awarded to Bell Company as fair and equitable. Execution of a bilateral contract modification for the scope of work specified in Paragraph A above at the amount **$15,448.00** is in the best interest of the Government.

O. Signature

Barbara Taylor ____________________ 2/12/01
Date

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 — Page of Pages: 1 of 2

2. AMENDMENT/MOD. NO.: Modification No. 113
3. EFFECTIVE DATE: Block 16c
4. REQUISITION/ PURCHASE REQ. NO.:
5. Project No. (If applic.): W.R# HVX30019

6. ISSUED BY — CODE:
National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) — CODE:
Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)
Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.:
9B. DATED (SEE ITEM 11):
10A. MODIFICATION OF CONTRACT/ORDER NO.: 263-98-C-0102
10B. DATED (SEE ITEM 13): March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $920 |
| | | |

O C. 25.41 **total cost = $920** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987) |
| | D. OTHER (specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible)

PURPOSE: This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification.

CONTRACT TITLE: Consolidated Laboratory Facility - Building 50 Bid Package No. 2

CONTRACT AMOUNT: $81,799,552.00 (an increase of $920.00)

CONTRACT EXPIRATION DATE: April 30, 2001 (No time extension)

CONTRACT TYPE: Firm Fixed-Price Construction

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): **Thomas F. Bell, President**

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print): Barbara Taylor, Contracting Officer

15B. CONTRACTOR/OFFERER BY [signature] (Signature of person authorized to sign)
15C. DATE: 12-29-00

16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)
16C. DATE: 1/5/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NIH-9-06392

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I. Section C. Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number. Issuing Change Order. Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 507 | 406 | | Grind off edges of In-floor conduit trench/duct protruding thru the floor and grout in trench in the Basement EM Suite. | $920.00 |
| | | | **Total:** | **$920.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

NIH-9-06393

**AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT**

1. CONTRACT OMB 0990 0115 | Page of Pages 1 of 2

| 2. AMENDMENT/MOD. NO. | 3. EFFECTIVE DATE | 4. REQUISITION/ PURCHASE REQ. NO. | 5. Project No. (If applic.) |
|---|---|---|---|
| Modification No. 114 | Block 16c | | W.R# HVX30019 |

6. ISSUED BY CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) CODE

Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

263-98-C-0102

10B. DATED (SEE ITEM 13)

March 26, 1998.

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $8,319 |
| | | |

O C. 25:41 **total cost =** **$8,319** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987) |
| | D. OTHER (specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT: | $81,807,871.00 (an increase of $8,319.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print)

**Thomas F. Bell, President**

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print)

Barbara Taylor
Contracting Officer

| 15B. CONTRACTOR/OFFERER | 15C. DATE | 16B. UNITED STATES OF AMERICA | 16C. DATE |
|---|---|---|---|
| BY [signature] (Signature of person authorized to sign) | 12-29-00 | BY [signature] (Signature of Contracting Officer) | 1/5/01 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NIH-9-06440

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I. Section C. Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number. Issuing Change Order. Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 349 | 399 | | Paint fire damper access doors red | $8.319.00 |
| | | | **Total:** | **$8.319.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work. including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

NIH-9-06441

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 | Page of Pages 1 of 2

| | | | |
|---|---|---|---|
| 2. AMENDMENT MOD. NO. Modification No. 115 | 3. EFFECTIVE DATE Block 16c | 4. REQUISITION/ PURCHASE REQ. NO. | 5. Project No. (If applic.) W.R# HVX30019 |
| 6. ISSUED BY CODE | | 7. ADMINISTERED BY (If other than Item 6) CODE | |
| National Institutes of Health<br>Acquisition Branch C, DSSC, OPM<br>9000 Rockville Pike, Bldg.13, Rm.G-800<br>Bethesda, MD 20892 | | Contracting Officer: Barbara Taylor<br>Tel. : (301) 435-4333<br>FAX: (301) 402-1103 | |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)<br>Bell Company<br>10605 Concord Street, Suite 205<br>Kensington, Maryland 20895 | | 9A. AMENDMENT OF SOLICITATION NO.<br>9B. DATED (SEE ITEM 11)<br>10A. MODIFICATION OF CONTRACT/ORDER NO. 263-98-C-0102<br>10B. DATED (SEE ITEM 13) March 26, 1998 | |
| CODE | FACILITY CODE | | |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $824 |

O C. 25.41 **total cost = $824** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987) |
| | D. OTHER (specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT: | $81,808,695.00 (an increase of $824.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15 A. NAME AND TITLE OF SIGNER (Type or print)<br>**Thomas F. Bell, President** | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print)<br>Barbara Taylor<br>Contracting Officer | |
| 15B. CONTRACTOR/OFFERER<br>BY [signature]<br>(Signature of person authorized to sign) | 15C. DATE<br>12 22 00 | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>(Signature of Contracting Officer) | 16C. DATE<br>1/5/01 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NIH-9-06570

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 370 | 217 | 152 | North Neighborhood - Diff. Locs. @ 5th Fl. & Exh. Term'l. Unit Desig. & Ductwork @ 4th Fl. | $824.00 |
| | | | **Total:** | **$824.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

NIH-9-06571

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT | Page of Pages: 1 of 2 |
| OMB 0990 0115 | |
| 2. AMENDMENT/MOD. NO. | Modification No. 116 |
| 3. EFFECTIVE DATE | Block 16c |
| 4. REQUISITION/ PURCHASE REQ. NO. | |
| 5. Project No. (If applic.) | W.R# HVX30019 |
| 6. ISSUED BY CODE | National Institutes of Health<br>Acquisition Branch C, DSSC, OPM<br>9000 Rockville Pike, Bldg.13, Rm.G-800<br>Bethesda, MD 20892 |
| 7. ADMINISTERED BY (If other than Item 6) CODE | Contracting Officer: Barbara Taylor<br>Tel.: (301) 435-4333<br>FAX: (301) 402-1103 |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code) | Bell Company<br>10605 Concord Street, Suite 205<br>Kensington, Maryland 20895 |
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| 10A. MODIFICATION OF CONTRACT/ORDER NO. | 263-98-C-0102 |
| 10B. DATED (SEE ITEM 13) | March 26, 1998 |
| CODE | FACILITY CODE |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $5,324 |
| | | |

O C. 25.41 **total cost = $5,324** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987) |
| | D. OTHER (specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return __4__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT: | $81,814,019.00 (an increase of $5,324.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

| | |
|---|---|
| 15 A. NAME AND TITLE OF SIGNER (Type or print) | **Thomas F. Bell, President** |
| 15B. CONTRACTOR/OFFERER | BY [signature] (Signature of person authorized to sign) |
| 15C. DATE | 12-29-00 |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print) | Barbara Taylor<br>Contracting Officer |
| 16B. UNITED STATES OF AMERICA | BY [signature] (Signature of Contracting Officer) |
| 16C. DATE | 1/5/01 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NIH-9-06505

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 510 | 401 | | Revise Existing Tel. System Pull Box & Conduit Runs | $5,324.00 |
| | | | **Total:** | **$5,324.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

NIH-9-06506