# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT — OMB 0990 0115 — Page of Pages: 1 of 2

| 2. AMENDMENT/MOD. NO. | 3. EFFECTIVE DATE | 4. REQUISITION/ PURCHASE REQ. NO. | 5. Project No. (If applic.) |
|---|---|---|---|
| Modification No. 117 | Block 16c | | W.R# HVX30019 |

6. ISSUED BY CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) CODE

Contracting Officer: Barbara Taylor
Tel.: (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
263-98-C-0102

10B. DATED (SEE ITEM 13)
March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (IF REQUIRED)

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $1,100 |
| | | |

O C. 25.41 **total cost =** **$1,100** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987) |
| | D. OTHER (specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT: | $81,815,119.00 (an increase of $1,100.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print)
**Thomas F. Bell, President**

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print)
Barbara Taylor
Contracting Officer

15B. CONTRACTOR/OFFERER
BY [signature]
(Signature of person authorized to sign)

15C. DATE
12-29-00

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NIH-9-06624

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 247 | 114 | 075 | Numbering Changes to Air Handling Units | $1.100.00 |
| | | | **Total:** | **$1.100.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

NIH-9-06625

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT: OMB 0990 0115 — Page of Pages: 1 of 2

2. AMENDMENT/MOD. NO.: **Modification No. 119**

3. EFFECTIVE DATE: Block 16c

4. REQUISITION/ PURCHASE REQ. NO.:

5. Project No. (If applic.): W.R# HVX30019

6. ISSUED BY — CODE:
National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) — CODE:
Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)
Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.: 263-98-C-0102

10B. DATED (SEE ITEM 13): March 26, 1998

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $1,705 |
| | | |

O C. 25.41 **total cost = $1,705** W.R.# HVX30019

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-4 Changes - Fixed Price (AUG 1987)

☐ D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT: | $81,813,632.00 (an increase of $1,705.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print): **Thomas F. Bell, President**

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print): Barbara Taylor, Contracting Officer

15B. CONTRACTOR/OFFERER
BY [signature]
(Signature of person authorized to sign)

15C. DATE: 12-29-00

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE: 1/5/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Modification No. 119
Contract No. 263-98-C-0102
EWO No. 164

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 193 | 105 | 084 | Fixture P-9A emergency shower | $1,705.00 |
| | | | **Total:** | **$1,705.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 | Page of Pages 1 of 2

2. AMENDMENT MOD. NO: Modification No. 120

3. EFFECTIVE DATE: Block 16c

4. REQUISITION/ PURCHASE REQ. NO.

5. Project No. (If applic.) W.R# HVX30019

6. ISSUED BY CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) CODE

Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.: 263-98-C-0102

10B. DATED (SEE ITEM 13): March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (IF REQUIRED)

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $370 |
| | | |

O C. 25.41 **total cost = $370** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987)

☐ D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT: | $81,814,002.00 (an increase of $370.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print): **Thomas F. Bell, President**

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print): Barbara Taylor, Contracting Officer

15B. CONTRACTOR/OFFERER BY [signature] (Signature of person authorized to sign)

15C. DATE: 12-29-00

16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)

16C. DATE: 1/5/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NIH-9-06811

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 195 | 123 | 086 | AF-8 relocation to the penthouse | $370.00 |
| | | | **Total:** | **$370.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

NIH-9-06812

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT | OMB 0990 0115 | Page of Pages 1 of 2

2. AMENDMENT/MOD NO.: Modification No. 121

3. EFFECTIVE DATE: Block 16c

4. REQUISITION/ PURCHASE REQ. NO.:

5. Project No. (If applic.): W.R# HVX30019

6. ISSUED BY CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) CODE

Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No. Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.: 263-98-C-0102

10B. DATED (SEE ITEM 13): March 26, 1998

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $887 |
| | | |

O C. 25.41 **total cost =** **$887** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

[X] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987)

[ ] D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not. [X] is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT: | $81,814,889.00 (an increase of $887.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print): **Thomas F. Bell, President**

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print): Barbara Taylor, Contracting Officer

15B. CONTRACTOR/OFFERER BY [signature] (Signature of person authorized to sign)

15C. DATE 12-29-00

16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)

16C. DATE 1/5/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NIH-9-06745

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 614 | 404 | | Lighting control-NMR Toilet/Locker Rm-B213/215 (Bull-27) | $887.00 |
| | | | Total: | **$887.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

NIH-9-06746

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 — Page of Pages 1 of 2

2. AMENDMENT/MOD. NO.: **Modification No. 122**

3. EFFECTIVE DATE: Block 16c

4. REQUISITION/ PURCHASE REQ. NO.:

5. Project No. (If applic.): W.R# HVX30019

6. ISSUED BY — CODE:
National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) — CODE:
Contracting Officer: Barbara Taylor
Tel.: (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)
Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.: 263-98-C-0102

10B. DATED (SEE ITEM 13): March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $1,968 |
| | | |

O C. 25.41 **total cost = $1,968** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987)

D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT: | $81,816,857.00 (an increase of $1,968.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print): **Thomas F. Bell, President**

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print): Barbara Taylor, Contracting Officer

15B CONTRACTOR/OFFERER
BY [signature]
(Signature of person authorized to sign)

15C. DATE: 12-22-00

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE: 1/5/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



NIH-9-06952

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I. Section C. Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 615 | 405 | | Shelving Confirmation-Room 4254 | $1,968.00 |
| | | | **Total:** | **$1,968.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

NIH-9-06953

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 — Page of Pages 1 of 2

2. AMENDMENT/MOD. NO. **Modification No. 123**

3. EFFECTIVE DATE Block 16c

4. REQUISITION/ PURCHASE REQ. NO.

5. Project No. (If applic.) W.R.# HVX30019

6. ISSUED BY CODE
National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) CODE
Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)
Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
263-98-C-0102

10B. DATED (SEE ITEM 13)
March 26, 1998

CODE FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $16,740 |
| | | |

O C. 25.41 **total cost = $16,740** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987)

D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

PURPOSE: This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification.

CONTRACT TITLE: Consolidated Laboratory Facility - Building 50 Bid Package No. 2

CONTRACT AMOUNT: $81,833,597.00 (an increase of $16,740.00)

CONTRACT EXPIRATION DATE: April 30, 2001 (No time extension)

CONTRACT TYPE: Firm Fixed-Price Construction

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print)
Robert DeRoo VP,CFO

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print)
Barbara Taylor
Contracting Officer

15B. CONTRACTOR/OFFERER
BY Robert F DeRoo
(Signature of person authorized to sign)

15C. DATE 3/9/01

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE 3/12/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NIH-9-07127

**Modification No. 123**
Contract No. 263-98-C-0102
EWO No. 's 215R1, 235, 308, 360R1 & 442

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 254 | 132 | 096 | Elevator 4 roof slab - bowstring truss interference (EWO-215R1). | $3,500.00 |
| 298 | 174 | | Add type "17" light fixtures to the vending break roms 3436 & 4436 (EWO-360-R1). | $1,645.00 |
| 356 | 225 | 245 | Clarification to response for RFI # 771- Delete steel plates around base of service ledges (EWO-235) | $1,426.00 |
| 501 | 428 | | Provide (4) Circulating Pumps for Water Heaters (EWO-308). | $8,319.00 |
| 584 | 373 | | Demo exist. Vav box, sound atten & duct revise per RFI response for exhaust box #590 (EWO-442). | $1,850.00 |
| | | | **Total:** | **$16,740.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

~~THIS AGREEMENT DOES NOT EFFECT THE CONTRACTOR'S RIGHT FOR DAMAGES DUE TO ANY DELAYS OR DISRUPTIONS THAT MAY HAVE OCCURED.~~ [signature] PROJECT MAN.

*****

STATEMENT VOID BY BELL BCI P.M. [signature] 3/14/01

~~REF. PREVIOUSLY ISSUED AND EXECUT MODIFICATIONS~~ (MOD 81) RJ



NIH-9-07128

## SUMMARY OF NEGOTIATIONS

Contractor: Bell Company
10605 Concord Street, Suite 205
Kensington, MD 20895

W.R. No.: HVX30019

Request for Proposal No.: NA

Contract No.: 263-98-C-0102

Change No.'s: **132, 174, 225, 373, 428.**

Modification No.: **123**

A. Description of Articles and Services and Period of Performance

Items:

1. **Elevator 4 Roof slab – Bowstring Truss Interference (Change No. 132).**
2. **Type 17 Light Fixtures in Rooms 3436 and 4436. (Change No. 174).**
3. **Delete 102mm X 18GA Steel Plates @ Service Ledges. (Change No. 225).**
4. **Exhaust Box 590. (Change No. 373).**
5. **Provide power to Four (4) Circulating Pumps. (Change No. 428)**

Delivery: April 30, 2001 (no time extension)

**Total Modification Amount: $ 16,740.00**

B. Acquisition Planning

N/A

C. Synopsis of Proposed Acquisition

The acquisition has not been publicized under FAR Subpart 5.2. This contract action is made under the terms of an existing base contract that was previously synopsized in sufficient detail to comply with the requirements of 5.207 with respect to the current contract action.

D. Contract Type

This is a firm fixed-price contract.

E. Extent of Competition

N/A

F. Technical Evaluation

The Project Officer's technical evaluations are included under Tab No. 5.

G. Business Evaluation

Item 1: The Government did not issue a Modification Directive (Change Order) to the Contractor; however, the Government received a proposal from the Contractor (EWO #215) dated 11 September 2000. **Change No.132.**
Item 2: The Government did not issue a Modification Directive (Change Order ) to the Contractor; however, the Government received a proposal from the Contractor (EWO #360) dated 10/9/00 for **Change No. 174.**
Item 3: The Government did not issue a Modification Directive (Change Order) to the Contractor; however, the Government received a proposal from the Contractor (EWO #235) dated 11/15/00 for **Change No. 225**.
Item 4. The Government did not issue a Modification Directive (Change Order) to the Contractor; however, the Government received a proposal from the Contractor (EWO #442) dated 8/22/00 **(Change No. 373)**.
Item 5. The Government did not issue a Modification Directive (Change Order) to the Contractor; however, the Government received a proposal from the Contractor (EWO #308) dated 4/3/00 **(Change No. 428)**.

H. Competitive Range

N/A

I. Cost Breakdown and Analysis

Item 1: The cost breakdown and analysis for Change No. **132** is as follows:

| | |
|---|---|
| Government Estimate: | **$1,585.00** |
| Contractor's Proposal: | **$4,264.00** |
| Difference: | **$2,679.00** |
| Total Price: | **$3,500.00** |

Item 2: The cost breakdown and analysis for Change No. **174** is as follows:

| | |
|---|---|
| Government Estimate: | **$ N/A** |
| Contractor's Proposal: | **$1,645.00** |
| Difference: | |
| Total Price: | **$1,645.00** |

Item 3: The cost breakdown and analysis for Change No. **225** is as follows:

| | |
|---|---|
| Government Estimate: | **$ N/A** |
| Contractor's Proposal: | **$1,426.00** |
| Difference: | |
| Total Price: | **$1,426.00** |

Item 4: The cost breakdown and analysis for **Change No. 373** is as follows:

| | |
|---|---|
| Government Estimate: | $N/A |
| Contractor's Proposal: | $2,395.00 |
| Difference: | |
| **Total Price:** | **$1,850.00** |

Item 5: The cost breakdown and analysis for Change No. **428** is as follows:

| | |
|---|---|
| Government Estimate: | **$8,022.00** |
| Contractor's Proposal: | **$9,202.00** |
| Difference: | **$1,180.00** |
| Total Price: | **$8,319.00** |

J. Government-Furnished Property and Government-Provided Facilities

No Government furnished property or Government furnished facilities will be provided.

K. Negotiations

**Item 1:** The Government Estimate for **Change No. 132** is $1,585.00. The Contractor re-submitted their price at $4,264.00, due to the fact that they missed the SOW in their first submittal. The Government agreed to the validity of their re-submittal. The Government's Pre-Negotiation position is at $2,864.00. The Government has in fact analyzed the subject proposal and has deemed the higher costs valid and acceptable. The Government in its Pre-Negotiation position did not account for the labor leadsman time and therefore added 25% allowance, to bring the Pre-Negotiation position at $3,579.00. The difference between the Contractor's proposal and the Pre-negotiations remained at 16% differential. It was finally negotiated and agreed by both parties at $3,500.00. We therefore, recommend that the Government should accept the Negotiated price.

**Item 2:** The Government Estimate for **Change No. 174** is not required because it is less than $2,500.00. The Contractor submitted their cost proposal for $1,645.00. The Government's Pre-Negotiation position is at $823 for two (2), Type 17 Light Fixtures. The difference lies in the price for an additional Two Type 17 light fixtures. The Government has in fact analyzed the subject proposal and has deemed the higher costs valid and acceptable. The Government feels that the Contractor's price for Four (4) Type 17 light fixtures for a Lump Sum price of $1,645.00 is fair and reasonable. We therefore recommend the Government should accept the Contractor's price proposal.

**Item 3:** Negotiation of the subject proposal for **Change No. 225** was short and quick, because the differential between the Contractor's proposal and the Government's Pre-Negotiation's position was $526.00. The difference being in the Pre-Negotiation's position considered all steel plated to be deleted whereas the SOW is to deleted only around the fixed ones. The proposed costs to delete the 102mm X 18GA Steel Plates around the movable base cabinets was sufficiently documented. The Contractor had earlier (dated 1/10/99) submitted the cost for deleting all steel plates including around the movable and around the fixed ones. The Contractor then revised their price to delete only at the fixed and provided a credit for that portion only. It is in the best interest of the Government and therefore recommended that the Contractor's price be accepted which seems fair and reasonable.

**Item 4:** Negotiation of the subject proposal for **Change No. 373** was necessary due to the difference in the Contractor's cost proposal and the Government's Pre-Negotiations position.

The Contractor's associated cost was considered valid after further analysis. Furthermore, the proposed costs to make connections and to further balance the Exhaust Box 590, the contractor's price was sufficiently documented. Some adjustment was made in the labor man-hours and as such is recommended for a Lump Sum price of $1,850.00. The Negotiated price is considered fair and reasonable.

Item No. 5: The Government Estimate for Change No. 428 is $8,022.00, compared to the Contractor's cost proposal for the same work being at $9,202.00. The Government's Pre-Negotiation position is $7,647.00. The Government has in fact analyzed the subject proposal and has checked the validity of the higher costs. Negotiation of the subject proposal was held with the Young Electric first in which the labor man-hours were changed to include the 10% labor credit. This is the new arrangement with the Young Company that the Government has agreed upon. We recommend $7,500.00 for Young Electric. The proposed cost to provide power to the Four (4), Circulating Pumps were sufficiently documented. The final price was negotiated for a LS price of $8,319.00 compared to the Contractor's Cost Proposal of $9,202.00. It is therefore recommended that the negotiated price be accepted. The negotiated price is considered fair and deemed acceptable:

L. Other Considerations

N/A

M. Terms and Conditions

The terms and Conditions of the base contract apply to this change.

N. Recommendation

It is hereby recommended that a bilateral modification in the amount of $16,740.00 with no time extension be awarded to Bell Company as fair and equitable. Execution of a bilateral contract modification for the scope of work specified in Paragraph A above at the amount $16,740.00 is in the best interest of the Government.

O. Signature

Barbara Taylor — Date: 2/20/01

NIH-9-07141

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 | Page of Pages 1 of 2

| 2. AMENDMENT/MOD. NO. | 3. EFFECTIVE DATE | 4. REQUISITION/ PURCHASE REQ. NO. | 5. Project No. (If applic.) |
|---|---|---|---|
| Modification No. 124 | Block 16c | | W.R# HVX30019 |

6. ISSUED BY CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) CODE

Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO. --

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

263-98-C-0102

10B. DATED (SEE ITEM 13)

March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended. [ ] is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $3,564 |

O C. 25.41 **total cost =** **$3,564** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

[X] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987)

[ ] D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not. [X] is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | | |
|---|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. | |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 | |
| CONTRACT AMOUNT: | $81,837,161.00 | (an increase of $3,564.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 | (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction | |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print)

Robert DeRoo VP, CFO

15B. CONTRACTOR/OFFERER

BY [signature] (Signature of person authorized to sign)

15C. DATE 3/9/01

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print)

Barbara Taylor
Contracting Officer

16B. UNITED STATES OF AMERICA

BY [signature] (Signature of Contracting Officer)

16C. DATE 3/12/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I. Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 592 | 434 | | F/I Rough-in for add'l telephone outlets rooms 4413 & 4517 per CM RFI 159 (EWO-415). | $0.00 |
| 594 | 417 | | Provide exhaust duct to serve B520C & B516C (EWO-443). | $1,050.00 |
| 624 | 419 | | EM Suite Scope Room Door Relocation (EWO-372). | $0.00 |
| 640 | 441 | | Add 4 speaker/ strobe lights in the Vivarium Corridor (EWO-354). | $1,484.00 |
| 641 | 442 | | Delete 3 pole circuit @ DPPH-5, add 1 pole circuit to RPPH-1 PER CBE-31 Dated 1/27/00 (EWO-348). | $1,030.00 |
| | | | **Total:** | **$3,564.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification. ~~THIS AGREEMENT DOES NOT AFFECT THE CONTRACTOR'S RIGHT FOR DAMAGES DUE TO ANY DELAYS OR DISRUPTIONS THAT MAY HAVE OCCURRED~~. [signature] 3/2/01

~~PROJECT MANAGER~~

*****

STATEMENT VOID BY BELL BCI P.M. [signature] 3/14/01

~~REF. PREVIOUSLY ISSUED AND EXECUTED MODIFIC (MOD 81).~~ [initials]

NIH-9-07007

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 | Page of Pages 1 of 2

2. AMENDMENT/MOD. NO. Modification No. 125

3. EFFECTIVE DATE Block 16c

4. REQUISITION/ PURCHASE REQ. NO.

5. Project No. (If applic.) W.R# HVX30019

6. ISSUED BY CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) CODE

Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

263-98-C-0102

10B. DATED (SEE ITEM 13)
March 26, 1998

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified..

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $7,693 |
| | | |

O C. 25.41 **total cost = $7,693** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987)

☐ D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT: | $81,844,854.00 (an increase of $7,693.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print)
Robert DeRoo VP, CFO

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print)
Barbara Taylor
Contracting Officer

15B. CONTRACTOR/OFFERER
BY [signature]
(Signature of person authorized to sign)

15C. DATE 3/9/01

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE 3/12/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



NIH-9-07303

**Modification No. 125**
Contract No. 263-98-C-0102
EWO No. 467-R2

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 557 | 451 | | Strainer removal @ backflow preventer per WSSC. | $7,693.00 |
| | | | **Total:** | **$7,693.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****