# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT OMB 0990 0115 | Page of Pages 1 of 2 | | |
| 2. AMENDMENT/MOD. NO. Modification No. 126 | 3. EFFECTIVE DATE Block 16c | 4. REQUISITION/ PURCHASE REQ. NO. | 5. Project No. (If applic.) W.R# HVX30019 |
| 6. ISSUED BY CODE | National Institutes of Health<br>Acquisition Branch C, DSSC, OPM<br>9000 Rockville Pike, Bldg.13, Rm.G-800<br>Bethesda, MD 20892 | 7. ADMINISTERED BY (If other than Item 6) CODE | Contracting Officer: Barbara Taylor<br>Tel. : (301) 435-4333<br>FAX: (301) 402-1103 |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code) | Bell Company<br>10605 Concord Street, Suite 205<br>Kensington, Maryland 20895 | 9A. AMENDMENT OF SOLICITATION NO. | |
| | | 9B. DATED (SEE ITEM 11) | |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. | 263-98-C-0102 |
| CODE | FACILITY CODE | 10B. DATED (SEE ITEM 13) | March 26, 1998 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8321966 | NHGRI | $340,371 |

O C. 25.41 **total cost = $340,371** W.R.# HVX30019

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987) |
| | D. OTHER (specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 4 copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT / MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT: | $82,185,225.00 (an increase of $340,371.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15 A. NAME AND TITLE OF SIGNER (Type or print) Robert DeRoo VP, CFO | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print) Barbara Taylor, Contracting Officer | |
| 15B. CONTRACTOR/OFFERER BY [signature] (Signature of person authorized to sign) | 15C. DATE 3/9/01 | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE 3/12/01 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 567 | 459 | | Add (41) Card Readers/Control Stations @ 5th Flr per Bulletin No. 80, RFI 1480 & 1485 Clarifications to Bulletin No. 80. | $340,371.00 |
| 696 | 462 | | Door to Fish room 5428 to receive Card Reader ilo Door to Equipment room 5430/5432. | $0.00 |
| 707 | 462 | | Per Technical discussions on 12/13/00, provide 22 card Readers w/ long distance capabilities in accordance with the doors list in the NIH Memo. | $0.00 |
| | | | **Total:** | **$340,371.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

NIH-9-07391

# SUMMARY of NEGOTIATIONS

Contractor: Bell Company
10605 Concord Street, Suite 205
Kensington, MD 20895

W.R. No.: HVX30019

Request for Proposal No.: NA

Contract No.: 263-98-C-0102

Change No.: ~~433~~ 459 (B1. Chg# 459)

**Modification No.:** **126**

A. Description of Articles and Services and Period of Performance

Items:

1. Reference: In response to RFIs 1480, 1485 and CMRFI-208, (Change No. 433), provide Security Doors Bulletin 80 with Card Readers.

Delivery: April 30, 2001 (no time extension)

Total Price: **$340,371.00**

B. Acquisition Planning

N/A

C. Synopsis of Proposed Acquisition

The acquisition has not been publicized under FAR Subpart 5.2. This contract action is made under the terms of an existing base contract that was previously synopsized in sufficient detail to comply with the requirements of 5.207 with respect to the current contract action.

D. Contract Type

This is a firm fixed-price contract.

E. Extent of Competition

N/A

F. Technical Evaluation

The Project Officer's technical evaluation is included under Tab No. 5.

G. Business Evaluation

The Government did not issue a Change Order (Modification Directive) to the Contractor, nevertheless; the applicable documents were transmitted to the Bell Company and as a result, the Contractor submitted a proposal (EWO No. 433) on November 16, 2000.

H. Competitive Range

N/A

NIH-9-07398

I. Cost Breakdown and Analysis

The cost breakdown and analysis for the negotiation of (Change No. 433) is as follows:

[illegible]
[illegible]
[illegible]
[illegible]

1. All costs are considered by the Government to be allocable, allowable and reasonable.

J. Government-Furnished Property and Government-Provided Facilities

No Government furnished property or Government furnished facilities will be provided.

K. Negotiations: Note: (*) = Bell negotiated on subcontractor's behalf and or resolved via telephone conversation with subcontractor.

Clestra-Hauserman (*): Clestra-Hauserman submitted a proposal to modify and install 12 demountable partition doors to accommodate the card readers at a cost of $36,512.00. It was requested if there was a less expensive method of modifying the doors to receive the card readers and associated hardware. The Subcontractor suggested utilizing their standard pivot hinges in lieu of the hinges specified in Bulletin 80. With this Value Engineering implemented a cost savings would be achieved. The Government accepted Clestra-Hauserman's suggestion and realized a saving of $23,012. Therefore, the Contractor's revised proposal in the amount of $13,500.00 was received, deemed reasonable and accepted by the Government.

ISR Solutions: In negotiating Modification No. 90, the Government settled with ISR provide Security Doors with 240 Card Readers, for a lump sum price of $613,000.00. This averaged out the price for each Security Door card Reader at $2,554.16. This Change required 41 Security Doors with Card Readers and the Contractor submitted a cost proposal of $105,082.00, averaging at $2,562.98 each. The Government negotiated the price at a lump sum of $88,907.00 averaging at $2,168.46 each Card Reader. The Government then revised the scope of work by adding 22 long distance Card Readers and negotiated at $1,330.00 each for an additional cost of $29,260.00. This brought the ISR negotiated subtotal to a lump sum price of $118,167.00.

Manganaro (*): Manganaro submitted a proposal in the amount of $21,042.00 to demo, patch, repair/reinstall drywall and ceilings at 41 locations designated to receive the new card readers. It was mutually agreed that the subcontractor would have to provide remedial work at only 27 locations. Therefore, as agreed, the subcontractor adjusted their proposal to reflect the correct amount of areas to be repaired for the total amount of $13,000.00, and is now deemed reasonable and acceptable to the Government.

Young Electric: Young Electric submitted a cost proposal for $103,978.00 to add security rough-ins to 41 doors on the 5th Floor per Bulletin 80 EWO#433. It was agreed that this work would be done on an accelerated schedule, thus paying OT rates of $40.38 instead of the regular rates of $26.81/MH for Journeyman. Adjustments were made in quantities from 1600 LF of EMT to 1260LF of EMT. This adjusted Fittings, Hangers & Supports pricing also. The 1" plastic Anchor w/#12 screw labor man-hours were negotiated from 96 man-hours to 24 man-hours. Total labor man-hours were adjusted. Young's plea for Job Site superintendent and additional Management cost was totally rejected. The Government offered $75,000.00 but finally agreed on $80,000.00 with potential savings to the Government of 23%.

BELL: Bell and The Government agreed to the following additional miscellaneous costs;

- 300 **laborer** hours total for clean-up, reduced to 230 hours with approximately 20% of those hours for the lead-man and 10% of the total 230 hrs for a foreman.
- 432 **carpenter** hours total for door/frame prep, reduced to 384 hours with approximately 20% of those hours for the lead-man and 10% of the total 230 hrs for a foreman.
- An additional 138 hours for an **elevator operator** to distribute materials, men and debris associated with this Bulletin.
- An additional 60 hours for a **superintendent** (OT) and 40 hours for a **project engineer** to coordinate this work. (The Project leaders for the Government were considering rejecting this portion of the proposal, since it was in violation of the contract, Section H - paragraph 8 (item f on page 23), which considers coordination included in the GC's allowable mark-up). Bell claims that, if the Government accept these hours then general conditions and acceleration costs can be avoided for the added scope of work.

L. Other Considerations

M. Terms and Conditions

The terms and conditions of the base contract apply to this change.

N. Recommendation

It is hereby recommended that a bilateral modification in the amount of [illegible] with no time extension be awarded to Bell Company as fair and equitable. Execution of a bilateral contract modification for the scope of work specified in Paragraph A above in the amount of is in the best interest of the Government.

O. Signature

Barbara Taylor – Contracting Officer

2/13/01
Date

NIH-9-07400

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 — Page of Pages 1 of 2

2. AMENDMENT/MOD. NO.: Modification No. 127

3. EFFECTIVE DATE: Block 16c

4. REQUISITION/ PURCHASE REQ. NO.

5. Project No. (If applic.) W.R# HVX30019

6. ISSUED BY — CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) — CODE

Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
263-98-C-0102

10B. DATED (SEE ITEM 13)
March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $832 |
| | | |

O C. 25.41 **total cost =** **$832** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-4 Changes - Fixed Price (AUG 1987)

D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT: | $82,186,057.00 (an increase of $832.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print)
Robert DeRoo VP, CFO

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print)
Barbara Taylor
Contracting Officer

15B. CONTRACTOR/OFFERER
BY [signature]
(Signature of person authorized to sign)

15C. DATE
3/9/01

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE
3/12/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



NIH-9-07588

Page 2 of 2
**Modification No. 127**
Contract No. 263-98-C-0102
EWO No. 233-R2.

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I. Section C. Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 352 | 221 | 155 | Stairwell heating elements per CBM-45 | $832.00 |
| 391 | 244 | | Radiation Unit Element Reduction in Length by 150mm | $0.00 |
| 406 | 259 | | Fin Tube Radiation at Stairwells per RFI - CM103a which refers to CBM-45. | $0.00 |
| | | | **Total:** | **$832.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification. ~~THIS AGREEMENT DOES NOT AFFECT THE CONTRACTOR'S RIGHT FOR DAMAGES DUE TO ANY DELAYS OR DISRUPTIONS THAT MAY HAVE OCCURRED.~~ ***** [signature] 2/28/01 ~~PROJECT MANAGER~~

~~REF. PREVIOUSLY ISSUED AND EXECUTED MODIFICATION WORDING (MOD 81).~~

STATEMENT VOID BY BELL BLI P.M. [signature] 3/14/01



NIH-9-07589

**AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT**

1. CONTRACT OMB 0990 0115 — Page of Pages: 1 of 2

| | | | |
|---|---|---|---|
| 2. AMENDMENT/MOD. NO. **Modification No. 128** | 3. EFFECTIVE DATE Block 16c | 4. REQUISITION/ PURCHASE REQ. NO. | 5. Project No. (If applic.) W.R.# HVX30019 |

6. ISSUED BY CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) CODE

Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No . Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

263-98-C-0102

10B. DATED (SEE ITEM 13)
March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $1,447 |
| | | |

O C. 25.41 **total cost = $1,447** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987) |
| | D. OTHER (specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

PURPOSE: This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification.

CONTRACT TITLE: Consolidated Laboratory Facility - Building 50 Bid Package No. 2

CONTRACT AMOUNT: $82,187,504.00 (an increase of $1,447.00)

CONTRACT EXPIRATION DATE: April 30, 2001 (No time extension)

CONTRACT TYPE: Firm Fixed-Price Construction

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

| | |
|---|---|
| 15 A. NAME AND TITLE OF SIGNER (Type or print) Robert DeRoo VP, CFO | 16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print) Barbara Taylor, Contracting Officer |
| 15B. CONTRACTOR/OFFERER BY Robert DeRoo *(Signature of person authorized to sign)* — 15C. DATE 3/9/01 | 16B. UNITED STATES OF AMERICA BY Barbara Taylor *(Signature of Contracting Officer)* — 16C. DATE 3/12/01 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



NIH-9-07703

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I. Section C. Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order. Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 307 | 171 | 233 | Provide an Additional Tackboard on the North Wall @ 6th Fl. Lobby | $1,447.00 |
| | | | **Total:** | **$1,447.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 — Page of Pages 1 of 2

2. AMENDMENT/MOD. NO.: **Modification No. 129**
3. EFFECTIVE DATE: Block 16c
4. REQUISITION/ PURCHASE REQ. NO.:
5. Project No. (If applic.): W.R.# HVX30019

6. ISSUED BY — CODE
National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) — CODE
Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)
Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
10A. MODIFICATION OF CONTRACT/ORDER NO.
263-98-C-0102
10B. DATED (SEE ITEM 13)
March 26, 1998

CODE — FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $0 |
| | | |

O C. 25.41 **total cost =** **$0** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-4 Changes - Fixed Price (AUG 1987)

D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | | |
|---|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. | |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 | |
| CONTRACT AMOUNT: | $82,187,504.00 | (an increase of $0.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 | (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction | |

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print)
Robert DeRoo VP, CFO

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print)
Barbara Taylor
Contracting Officer

15B. CONTRACTOR/OFFERER
BY [signature]
*(Signature of person authorized to sign)*

15C. DATE
3/9/01

16B. UNITED STATES OF AMERICA
BY [signature]
*(Signature of Contracting Officer)*

16C. DATE
3/12/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 312 | 187 | 126 | Access behind precast Sloping Columns @ Penthouse (EWO-242). | $0.00 |
| 394 | 247 | 176 | Lower Ceilings and Relocate Exhaust Grilles at Modules #4327 and #4428 (EWO-309). | $0.00 |
| 574 | 452 | | Receptacles added various wall types per RFI's 1111, Bull # 32 & 1187 (EWO-491). | $0.00 |
| 600 | 387 | | Relocate Bottled Lab Gas Cylinders (EWO-316). | $0.00 |
| 622 | 416 | | Provide a 3 phase 60 amp CB & electrical connection to a fume hood per CBE-67 (EWO-446). | $0.00 |
| | | | **Total:** | **$0.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 — Page of Pages 1 of 2

[redacted]

3. EFFECTIVE DATE: Block 16c

4. REQUISITION/ PURCHASE REQ. NO.

5. Project No. (If applic.) W.R# HVX30019

6. ISSUED BY CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) CODE

Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

263-98-C-0102

10B. DATED (SEE ITEM 13)
March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $5,376.00 |
| 1-8325438 | NIDDK | $15,756.00 |
| 1-8334109 | NHLBI | $3,939 |

O C. 25.41 **total cost = $25,071.00** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987) |
| | D. OTHER (specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible)

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT | $82,212,575.00 (an increase of $25,071.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print): Robert DeRoo VP, CFO

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print): Barbara Taylor, Contracting Officer

15B. CONTRACTOR/OFFERER BY [signature] (Signature of person authorized to sign)

15C. DATE 3/9/01

16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)

16C. DATE 3/12/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I. Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 194 | 125 | 093 | Missing VAV & Exhaust Duct serving Room 5254 (EWO-163). | $4,351.00 |
| 272 | 152 | | Provide 250mm ductwork extending from terminal unit 460 (EWO-121). | $1,233.00 |
| 316 | 189 | 128 | Recessed (infill) Slab at Elevators 1-2-3 on Floors 2-6 (EWO-246). | $18,253.00 |
| 328 | 134 | 098 | Access panel mounting height - (Delete all access doors per RFI response) (EWO-266). | ($18,461.00) |
| 612 | 402 | | NMR Suite Revisions dt 3/2/00-Bulletin 58 (EWO-311-R1). | $19,695.00 |
| | | | **Total:** | **$25,071.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification. ~~THIS AGREEMENT DOES NOT AFFECT THE CONTRACTOR'S RIGHT FOR DAMAGES DUE TO ANY DELAYS OR DISRUPTIONS THAT MAY HAVE OCCURRED.~~

*****

STATEMENT VOID BY BELL BCI CO.
P.M. [signature] 3/14/01

[signature] 3/3/01
~~PROJECT MNGR.~~
~~REF. PREVIOUSLY ISSUED AND EXECUTED MODIFICA (MOD 81).~~ [initials]



NIH-9-00014

## SUMMARY OF NEGOTIATIONS

Contractor: Bell Company
10605 Concord Street, Suite 205
Kensington, MD 20895

W.R. No.: HVX30019

Request for Proposal No.: NA

Contract No.: 263-98-C-0102

Change No.'s: 152, 125, 189, 134 and 402.

Modification No.: **130**

A. Description of Articles and Services and Period of Performance

1. **Provide 250mm DW extending from Terminal Unit 460 (Change No. 152).**
2. **Provide Exhaust Terminal Unit No. 656 DW. (Change No. 125).**
3. **Recessed In fill slab at Elevators 1, 2, 3, on Floors 2 through 6. (Change No. 189)**
4. **Delete all Access Doors (Change No. 134).**
5. **NMR Suite Revisions – Bulletin 58 (Change No. 402)**

Delivery: April 30, 2001 (no time extension)

**Total Modification Amount: $ 25,071.00**

B. Acquisition Planning

N/A

C. Synopsis of Proposed Acquisition

The acquisition has not been publicized under FAR Subpart 5.2. This contract action is made under the terms of an existing base contract that was previously synopsized in sufficient detail to comply with the requirements of 5.207 with respect to the current contract action.

D. Contract Type

This is a firm fixed-price contract.

E. Extent of Competition

N/A

F. Technical Evaluation

The Project Officer's technical evaluations are included under Tab No. 5.

G. Business Evaluation

1: The Government did not issue a Modification Directive (Change Order) to the Contractor; however, the Government received a proposal from the Contractor (EWO #121) dated 7/22/99.

2: The Government did not issue a Modification Directive (Change Order) to the Contractor; however, the Government received a proposal from the Contractor (EWO #163) dated 6/24/00 for

3: The Government did not issue a Modification Directive (Change Order) to the Contractor; however, the Government received a proposal from the Contractor (EWO #246) dated 9/21/00 for [illegible]

4. The Government did not issue a Modification Directive (Change Order) to the Contractor; however, the Government received a proposal from the Contractor (EWO #266) dated 8/22/00 for [illegible]

. The Government did not issue a Modification Directive (Change Order) to the Contractor; however, the Government received a proposal from the Contractor (EWO #311) dated 10/24/00 for [illegible]

H. Competitive Range

N/A

I. Cost Breakdown and Analysis

Item 1: The cost breakdown and analysis for Change No. **152** is as follows:

| | |
|---|---|
| Government Estimate: | **$N/A** |
| Contractor's Proposal: | **$1,316.00** |
| Difference: | |
| Total Price: | **$1,233.00** |

Item 2: The cost breakdown and analysis for Change No. **125** is as follows:

| | |
|---|---|
| Government Estimate: | **$1,213.00** |
| Contractor's Proposal: | **$5,303.00** |
| Difference: | **$4,090.00** |
| Total Price: | **$4,351.00** |

Item 3: The cost breakdown and analysis for Change No. **189** is as follows:

| | |
|---|---|
| Government Estimate: | **$21,959.00** |
| Contractor's Proposal: | **$18,253.00** |
| Difference: | **$-3,706.00** |
| Total Price: | **$18,253.00** |

Item 4: The cost breakdown and analysis for **Change No. 134** is as follows:

| | |
|---|---|
| Government Estimate: | **$-197,440.00** |
| Contractor's Proposal: | **$-8,819.00** |
| Difference: | **$-188,621.00** |
| **Total Price:** | **$-18,461.00** |

Item 5: The cost breakdown and analysis for Change No. **402** is as follows:

| | |
|---|---|
| Government Estimate: | **$ 14,783.00** |
| Contractor's Proposal: | **$22,741.00** |
| Difference: | **$7,958.00** |
| Total Price: | **$19,695.00** |

J. Government-Furnished Property and Government-Provided Facilities
No Government furnished property or Government furnished facilities will be provided.

K. Negotiations

**Item 1:** The Government Estimate for Change No. 152 is not required. The Contractor submitted $1.316.00. A careful Pre-negotiation position brought the price to $1,233.00. Negotiation for the subject proposal was not necessary since the associated cost was considered valid after analysis. The proposed cost to provide 250mm ductwork extending from terminal unit #460 is within 6.5% of the pre-neg position. The Government agreed to the validity of their submittal. The Government has in fact analyzed the subject proposal and has deemed the costs valid and acceptable. We therefore, recommend that the Government should accept the Contractor's proposal @ $1,233.00.

**Item 2:** The Government Estimate for Change No. 125 is $1,213.00. The Government's Pre-Negotiation position is at $4,351.00. The Government Estimate missed the scope of work including the Stromberg's duct run and Siemen's changes to ATC and lab control system and estimated only the price of VAV exhaust terminal unit for $400.00. The scope consisted of Stromberg's work to revise the DW for $2,046.00, which was negotiated for $1,665.00. Also included Siemen's scope of work related to ATC and Lab control systems as indicated in RFI 561 for a price of $1,939.00 which was negotiated for $1,484.00. Finally the total Contractor's price was negotiated for a lump sum price of $4,351.00. This negotiation ended on a mutual agreement by all parties. We therefore recommend the Government should accept the Negotiated price of $4,351.00.

**Item 3:** Negotiation of the subject proposal for **Change No. 189** was short and quick, because the differential between the Contractor's proposal and the Government's Pre-Negotiation's position was negative. The Government's estimate was at $21,959.00 compared to the Contractor's cost proposal at $18,253.00. It is in the best interest of the Government and therefore recommended that the Contractor's price $18,253.00 be accepted which seems fair and reasonable.

**Item 4:** Negotiation of the subject proposal for **Change No. 134** was necessary due to the large difference between the Contractor's cost proposal, a credit of ($8,819.00) and the Government's

original IGE at asking a credit for ($197,440.00). The Government estimated 822 doors at $148.00 each. It was confirmed to be only 382 doors and at a price of $25.00 only. The labor was also adjusted accordingly. The Pre-Negotiation position, after all adjustments to the Government's estimate was set at $18,461.00. The Contractor's price was negotiated at $18.461.00 It is recommended that the Government should accept the Negotiated price, which seems fair and reasonable.

Item No. 5:
Negotiations for the subject proposal were held on Thursday 11/16/2000. Young Electric, Bell Construction and CRSS participated in the technical discussions. The proposed costs for the NMR Suite revisions – Bulletin 58 were sufficiently documented.
This Contractor revised their cost proposal and re-submitted the cost proposal at $22,740.00. The major change occurred in Manganaro's price. Due to scope change the credit was changed to an additional cost to the Government. The Government's Pre-Negotiation's position was at $19,001.00. The Government Estimate for Change No. **402** was $14,783.00. The Government has in fact analyzed the subject proposal and has checked the validity of the higher costs. The Government negotiated this proposal at a lump sum price of $19,695.00 which is at 14% savings to the Government. It is therefore recommended that the Government should accept the Negotiated price. The negotiated price is considered fair and deemed acceptable:

L. Other Considerations

N/A

M. Terms and Conditions

The terms and Conditions of the base contract apply to this change.

N. Recommendation

It is hereby recommended that a bilateral modification in the amount of **$25,071.00** with no time extension be awarded to Bell Company as fair and equitable. Execution of a bilateral contract modification for the scope of work specified in Paragraph A above at the amount **$25,071.00** is in the best interest of the Government.

O. Signature

Barbara Taylor — Date: 2/26/01

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 — Page of Pages 1 of 2

| | | | |
|---|---|---|---|
| 2. AMENDMENT/MOD. NO. **Modification No. 132** | 3. EFFECTIVE DATE Block 16c | 4. REQUISITION/ PURCHASE REQ. NO. | 5. Project No. (If applic.) W.R# HVX30019 |

6. ISSUED BY CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) CODE

Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

263-98-C-0102

10B. DATED (SEE ITEM 13)
March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8325013 | *NIAMS* | $134,267 |
| 1-8332125 | *NCI-DCS* | $11,675 |

O C. 25.41 **total cost = $145,942.00** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987) |
| | D. OTHER (specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

PURPOSE: This agreement is to modify the contract and to provide an equitable adjustment for change work as itemized on the following page of this modification.

CONTRACT TITLE: Consolidated Laboratory Facility - Building 50 Bid Package No. 2

CONTRACT AMOUNT $82,379,687.00 (an increase of $145,942.00)

CONTRACT EXPIRATION DATE: April 30, 2001 (No time extension)

CONTRACT TYPE: Firm Fixed-Price Construction

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print)
Robert DeRoo VP, CFO

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print)
Barbara Taylor
Contracting Officer

15B. CONTRACTOR/OFFERER
BY [signature]
(Signature of person authorized to sign)

15C. DATE
3/9/01

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE
3/12/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



NIH-9-00393

**Modification No. 132**
Contract No. 263-98-C-0102
EWO No. 475-R1.

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 631 | 458 | | RFI-CM184 - 1st flr. Equipment survey-casework/ utility changes (Ref. Pcn 552). | $145,942.00 |
| 709 | 458 | | RFI-1582 dtd. 12/15/00 - Mech'l Clarification's for RFI CM 184 - 1st flr. Equipment survey-casework/utility changes. | |
| 721 | 458 | | RFI-CM201, Response to RFI-1582 seeking clarification for 1st flr. Equipment survey-casework/ utility changes | |
| | | | **Total:** | **$145,942.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

**SUMMARY of NEGOTIATIONS**

Contractor: Bell Company
10605 Concord Street, Suite 205
Kensington, MD 20895

W.R. No.: HVX30019

Request for Proposal No.: NA

Contract No.: 263-98-C-0102

Change No.: 458

**Modification No.: 132**

A. Description of Articles and Services and Period of Performance

Items:

1. Reference: Per RFI CM184 and attached sketches provided by the CM dated 10/17/00, provide construction changes for the 1st floor equipment survey/utility changes.

Delivery: April 30, 2001 (no time extension)

Total Price: **$145,942.00**

B. Acquisition Planning

N/A

C. Synopsis of Proposed Acquisition

The acquisition has not been publicized under FAR Subpart 5.2. This contract action is made under the terms of an existing base contract that was previously synopsized in sufficient detail to comply with the requirements of 5.207 with respect to the current contract action.

D. Contract Type

This is a firm fixed-price contract.

E. Extent of Competition

N/A

F. Technical Evaluation

The Project Officer's technical evaluation is included under Tab No. 5.

G. Business Evaluation

The Government did not issue a Change Order (Modification Directive) to the Contractor for Change No. 458. Notwithstanding that, the applicable documents (RFI CM184 dated 10/17/00 and attached sketches provided by the CM) were transmitted to the Bell Company on October 17th, 2000. As a result, the Government received a proposal from the Contractor on December 21st, 2000; (EWO 475 dated December 21st, 2000).