H. Competitive Range

N/A

I. Cost Breakdown and Analysis

The cost breakdown and analysis for the negotiation of (Change No. 458) is as follows:

| | |
|---|---|
| Government Estimate: | $136,640 |
| Contractor's Proposal: | $187,579 |
| Difference: | ($50,939) |
| Total Price: | **$145,942** |

1. All costs are considered by the Government to be allocable, allowable and reasonable.

J. Government-Furnished Property and Government-Provided Facilities

No Government furnished property or Government furnished facilities will be provided.

K. Negotiations

Negotiation of the subject proposal was not required, inasmuch, technical discussions were held between CRSSC and Bell which clarified issues related to the correct scope of work. These clarifications led to the re-issuance of the Contractor's proposal, which is now deemed reasonable. Acceptance is recommended for the reasons noted below in paragraph L.

L. Other Considerations

- Elevator operator (at an O.T. rate) to work for 40 hrs in lieu of 70 hrs for this change.
- J-man insulators (at an O.T. rate) to work for 68 hrs in lieu of 464 hrs for this change.

M. Terms and Conditions

The terms and conditions of the base contract apply to this change.

N. Recommendation

It is hereby recommended that a bilateral modification in the amount of **$145,942.00** with no time extension be awarded to Bell Company as fair and equitable. Execution of a bilateral contract modification for the scope of work specified in Paragraph A above at the credit amount of **$145,942.00** is in the best interest of the Government.

O. Signature

Barbara Taylor – Contracting Officer

8/27/01
Date

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 | Page of Pages 1 of 2

| 2. AMENDMENT/MOD. NO. | 3. EFFECTIVE DATE | 4. REQUISITION/ PURCHASE REQ. NO. | 5. Project No. (If applic.) |
|---|---|---|---|
| **Modification No. 133** | Block 16c | | W.R# HVX30019 |

6. ISSUED BY CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) CODE

Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

263-98-C-0102

10B. DATED (SEE ITEM 13)
March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $45,960 |

O C. 25.41 **total cost = $45,960.00** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-4 Changes - Fixed Price (AUG 1987)

☐ D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible)

PURPOSE: This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification.

CONTRACT TITLE: Consolidated Laboratory Facility - Building 50 Bid Package No. 2

CONTRACT AMOUNT: $82,425,647.00 (an increase of $45,960.00)

CONTRACT EXPIRATION DATE: April 30, 2001 (No time extension)

CONTRACT TYPE: Firm Fixed-Price Construction

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
Robert DeRoo VP, CFO

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print)
Barbara Taylor
Contracting Officer

15B. CONTRACTOR/OFFEROR
BY [signature]
*(Signature of person authorized to sign)*

15C. DATE
3/9/01

16B. UNITED STATES OF AMERICA
BY [signature]
*(Signature of Contracting Officer)*

16C. DATE
3/12/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53 243

THE GOVERNMENT AND THE CONTRACTOR MUTUA~~LL~~Y AGREE AS FOLLOWS:

1. Part I. Section C. Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 222 | 058 | 041 | Delete exterior metal trim, bars & brackets (EWO-184) | ($10,397.00) |
| 261 | 147 | 091 | Rerouting the smoke relief duct and adding rated duct wrap (EWO-203R1). | $55,000.00 |
| 297 | 173 | 139 | Provide Type 3 partitions per CBA-36 (EWO-232R1). | ($971.00) |
| 356 | 225 | 245 | Clarification to response for RFI # 771- Delete steel plates around base of service ledges (EWO-235) (Adjustment made to this Mod. Inadvertently added EWO 235 in Mod 123, should have been a credit). | ($2.852.00) |
| 361 | 208 | 143 | Exhaust Terminal Unit B45 LP Duct Connection (EWO-325) | $2.069.00 |
| 497 | 372 | | Ceiling grid / elevator door jamb conflict @ Elevator #4 (EWO-395). | $2,220.00 |
| 639 | 440 | | Fill & stablize sinkhole @ Bell's const'n trailers South-East of VV# 8 (EWO-292). | $891.00 |
| | | | **Total:** | **$45,960.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification. ~~THIS AGREEMENT DOES NOT AFFECT THE CONTRACTOR'S RIGHT FOR DAMAGES DUE TO ANY DELAYS OR DISRUPTIONS THAT MAY HAVE OCCURRED.~~ 2/20/01 ~~PROJECT MANAGER~~

*****

STATEMENT VOID BY BELL BCI P.M.
3/14/01

~~REF. PREVIOUSLY ISSUED AND EXECUTED MODIFICATION (MOD 81)~~
RJ

NIH-9-00562

## SUMMARY OF NEGOTIATIONS

Contractor: Bell Company
10605 Concord Street, Suite 205
Kensington, MD 20895

W.R. No.: HVX30019

Request for Proposal No.: NA

Contract No.: 263-98-C-0102

Change No. (s): **58, 147, 173, 225, 208, 372 & 440**

**Modification No.:** **133**

A. Description of Articles and Services and Period of Performance

**Items:**

1) Provide credit for the exterior metal trim bars and brackets that were deleted in accordance with Bulletin No. 25/CBA – 27 dated 5/14/99 **(Change No. 58)**.

2) In accordance with Bulletin No. 24/CBM # 30, provide "3M Fire Master Mfg." duct wrap to provide a 2-hour rating the smoke venting of elevator shafts 1, 2, 3 and 4 and change duct sizes **(Change No. 147)**.

3) F/I per Bulletin No. 43/CBA # 36, revisions of a partition type on floors 1 thru 6 **(Change No. 173)**.

4) **Change No. 225** references RFI Nos. 771 & 882, which were previously analyzed and negotiated. However, Change No. 225 was incorrectly added to Mod No.123 instead of credited. Therefore, the appropriate amount will be deducted in Mod No. 133.

5) F/I connect low-pressure exhaust ductwork to the exhaust grille in room B208 connected to terminal unit 345 **(Change No. 208)**.

6) F/I revised ceiling grids and provide gyp board soffits at the vestibules of elevator # 4, floors 1 through 6 **(Change No. 372)**.

7) F/I flowable fill in an effort to stabilize the ground around Bells mechanical trailer **(Change No. 440)**.

Delivery: April 30, 2001 (no time extension)

Total Price: **$45,960.00**

B. Acquisition Planning

N/A

C. Synopsis of Proposed Acquisition

The acquisition has not been publicized under FAR Subpart 5.2. This contract action is made under the terms of an existing base contract that was previously synopsized in sufficient detail to comply with the requirements of 5.207 with respect to the current contract action.

D. Contract Type

This is a firm fixed-price contract.

E. Extent of Competition

N/A

F. Technical Evaluation

The Project Officer's technical evaluations are included under Tab No. 5.

G. Business Evaluation

The Government issued a Modification Directive (Change Order) to the Contractor for two of the seven (1 of 7) changes mentioned above. The Government received the following proposals from the Contractor in response to the above referenced changes:

EWO # 184 dated 6/26/00 (**Change No. 58**),
EWO # 203 dated 1/13/00 (**Change No. 147**),
EWO # 232 dated 8/25/00 (**Change No. 173**),
EWO # 235 dated 11/15/00 (**Change No. 225**),
EWO # 325 dated 11/13/00 (**Change No. 208**),
EWO # 395 dated 10/12/00 (**Change No. 372**),
EWO # 292 dated 10/23/00 (**Change No. 440**).

The Contractor's proposals are responsive to Governments requirements.

H. Competitive Range

N/A

I. Cost Breakdown and Analysis (for 7 Items):

Item 1: The cost breakdown and analysis for **Change No. 58** is as follows:

| | |
|---|---|
| Government Estimate: | ($29,858) |
| Contractor's Proposal: | ($4,490) |
| Difference: | ($25,368) |
| Total Price: | **($10,397)** |

Item 2: The cost breakdown and analysis for **Change No. 147** is as follows:

| | |
|---|---|
| Government Estimate: | $21,784 |
| Contractor's Proposal: | $119,241 |
| Difference: | ($97,457) |
| Total Price: | **$55,000** |

Item 3: The cost breakdown and analysis for Change No. **173** is as follows:

| | |
|---|---|
| Government Estimate: | $0 |
| Contractor's Proposal: | $0 |
| Difference: | $0 |
| Total Price: | **($961)** |

Item 4: The cost breakdown and analysis for Change No. **225** is as follows:

| | |
|---|---|
| Government Estimate: | $0 |
| Contractor's Proposal: | ($1,426) |
| Difference: | $0 |
| Total Price: | **($2,852)** |

Item 5: The cost breakdown and analysis for Change No. **208** is as follows:

| | |
|---|---|
| Government Estimate: | $0 |
| Contractor's Proposal: | $3,678 |
| Difference: | $0 |
| Total Price: | **$2,069** |

Item 6: The cost breakdown and analysis for Change No. **372** is as follows:

| | |
|---|---|
| Government Estimate: | $0 |
| Contractor's Proposal: | $756 |
| Difference: | $0 |
| Total Price: | **$2,220** |

Item 7: The cost breakdown and analysis for Change No. **440** is as follows:

| | |
|---|---|
| Government Estimate: | $0 |
| Contractor's Proposal: | $891 |
| Difference: | $0 |
| Total Price: | **$891** |

All costs are considered by the Government to be allocable, allowable and reasonable.

J. Government-Furnished Property and Government-Provided Facilities

No Government furnished property or Government furnished facilities will be provided.

K. Negotiations

**Item's 1, 2, 3, 4, 5, 6 & 7/Change No's. 58, 147, 173, 225, 208, 372 & 440**: Negotiation of the subject proposals were not required, inasmuch, technical discussions were held between CRSSC, Bell and their subcontractors, which clarified issues related to the correct scope of work for each of these changes. These clarifications led to the re-issuance of the Contractor's proposals, which are now deemed reasonable. Therefore, it is recommended that the Government accept the Contractors proposal's for the total price listed in paragraph I, items I thru 7.

L. Other Considerations

N/A

M. Terms and Conditions

The terms and Conditions of the base contract apply to this change.

X. Recommendation

It is hereby recommended that a bilateral modification in the amount of **$45,960.00** with no time extension be awarded to Bell Company as fair and equitable. Execution of a bilateral contract modification for the scope of work specified in Paragraph A above at the amount **$45,960.00** is in the best interest of the Government.

Y. Signature

Barbara Taylor 2/13/01

Barbara Taylor Date

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 — Page of Pages 1 of 2

2. AMENDMENT/MOD. NO. **Modification No. 135**
3. EFFECTIVE DATE Block 16c
4. REQUISITION/ PURCHASE REQ. NO.
5. Project No. (If applic.) W.R# HVX30019

6. ISSUED BY CODE
National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) CODE
Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)
Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
263-98-C-0102

10B. DATED (SEE ITEM 13)
March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS-DCAB | $13,579 |
| 1-8335560 | NIAID-VIV | $1,350 |

O C. 25.41 **total cost =** **$14,929.00** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-4 Changes - Fixed Price (AUG 1987)

☐ D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | | |
|---|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. | |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 | |
| CONTRACT AMOUNT: | $82,568,976.00 | (an increase of $14,929.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 | (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction | |

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print)
Robert DeRoo VP, CFO

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print)
Barbara Taylor
Contracting Officer

15B. CONTRACTOR/OFFEROR
BY [signature]
*(Signature of person authorized to sign)*

15C. DATE 3/1/01

16B. UNITED STATES OF AMERICA
BY [signature]
*(Signature of Contracting Officer)*

16C. DATE 3/12/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



NIH-9-00931

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 77 | 548 | 002 | Hydronic Piping Routing (EWO-071). | $9,179.00 |
| 139 | 031 | 028 | Correct Supply Box # 347 Size (Term. Reheat unit) (EWO-111). | $2,600.00 |
| 285 | 166 | 113 | Oxygen Outlets in Alcove B541F for NIAID (EWO-222). | $1,350.00 |
| 347 | 179 | 149 | Delete Smoke Detectors from AHUs #1 thru #5 (EWO-302). | $0.00 |
| 359 | 206 | 141 | Replace doors & frame at opening #1541-4 (EWO-319). | $1,800.00 |
| 458 | 179 | 149 | Clarification of 6th Floor Partition Types (EWO-324). | $0.00 |
| | | | **Total:** | **$14,929.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification. ~~THIS AGREEMENT DOES NOT AFFECT THE CONTRACTOR'S RIGHT FOR DAMAGES DUE TO ANY DELAYS OR DISRUPTIONS THAT MAY HAVE OCCURRED~~.

*****

STATEMENT VOID BY BELL P.M. [signature] 3/14/01

[signature] 3/1/01
~~PROJECT MANAGER~~

~~REF. PREVIOUSLY ISSUED AND EXECUTED MODIFICA (MOD 81 WORDING)~~. [initials]

# SUMMARY OF NEGOTIATIONS

Contractor: Bell Company
10605 Concord Street, Suite 205
Kensington, MD 20895

W.R. No.: HVX30019

Request for Proposal No.: NA

Contract No.: 263-98-C-0102

Change No.'s: **548, 31, 166, 179, 206, 179.**

Modification No.: **135**

A. Description of Articles and Services and Period of Performance

**1) Hydronic piping routing – Change No. 548**

**2) Correct Box size for supply 347 – Change No. 31**

**3) Oxygen outlets in Alcove B 541F – Change No. 166**

**4) AHU 1 through 5 Smoke Detectors – Change No. 179**

**5) Dimension Bust for Door Tag #1541-4 – Change No. 206**

**6) Clarification of Type 1C partitions on 6th. Floor – Change No. 179**

Delivery: April 30, 2001 (no time extension)

**Total Modification Amount: $ 14,929.00**

B. Acquisition Planning

N/A

C. Synopsis of Proposed Acquisition

The acquisition has not been publicized under FAR Subpart 5.2. This contract action is made under the terms of an existing base contract that was previously synopsized in sufficient detail to comply with the requirements of 5.207 with respect to the current contract action.

D. Contract Type

This is a firm fixed-price contract.

E. Extent of Competition

N/A

F. Technical Evaluation

The Project Officer's technical evaluations are included under Tab No. 5.

G. Business Evaluation

Item 1: The Government did not issue a Modification Directive (Change Order) to the Contractor; however, the Government received a proposal from the Contractor (EWO #71) dated 8/12/99. The Contractor's proposal is responsive to Governments requirements. **Change No.548.**

Item 2: 2) The Government did not issue a Modification Directive (Change Order) to the Contractor; however, the Government received a proposal from the Contractor (EWO #111) dated 11/21/00. The Contractor's proposal is responsive to Governments requirements. **Change No.31.**

3) The Government did not issue a Modification Directive (Change Order) to the Contractor; however, the Government received a proposal from the Contractor (EWO #222) dated 9/9/99. The Contractor's proposal is responsive to Governments requirements. **Change No.166**

4) The Government did not issue a Modification Directive (Change Order) to the Contractor; however, the Government received a proposal from the Contractor (EWO #302) dated 12/01/00. The Contractor's proposal is responsive to Governments requirements. **Change No.179**

5) The Government did not issue a Modification Directive (Change Order) to the Contractor; however, the Government received a proposal from the Contractor (EWO #319) dated 10/20/00. The Contractor's proposal is responsive to Governments requirements. **Change No.206**

6) The Government did not issue a Modification Directive (Change Order) to the Contractor; however, the Government received a proposal from the Contractor (EWO #324) dated 12/1/00. The Contractor's proposal is responsive to Governments requirements. **Change No.179**

H. Competitive Range

N/A

I. Cost Breakdown and Analysis

Item 1: The cost breakdown and analysis for Change No. **548**is as follows:

| | |
|---|---|
| Government Estimate: | **$11,397.00** |
| Contractor's Proposal: | **$9,179.00** |
| Difference: | **$(2.218.00)** |
| Total Price: | **$9,179.00** |

Item 2: The cost breakdown and analysis for Change No. **31** is as follows:

| | |
|---|---|
| Government Estimate: | **$2,609.00** |
| Contractor's Proposal: | **$2,752.00** |

| | |
|---|---|
| Difference: | **$143.00** |
| Total Price: | **$2,600.00** |

Item 3: The cost breakdown and analysis for Change No. **166** is as follows:

| | |
|---|---|
| Government Estimate: | **$N/A** |
| Contractor's Proposal: | **$2,104.00** |
| Difference: | |
| Total Price: | **$1,350.00** |

Item 4: The cost breakdown and analysis for Change No. **179** is as follows:

| | |
|---|---|
| Government Estimate: | **$ N/A** |
| Contractor's Proposal: | **$0.00** |
| Difference: | |
| Total Price: | **$0.00** |

Item 5: The cost breakdown and analysis for Change No. **206** is as follows:

| | |
|---|---|
| Government Estimate: | **$1,639.00** |
| Contractor's Proposal: | **$2,078.00** |
| Difference: | **$439.00** |
| Total Price: | **$1,800.00** |

Item 6: The cost breakdown and analysis for Change No. **179** is as follows:

| | |
|---|---|
| Government Estimate: | **$ N/A** |
| Contractor's Proposal: | **$0.00** |
| Difference: | |
| Total Price: | **$0.00** |

J. Government-Furnished Property and Government-Provided Facilities

No Government furnished property or Government furnished facilities will be provided.

K. Negotiations

**Item No. 1**: The Government Estimate for **Change No. 548** is $11,397.00. The Contractor submitted a cost proposal of $9,179.00 less than the IGE. The Government has in fact analyzed the subject proposal and has deemed the higher costs valid and acceptable. We therefore, recommend that the Government should accept the Contractor's price of $ 9,179.00. All costs are considered allocable, allowable and reasonable.

**Item No. 2:** The Government Estimate for **Change No. 31** is $2,609.00. The Contractor's bid for this EWO is $2,752.00. The Government's Pre-Negotiation position is at $2,600.00. The contractor's price was adjusted down for labor, basically in Seimen's Project Management time. The Contractor's price was negotiated for a lump sum price equal to the Government's estimate. We therefore recommend the Government should accept the Negotiated price of $2,600.00.

**Item No. 3:** The Government's estimate for **Change No. 166** is not required. The Contractor's cost proposal is at $2,104.00. The Contractor's proposal was adjusted down for labor and material. The LF of pipe was estimated at 60' during negotiations and not 120' as was proposed by the Contractor. With other pertinent adjustments, it was negotiated for $1,350.00. We

therefore recommend that the Negotiated price $1,350.00 be accepted which seems fair and reasonable.

**Item No.4:** The Government's estimate for **Change No. 179** is not required. The scope for this change is regarding AHU 1-5 smoke detectors, which are not shown in the Contract drawings. NIH do not allow supply smoke detectors (on the supply side) on this job. It is therefore, mutually considered as a No Cost change. It is therefore recommended that the Government should accept this as a No Cost $0.00 change. The negotiated price is considered fair and deemed acceptable:

**Item No.5:** The Government's estimate for **Change No. 206** is not required. The Contractor's cost proposal is at $2,078.00. The Government's Pre-Negotiation's position is at $1,800.00. The Government negotiated this proposal by declining factory set up charges, factory small order charges and part of crating and handling charges. The Government offered the Pre-negotiation No. of $1,800.00 as the final offer. The Contractor was convinced and accepted. It is therefore recommended that the Government should accept the Negotiated price. The negotiated price is considered fair and deemed acceptable:

**Item No.6:** The Government's estimate for **Change No. 179** is not required. The Contractor's cost proposal is also at $0.00. The Government's Pre-Negotiation's position is not require. Since it was a mere clarification with no cost impact, it was mutually agreed on as No Cost Change and is therefore recommended that the Government should accept the Zero Cost. This negotiated price is considered fair and deemed acceptable:

L. Other Considerations

N/A

M. Terms and Conditions

The terms and Conditions of the base contract apply to this change.

N. Recommendation

It is hereby recommended that a bilateral modification in the amount of **$14,929.00** with no time extension be awarded to Bell Company as fair and equitable. Execution of a bilateral contract modification for the scope of work specified in Paragraph A above at the amount **$14,929.00** is in the best interest of the Government.

O. Signature

Barbara Taylor — Date: 2/05/01

**AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT**

1. CONTRACT OMB 0990 0115 — Page of Pages 1 of 2

2. AMENDMENT/MOD. NO.: **Modification No. 136**
3. EFFECTIVE DATE: Block 16c
4. REQUISITION/ PURCHASE REQ. NO.:
5. Project No. (If applic.): W.R# HVX30019

6. ISSUED BY — CODE:
National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) — CODE:
Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)
Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
10A. MODIFICATION OF CONTRACT/ORDER NO.: 263-98-C-0102
10B. DATED (SEE ITEM 13): March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8321966 | NHGRI | $67,709 |

O C. 25.41 **total cost = $67,709.00** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987)

☐ D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT | $82,636,685.00 (an increase of $67,709.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Bob DeRoo VP CFO

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print): Barbara Taylor, Contracting Officer

15B. CONTRACTOR/OFFERER BY Robert DeRoo (Signature of person authorized to sign)
15C. DATE 3/9/01

16B. UNITED STATES OF AMERICA BY Barbara Taylor (Signature of Contracting Officer)
16C. DATE 3/12/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, ...ing Change Order, Description and associated dollar amount:

| ... CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 423 | 1018 | Revise NHGRI's Fish Rm 5428 for AHAB Equipment | $67,709.00 |
| | | **Total:** | **$67,709.00** |

... outstanding changes from the above noted Change Orders will be definitized in a later modification.

...ll other terms and conditions of this contract remain unchanged.

...e modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This ...odification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor ...reby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this ...odification.

*****

NIH-9-01118

# SUMMARY of NEGOTIATIONS

Contractor: Bell Company
10605 Concord Street, Suite 205
Kensington, MD 20895

W.R. No.: HVX30019

Request for Proposal No.: NA

Contract No.: 263-98-C-0102

Change No.: 423

**Modification No.: 136**

A. Description of Articles and Services and Period of Performance

Items:

1. Reference: Per Bulletin No. 85 dated 10/26/00, provide construction changes to equipment room 5428 in accordance with sketches attached w/ Bulletin (now known as the Fish room).

Delivery: April 30, 2001 (no time extension)

Total Price: **$67,709.00**

B. Acquisition Planning

N/A

C. Synopsis of Proposed Acquisition

The acquisition has not been publicized under FAR Subpart 5.2. This contract action is made under the terms of an existing base contract that was previously synopsized in sufficient detail to comply with the requirements of 5.207 with respect to the current contract action.

D. Contract Type

This is a firm fixed-price contract.

E. Extent of Competition

N/A

F. Technical Evaluation

The Project Officer's technical evaluation is included under Tab No. 5.

G. Business Evaluation

The Government did not issue a Change Order (Modification Directive) to the Contractor for Change No. 423. Notwithstanding that, the applicable documents (Bulletin No. 85 dated 10/26/00) were transmitted to the Bell Company on October 27th, 2000. As a result, the Government received a proposal from the Contractor on December 18th, 2000; (EWO No. 504 dated 12/15/00).

H. Competitive Range

N/A

NIH-9-01125

I. Cost Breakdown and Analysis

The cost breakdown and analysis for the negotiation of (Change No. 423) is as follows:

| | |
|---|---|
| Government Estimate: | $45,831 |
| Contractor's Proposal: | $67,735 |
| Difference: | ($21,904) |
| Total Price: | **$67,709** |

1. All costs are considered by the Government to be allocable, allowable and reasonable.

J. Government-Furnished Property and Government-Provided Facilities

No Government furnished property or Government furnished facilities will be provided.

K. Negotiations

Negotiation of the subject proposal was not required, inasmuch, technical discussions were held between CRSSC and Bell which clarified issues related to the correct scope of work. These clarifications led to the re-issuance of the Contractor's proposal, which is now deemed reasonable. Acceptance is recommended for the reasons noted below in paragraph L.

L. Other Considerations

Bell's sheetmetal subcontractor, Stromberg;
- Sketcher's hours reduced to 4 in lieu of 8.
- Field Mech's hours reduced to 27 in lieu of 33.

Bell's drywall subcontractor, Manganaro;
- Removed 1 MD (8 hrs) for framing repairs.
- Reduced taping repairs to 2 MD in lieu of 4.
- Reduced ACT ceil demo to 2 hrs ilo 2 MD.
- Reduced drywall repairs to 2 MD in lieu of 4.
- Removed 2 MD for door frame demo/reinstall.
- Reduced ACT reinstall to 2 MD ilo 2 MD.

Bell's epoxy subcontractor, Superior Sys.;
- Removed epoxy wainscoting from SOW.

M. Terms and Conditions

The terms and conditions of the base contract apply to this change.

N: Recommendation

It is hereby recommended that a bilateral modification in the amount of **$67,709.00** with no time extension be awarded to Bell Company as fair and equitable. Execution of a bilateral contract modification for the scope of work specified in Paragraph A above at the credit amount of **$67,709.00** is in the best interest of the Government.

O. Signature

Barbara Taylor – Contracting Officer

2/13/01
Date

NIH-9-01126

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 | Page of Pages 1 of 2

| 2. AMENDMENT/MOD. NO. | 3. EFFECTIVE DATE | 4. REQUISITION/ PURCHASE REQ. NO. | 5. Project No. (If applic.) |
|---|---|---|---|
| **Modification No. 137** | Block 16c | | W.R# HVX30019 |

6. ISSUED BY CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) CODE

Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

263-98-C-0102

10B. DATED (SEE ITEM 13)
March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8330705 | ORS/DES | $4,745 |

O C. 25.41 **total cost = $4,745.00** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-4 Changes - Fixed Price (AUG 1987)

☐ D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for change as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT: | $82,641,430.00 (an increase of $4,745.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print)
Thomas F. Bell President

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print)
Barbara Taylor
Contracting Officer

15B. CONTRACTOR/OFFERER
BY [signature]
(Signature of person authorized to sign)

15C. DATE
4-3-01

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE
4/5/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243



NIH-9-01297

**Modification No. 137**
Contract No. 263-98-C-0102
EWO No. 's 335, 339R1, 346, 347R1 & 393.

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 295 | 445 | 000 | Run drain line & shift West walls per RFI response dated 2/22/00 (EWO-347R1). | $2,100.00 |
| 462 | 540 | 000 | Lab Casework Clarifications @ Room 1344 (EWO-335). | ($100.00) |
| 493 | 541 | 000 | Revise Door Swing @ Door #4244 (EWO-393). | $1,924.00 |
| 506 | 400 | 000 | Add Sink Base Cabinet @ Room 6239 (EWO-339R1). | $530.00 |
| 660 | 467 | 000 | Walkway Mats at Roof Hatch (EWO-346). | $291.00 |
| | | | **Total:** | **$4,745.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

NIH-9-01298

# AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT

1. CONTRACT OMB 0990 0115 — Page of Pages 1 of 2

| 2. AMENDMENT/MOD. NO. | 3. EFFECTIVE DATE | 4. REQUISITION/ PURCHASE REQ. NO. | 5. Project No. (If applic.) |
|---|---|---|---|
| **Modification No. 138** | Block 16c | | W.R# HVX30019 |

6. ISSUED BY — CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) — CODE

Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR
(No., Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

263-98-C-0102

10B. DATED (SEE ITEM 13)
March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 1-8321966 | NHGRI | $3,452 |
| 1-8330705 | ORS/DES | $26,830 |

O C. 25.41 **total cost =** **$30,282.00** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-4 Changes - Fixed Price (AUG 1987)

☐ D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible)

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for change as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT: | $82,671,712.00 (an increase of $30,282.00) |
| CONTRACT EXPIRATION DATE: | April 30, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (Type or print)
Thomas F. Bell President

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print)
Barbara Taylor
Contracting Officer

15B. CONTRACTOR/OFFERER
BY [signature]
(Signature of person authorized to sign)

15C. DATE
4-3-01

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C DATE
4/5/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83
Prescribed by GSA
FAR (48 CFR) 53 243



NIH-9-01476