57. On March 9 and 12, 2001, respectively, Bell and the NIH contracting officer signed bilateral Modification No. 140, which provided for two additional granite countertops and two additional darkrooms and increased the contract price by $19,348, with no time extension. Def. App. 158.

58. The language quoted in paragraph 11 above is the final paragraph of each and every bilateral modification described in paragraphs 14-57 above. (See citations above.)

59. Bell contemporaneously transmitted to NIH the letter dated July 31, 2001 that is reproduced at Def. App. 169-70.

60. NIH made payment to Bell of the prices agreed upon in all modifications cited above. Def. App. 158, box 14, 168.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/
BRYANT G. SNEE
Assistant Director