IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BELL BCI COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1613C |
| | ) | (Judge Wolski) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE OMITTED APPENDIX PAGES

Pursuant to Rules 6(b) and 6.1 of the Court's Rules, defendant, the United States, respectfully requests the Court to accept for filing the attached pages 21-30 of defendant's appendix, which we inadvertently replaced with pages 3-10 in the original filing process. We regret causing inconvenience to the Court or to plaintiff, upon which we have already served the omitted pages.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/
BRYANT G. SNEE
Assistant Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

June 6, 2005

CERTIFICATE OF FILING

I certify that on June 1, 2005, the attached motion was filed by means of the Court's electronic filing system. I understand that service upon opposing counsel will be made by the Court's system.

s/Kyle Chadwick