AMENDMENT OF S TATION / MODIFICATION OF CONTR

1. CONTRACT OMB 0990 0115 | Page of Pages 1 of 3

2. AMENDMENT/MOD. NO. Modification No. 093

3. EFFECTIVE DATE Block 16c

4. REQUISITION/ PURCHASE REQ. NO.

5. Project No. (If applic.) W.R# HVX30019

6. ISSUED BY CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg. 13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than item 6) CODE

Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

263-98-C-0102

10B. DATED (SEE ITEM 13)
March 26, 1998

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (IF REQUIRED)

| | | | | | |
|---|---|---|---|---|---|
| 0-8332125 | NCI-DCS | $3,124 | 0-8321966 | NHGRI | $43,185 |
| 0-8335389 | NIAID | $72,039 | 0-8334109 | NHLBI | $484,006 |
| 0-8325013 | NIAMS | $19,730 | 0-8322802 | NCI-DBS | $359,175 |
| 0-8324901 | NIDCD | $439,412 | 8-8330705 | ORS-DES | $469,650 |
| 0-8325438 | NIDDK | $406,641 | | | |

O C. 25.41 total increase = $2,296,962 W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987)

D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

PURPOSE: This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification.

CONTRACT TITLE: Consolidated Laboratory Facility - Building 50 Bid Package No. 2

CONTRACT AMOUNT: $81,326,544.00 (an increase of $2,296,963.00)

CONTRACT EXPIRATION DATE: April 15, 2001 (No time extension)

CONTRACT TYPE: Firm Fixed-Price Construction

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (T Robert DeRoo Vice President

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print) Barbara Taylor Contracting Officer

15B. CONTRACTOR/OFFERER BY Robert F DeRoo VP (Signature of person authorized to sign)

15C. DATE 10-2-00

16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)

16C. DATE 10/2/00

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I – Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 595 | 384 | RFP-1009 | Fourth Floor fit Out Bilateral & Time Extension | $2,296,963.00 |
| | | | Total: | $2,296,963.00 |

2. Revise Contract Section F, paragraph 1 - to reflect a contract completion date of April 30, 2001 and substantial completion milestones of:

| Area | Date |
|---|---|
| LAN Rooms | October 1, 2000 |
| Basement Vivarium | January 1, 2001 |
| Floor 2 | February 1, 2001 |
| Elevator 5 | February 1, 2001 |
| Basement other than Vivarium and Mechanical spaces | February 1, 2001 |
| Site Hardscape | February 1, 2001 |
| Floor 3 | February 15, 2001 |
| Floor 4 | March 1, 2001 |
| Elevators 1, 2, & 3 | March 1, 2001 |
| All MEP Systems, including Basement and Penthouse Mechanical Spaces | March 1, 2001 |
| Floor 5 | March 15, 2001 |
| Floor 6 | April 1, 2001 |
| Floor 1 | April 15, 2001 |
| Site Landscape | April 30, 2001 |

Final completion (including punchlist repairs) of the Basement Vivarium shall be completed within 30 calendar days of substantial completion of that space. The Contractor shall substantially complete cable tray and painting on Floor 2 and the Basement by October 1, 2000, Floor 3 by November 1, 2000, Floor 4 by December 1, 2000, Floor 5 by January 1, 2001, Floor 6 by February 1, 2000, and Floor 1 by March 1, 2001. If the Contractor fails to complete the painting by these dates, it shall "work around" the NIH telecommunications cabling without damage to the cabling. The Contractor shall provide safe pedestrian access to elevators 1, 2 & 3 by March 1, 2001. The Government and the Contractor shall share use of the loading dock and elevator 4 beginning February 1, 2001. "Lab Zones" and other floor specific functional performance tests (FPT's) will be performed during the 30 day period after each floor substantial completion date, all other FPT's will be performed by the MEP substantial completion date.

3. Revise Contract Section F Paragraph 2 to reflect liquidated damages of ($3,721/14 =) $266 for each calendar day of delay to each of the aforementioned 14 milestones.

4. Increase the contract amount by $2,296,963 ($4,100,000-$1,803,037 from Mod 77) as full and equitable adjustment for the remaining direct and indirect costs of the Floor 4 Fit-out (EWO 240-R1) and full and equitable adjustment for all delays resulting from any and all Government changes transmitted to the Contractor on or before August 31, 2000. *

5. This agreement does not in any way affect entitlement to the direct cost of performance of any disputed changes. It does; however, incorporate the time impact of any disputed changes issued on or before August 31, 2000.

6. The Contractor shall revise its CPM schedule, incorporating the revised milestone dates and confirming its ability to meet them, including manpower requirements, and submit the revised schedule for Government review on or before September 30, 2000.

7. All other terms and conditions of this contract remain unchanged.

8. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to the Modification.

**********************************Nothing follows**********************************************

# SUMMARY of NEGOTIATIONS

Contractor: Bell Company
10605 Concord Street, Suite 205
Kensington, MD 20895

W.R. No.: HVX30019

Request for Proposal No.: NA

Contract No.: 263-98-C-0102

Change No.: 384

Modification No.: 093

A. Description of Articles and Services and Period of Performance

Items:

1. Reference: NIH's Request for Proposal - Change No. 384 dated September 30, 1999, to provide Deferred Design construction changes for the 4th floor, per Bulletin # 35.

Delivery: April 15, 2001 (no time extension)

Total Price: $2,296,963.00 (after deduction of unilateral amount):
(Negotiated settled amount of $4,100,000.00 minus Mod. 78 unilateral amount of $1,803,037.00)

B. Acquisition Planning

N/A

C. Synopsis of Proposed Acquisition

The acquisition has not been publicized under FAR Subpart 5.2. This contract action is made under the terms of an existing base contract that was previously synopsized in sufficient detail to comply with the requirements of 5.207 with respect to the current contract action.

D. Contract Type

This is a firm fixed-price contract.

E. Extent of Competition

N/A

F. Technical Evaluation

The Project Officer's technical evaluation is included under Tab No. 5.

G. Business Evaluation

A Request for Proposal was issued to the Contractor on September 30, 1999. The Government received a proposal from the Contractor (EWO # 240-R1) dated August 30th, 2000.

H. Competitive Range

N/A

I. Cost Breakdown and Analysis

The cost breakdown and analysis for the negotiation of Change No. 384 is as follows:

| | |
|---|---|
| Government Estimate: | $2,573,619.00 |
| Contractor's Proposal: | $3,481,749.00 |
| Difference: | ($908,130.00) |
| Total Price: | **$4,100,000.00** |

1. All costs are considered by the Government to be allocable, allowable and reasonable.

J. Government-Furnished Property and Government-Provided Facilities

No Government furnished property or Government furnished facilities will be provided.

K. Negotiations

Negotiation of the subject subcontractors proposal's were not required, inasmuch, technical discussions were held between CRSSC and Bell and their subcontractors which clarified issues related to the correct scope of work. In addition, EWO 240R1 included extended overhead for a month @ $102K as previously agreed for the added floor. During negotiations regarding extended overhead, it was agreed that it would be most beneficial to the project to address all changes to date and establish a revised contract completion date, with phased completion milestones to facilitate the Governments occupancy schedule. The Government and Contractor agreed to a 6.5-month time extension with 14 individual milestones, and compensation in the amount of $686,459 for the time impact of all changes issued on or before 8/31/00. This amount is equal to the previously agreed rate of $102,450 per month and less than the Governments estimate of $278,234 for a General Contractors extended overhead. Therefore, these clarifications led to the re-issuance of the Contractor's proposal, which is deemed reasonable. Acceptance is recommended for the reasons noted below in par. L.

L. Other Considerations

A Delay Costs of $700,000 was added to this Modification in an effort to compensate the Contractor for any delay claims related to the deferred design Bulletins and all Government changes transmitted to the Contractor on or before August 31, 2000. The design delay cost was estimated at a substantially higher cost than the amount settled with Contractor (see estimated extended overhead and general conditions cost). In addition, the Contractor shall adhere to and comply with the revised contract completion date and substantial completion milestones (as outlined in the Modification No. 093 dated Sept. 25, 2000).

M. Terms and Conditions

The terms and conditions of the base contract apply to this change.

N. Recommendation

It is hereby recommended that a bilateral modification in the amount of **$2,296,963.00** with no time extension be awarded to Bell Company as fair and equitable. Execution of a bilateral contract modification for the scope of work specified in Paragraph A above at the credit amount of $2,296,963.00 is in the best interest of the Government.

O. Signature

Barbara Taylor – Contracting Officer — Date: 9/27/00

**AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT**

1. CONTRACT OMB 0990 0115 — Page of Pages: 1 of 2

| | | | |
|---|---|---|---|
| 2. AMENDMENT/MOD. NO.<br>Modification No. 094 | 3. EFFECTIVE DATE<br>Block 16c | 4. REQUISITION/ PURCHASE REQ. NO. | 5. Project No. (If applic.)<br>W.R# HVX30019 |

6. ISSUED BY CODE

National Institutes of Health
Acquisition Branch C, DSSC, OPM
9000 Rockville Pike, Bldg.13, Rm.G-800
Bethesda, MD 20892

7. ADMINISTERED BY (If other than Item 6) CODE

Contracting Officer: Barbara Taylor
Tel. : (301) 435-4333
FAX: (301) 402-1103

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State, and ZIP Code)

Bell Company
10605 Concord Street, Suite 205
Kensington, Maryland 20895

CODE FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.

263-98-C-0102

10B. DATED (SEE ITEM 13)
March 26, 1998

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

0-8325013 NIAMS 81 ($671)
O C. 25.41 total ~~increase~~ Decrease = ($671) W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b)

[X] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
FAR 52.243-4 Changes - Fixed Price (AUG 1987)

[ ] D. OTHER (specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not. [X] is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT: | $81,325,873.00 (a decrease of $671.00) |
| CONTRACT EXPIRATION DATE: | April 15, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15 A. NAME AND TITLE OF SIGNER (T
Robert DeRoo
Vice President

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print)
Barbara Taylor
Contracting Officer

15B. CONTRACTOR/OFFERER
BY Robert F DeRoo VP
(Signature of person authorized to sign)

15C. DATE
10-2-00

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE
10/2/00

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NIH-9-04256

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I. Section C. Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number. Issuing Change Order. Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 463 | 382 | | Lab Casework Substitutions @ Room 1405 (CR) | ($408.75) |
| 505 | 377 | | Lab Casework Clarification @ Room 1246 (CR) | ($261.69) |
| | | | **Total:** Rounded | ~~($670.44)~~ $(670.00) |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to the Modification.

*****

NIH-9-04257

**AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT**

1. CONTRACT OMB 0990 0115 — Page of Pages 1 of 2

| | |
|---|---|
| 2. AMENDMENT/MOD. NO. Modification No. 095 | 3. EFFECTIVE DATE Block 16c |
| 4. REQUISITION/ PURCHASE REQ. NO. | 5. Project No. (If applic.) W.R# HVX30019 |
| 6. ISSUED BY CODE<br>National Institutes of Health<br>Acquisition Branch C, DSSC, OPM<br>9000 Rockville Pike, Bldg.13, Rm.G-800<br>Bethesda, MD 20892 | 7. ADMINISTERED BY (If other than Item 6) CODE<br>Contracting Officer: Barbara Taylor<br>Tel. : (301) 435-4333<br>FAX: (301) 402-1103 |
| 8. NAME AND ADDRESS OF CONTRACTOR (No. Street, County, State, and ZIP Code)<br>Bell Company<br>10605 Concord Street, Suite 205<br>Kensington, Maryland 20895 | 9A. AMENDMENT OF SOLICITATION NO.<br>9B. DATED (SEE ITEM 11)<br>10A. MODIFICATION OF CONTRACT/ORDER NO. 263-98-C-0102<br>10B. DATED (SEE ITEM 13) March 26, 1998 |
| CODE | FACILITY CODE |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(IF REQUIRED)*

| | | |
|---|---|---|
| 8-8327157 | ORS - DSFM | $86,708 |

O C. 25.41 **total cost =** **$86,708** W.R.# HVX30019

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes - Fixed Price (AUG 1987) |
| | D. OTHER (specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 4 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT / MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

| | |
|---|---|
| PURPOSE: | This agreement is to modify the contract and to provide an equitable adjustment for changed work as itemized on the following page of this modification. |
| CONTRACT TITLE: | Consolidated Laboratory Facility - Building 50 Bid Package No. 2 |
| CONTRACT AMOUNT: | $81,412,581.00 (an increase of $86,708.00) |
| CONTRACT EXPIRATION DATE: | April 15, 2001 (No time extension) |
| CONTRACT TYPE: | Firm Fixed-Price Construction |

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

| | |
|---|---|
| 15 A. N[illegible] [illegible]rint) Robert DeRoo, Vice President | 16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE or print) Barbara Taylor, Contracting Officer |
| 15B. CONTRACTOR/OFFEROR BY [signature] VP (Signature of person authorized to sign) — 15C. DATE 10-2-00 | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) — 16C. DATE 10/2/00 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Standard Form 30 (Rev 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NIH-9-04353

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I. Section C. Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number. Issuing Change Order. Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 450 | 381 | | Ist Floor Conference Rooms AV Consultant Revisions | $86,708.00 |
| | | | **Total:** | **$86,708.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to the Modification.

*****

NIH-9-04354