# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **BELL BCI COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-1613C** |
| | ) | **(Judge Wolski)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Court's Rules, the plaintiff, Bell BCI Company ("BELL"), respectfully moves for an enlargement of time of time of seven days, from July 5, 2005 to an including July 12, 2005, to file its Cross-Motion for Partial for Summary Judgment and Opposition to the Defendant's Motion for Partial Summary Judgment ("Cross-Motion"). This is BELL's first request for an enlargement of time. The Government's counsel, Kyle Chadwick, Esquire, has stated that the Government does not oppose this request. BELL did not oppose the Government's prior request for an extension of time to submit its motion.

This request is made because BELL's counsel is scheduled to be traveling during the week preceding the Fourth of July holiday and, therefore, will need some additional time to confer with BELL and complete drafting the Cross-Motion. The requested enlargement should cause no undue delay, prejudice, or inconvenience to the Government, and should not affect the scheduled oral argument date of September 8, 2005.

## CONCLUSION

Accordingly, BELL respectfully requests the Court to grant BELL until July 12, 2005 to file its Cross-Motion.

Respectfully submitted,

BELL BCI Company

By Counsel:

s/ Richard O. Wolf

Richard O. Wolf
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225
Telephone: (703) 506-2050
Facsimile: (703) 506-2051
E-Mail: r.wolf@mooreandlee.com

Dated: June 22, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of June, 2005, I caused a true copy of the foregoing to be served via the Court's ECF procedures on defendant's counsel:

Kyle Chadwick
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn.: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Facsimile: 202-305-7643

s/ Richard O. Wolf
Richard O. Wolf