# In the United States Court of Federal Claims

No. 03-1613C
(Filed June 23, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
*
**BELL BCI COMPANY**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the plaintiff's unopposed motion for an enlargement of time in which to file its cross-motion for summary judgment and opposition to the defendant's motion for summary judgment. The motion is **GRANTED**. The plaintiff shall file is cross-motion and opposition on or before **July 12, 2005**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge