**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BELL BCI COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 03-1613C**<br>**(Judge Wolski)** |

**<u>PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME</u>**

Pursuant to Rules 6(b) and 6.1 of the Court's Rules, the plaintiff, Bell BCI Company ("BELL"), respectfully moves for an enlargement of time of time of three days, from July 12, 2005 to an including July 15, 2005, to file its Cross-Motion for Partial for Summary Judgment and Opposition to the Defendant's Motion for Partial Summary Judgment ("Cross-Motion"). This is BELL's second request for an enlargement of time. The Government's counsel, Kyle Chadwick, Esquire, has stated that the Government does not oppose this request.

This request is made because BELL's counsel was unexpectedly required to travel out of town to tend to an urgent matter. The requested enlargement should cause no undue delay, prejudice, or inconvenience to the Government, and should not affect the scheduled oral argument date of September 8, 2005.

CONCLUSION

Accordingly, BELL respectfully requests the Court to grant BELL until July 15, 2005 to file its Cross-Motion.

Respectfully submitted,

BELL BCI Company

By Counsel:

s/ Richard O. Wolf
Richard O. Wolf
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225
Telephone: (703) 506-2050
Facsimile: (703) 506-2051
E-Mail: r.wolf@mooreandlee.com

Dated: July 7, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of July, 2005, I caused a true copy of the foregoing to be served via the Court's ECF procedures on defendant's counsel:

Kyle Chadwick
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn.: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Facsimile: 202-305-7643

s/ Richard O. Wolf
Richard O. Wolf