# In the United States Court of Federal Claims

No. 03-1613C
(Filed July 12, 2005)

* * * * * * * * * * * * * * * * * * * * * * *

**BELL BCI COMPANY**,

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the plaintiff's unopposed motion for an enlargement of time in which to file its cross-motion for summary judgment and opposition to the defendant's motion for summary judgment. The motion is **GRANTED**. The plaintiff shall file is cross-motion and opposition on or before **July 15, 2005**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge