# CPM SCHEDULE NARRATIVE
NIH CONSOLIDATED LABORATORY,
BUILDING 50
UPDATE No. 7, December 31, 1998.

## PROGRESS

Concrete activities reached peak efficiency with concrete slab-on-deck placements occurring on 12-2, 12-9, 12-17 and culminating in the final slab-on-deck pour on floor three on 12-29-98.

The shoring, decking, and rebar activities are proceeding on the 4th floor with the 1st pour scheduled the 1st week in January.

Masonry activities began in earnest in the basement but long lead time equipment (sterilizers, 7 months; air handling units, 3 months) required several walls to be left out resulting in inefficient, non-sequential operations. Progress has fallen behind original projections.

Structural steel interstitial deck work has begun in the basement with hanger rods hung in all areas. Beams are erected in interstitial areas 3 and 4. Decking is scheduled to be delivered in early January.

Electrical activities are beginning in the basement. Cable tray and conduit runs, primarily in and around the electrical room have started.

Mechanical activity includes starting some hanger work and overhead sanitary and storm waste and vent has begun. The vacuum pumps and the water booster pump were delivered. Mechanical pads are being placed in preparation for more equipment deliveries.

## CPM ACTIVITY CHANGES

An activity was added "Permanent Power at Panel Boards". Its predecessors are rough-in electrical distribution 5-I3 and HPOT Electrical gear. Successors to this activity are Trim out Electrical 1-3.

## PENDING ITEMS

The permit to construct the elevator was submitted.
The fumehood control test took place in December.
The masonry/brick/precast/aluminum window mock-up is currently being built.

No other pending items noted.

**STATUS OF CONTRACT COMPLETION**

The current total float is showing a positive 13 days as a result of the AHU supplier projecting an end of March delivery.

The current path runs through concrete slab activities, roofing, drywall, finishes and testing.

**CURRENT AND ANTICIPATED DELAYS**

Equipment (sterilizers and AHU-5) deliveries in basement are causing masonry walls, steel and decking to be left out, which means subsequent mechanical trades will be effected. Deliveries are expected in January and February.

**CURRENT AND FUTURE PROBLEMS**

Submittals are being expedited to avoid problems.

Precast submittals and RFI's are causing some problems with delivery dates.

Mechanical submittal and equipment releases are causing activities to start slower than Bell would like (PRV, humidifiers, valves)

Electrical resubmittals could cause problems with working most efficiently.

C:\50-a\CPM Narrative\CPM Schedule Narrative, No 7.wpd

BUILDING 50



# FEASIBILITY STUDY for the VERTICAL EXPANSION of BUILDING 50

TABLE OF CONTENTS


Introduction
1 Architectural
2 Civil
3 Geotechnical
4 Structural
5 Mechanical
6 Electrical
7 Fire Protection/Code Analysis
8 Vibration and Acoustic Control
9 Vertical Transportation/Materials Handling

# INTRODUCTION



During the month of December 1998, HLM was asked to evaluate the consequences of adding an additional laboratory floor to Building 50. An initial Feasibility Analysis was undertaken and it was determined at that time that no significant barrier to this additional floor existed. This report is an attempt to define the consequences identified in that previous analysis.

One of the initial uses of this report will be to assist in the cost estimating process as it outlines the necessary revisions to the existing design as a result of the added floor. A separate cost estimate is also being prepared along with a new construction schedule that will highlight the impact on the building completion date.

A baseline assumption for this effort is that the new floor, which has been temporarily designated 5A, will be inserted below the current Fifth Floor, which will be elevated to now become the Sixth Floor. The interior of the new floor will be a duplication of the Third Floor, which most closely approximates a typical laboratory floor.

EXTERIOR

The skin of the new floor will be a duplication of the third floor as shown in the enclosed elevations. The new floor will add 5500mm (18'-0") to the height of the building for a new overall building height from the First Floor of 45200mm (148.3').

INTERIOR

The interior layout of the new floor will be a duplication of the third floor as shown in the enclosed floor plan. This duplication is to include the laboratory layouts as well as all the support rooms. The interstitial level will be repeated as well. Also repeated will be all interior finishes and signage, however a new accent color will have to be chosen. The current directory and mailboxes in the first floor lobby will not change as they have capacity to incorporate the new floor.

STAIR PRESSURIZATION

Because of the increased height of the building, smoke control is now required in the exit access stairwells. According to the building code this can be accomplished in two ways. There can either be a vestibule prior to entering into the stairwell or the stairwell can be pressurized. The intent of either is to prevent smoke from getting into the stairwell thereby creating a smokeproof enclosure.

One option for the smokeproof enclosure is stair pressurization. All interior exit stairways (Stairs #1, #2, #3 and #4) shall be pressurized to BOCA 1015.7 prescriptive values. The fan equipment shall be roof mounted with associated ductwork located within the stairway. Vertical ductwork from the roof mounted fan unit to the second floor level is estimated to be 36"x12". This pressurization shaft shall be enclosed with 2-hour fire rated gypsum board partitions. Supply air grilles will penetrate the shaft to balance the air pressure in the stairway. The existing stair/landing design shall be revised to allow the shaft to pass behind each affected intermediate landing. This can be done without compromising travel width. (see figure 1 on following page)

As an alternative to the stair pressurization shaft explained above, the exit stairways can also be pressurized with fans and ductwork external to the stairwells. This can be accomplished with roof mounted fan equipment and supplemental fan equipment located at the interstitial levels. The supplemental fan equipment shall be used to balance air pressure through the entire stairwell. Fans and ductwork mounted in the interstitial levels shall be separated from other equipment in the building with a 2-hour enclosure. The ducted air shall be supplied independent of other building supply air.

**Executive Report on the possibility of adding an additional floor to Building 50** 01/15/99

**Background:**

The Building 50 Project Management Team has concluded that for a variety of reasons there currently is a high contingency in the Building 50 budget, which if the project continues as is without any change in scope, could amount to what will be a budget surplus of $ 7 to $ 10 million at the conclusion of construction.

We have developed a proposal to utilize this surplus by adding an additional floor to the building. This floor would be a duplicate of a typical laboratory floor and would be inserted into the existing structure as a new 5th floor. The current fifth floor would remain the top floor and become floor 6. To avoid confusion we have designated the new floor as "5A".

The following is a discussion of the feasibility of adding this floor.

**Scope**

It is proposed to add an additional floor to Building 50 that would be a repeat of the third floor, which is a typical all laboratory floor. All materials, finishes, specifications and details will be the same as the base building design. This will require adding structure, (columns, elevator and stair shear towers and slab) exterior cladding, an interstitial level with all mechanical, electrical, plumbing, communication, lighting, life safety elements and all interior finishes, including ceiling, walls, floors, lab cabinetry and workstations. The vertical circulation (elevators and stairs) and all vertical utility distribution systems would obviously be extended one floor. This repeated floor is 36,200 gross square feet and 23,700 net square feet of space; which is approximately a 15% increase in net square feet.

The building foundations and structural system will be able to support another floor because they were overdesigned by 25% as required by the NIH Design Guidelines to allow for extreme contingencies. In addition to the repeated floor all central utility support elements will be increased as required to maintain the level of service as originally provided in the base design. Several elements of the base design central electrical and mechanical systems will be modified. These are itemized and addressed in depth in a separate technical report, but basically the following would have to be added or modified:

1. The building would technically become a high rise and thus the stairhalls would have to be pressurized.
2. The existing air handlers could supply the enlarged facility but we would lose the dedicated backup for the vivarium. The recommendation is to add a tenth air handler, as an emergency backup to the vivarium. We have the space and ducting to do this.
3. Some lab distribution piping would be increased by one size on the upper floor.
4. Pre heat pumps and converters will be adjusted in size to maintain N+1 criteria.
5. The emergency generator will be increased to accommodate the additional demand. It will still exceed the 10% expansion criteria.
6. The steam riser to the penthouse will be increased from 6 inches to 8 inches.
7. Electrical distribution (normal and emergency power) will be increased to accommodate the additional demand.

We have reviewed all of these engineering requirements and changes recommended by the design team with John Vilgos Chief of MEB and Farhad Memarzadeh and Tom Ligis of the Technical Review groups and have their concurrence with our proposed adjustments to the base design to add the floor.

Preliminary analysis of the actual construction status indicates that nothing constructed and little or nothing purchased to date would have to be changed.

The additional floor and interstitial plans will require little architectural or engineering rework as they are literally a repeat and thus a reissue of existing floor plans. The elevations and cross sections will need to be revised and the modifications to the original base utility systems will require additional engineering.

This additional floor would provide 42 full laboratory modules with equipment support space, personal workstations and breakrooms as well as a central support core that could support from 100 to 150 more scientific personnel than the base building.

**Schedule**

The project currently is on schedule and BELL is forecast to finish pouring the concrete slabs for the fifth floor and begin construction of the penthouse level formwork on or about February 22nd. To add a floor and not incur any delays, they would have to begin construction of the additional floor instead of the penthouse on this date. In order for them to begin the additional floor on February 22nd, they need approximately one month lead time to order materials (primarily structural reinforcing steel and the post tensioning cables); which means that NIH would have to instruct them to proceed on or about January 22nd. Since we have determined that the existing structure is sufficient to safely carry another level, there is little engineering required to produce the contract documents to release the structural work to BELL. The shop drawings also will be a repeat of the previous floor and can be prepared and approved quickly. The structure is the only element of the additional floor that is currently on the critical path. We have a little more time to complete the remainder of the engineering drawings. The design team can have a bulletin for the remainder of the work ready to issue to BELL on February 15th.

We have created a CPM schedule of this additional work that indicates it will take an extra 4 weeks to build the structure, 5 weeks to install the mechanical and finishes, and 1 week for commissioning for a total of 10 weeks. BELL has proposed that it will add 3 months or 12 weeks to the project. The construction completion currently scheduled for July 2000 would become October 2000. The Occupancy Phase, which is now scheduled to occur from July through October, would become October through December.

**Costs**

**Phase 2 Base Bid Cost**

As a point of reference, the base bid for Phase 2 of Building 50 was $ 63,663,745 for 256,000 gross square feet; or approximately $ 249 per gross square foot. This included the entire structure, enclosure, all utilities, all the sitework and all interior finishes. Another important point is that the Building 50 design is very efficient at a 59% net to gross ratio; so that the gross square feet generated 150,656 net square feet; at a total hard cost of $423 per net square foot.

It is important to understand that this price was a competitive bid situation wherein several General Contractors solicited competitive proposals from multiple subcontractors in over 50 trades. We were fortunate to hit the construction market at an opportune time when several other large projects were being completed and although many contractors were still busy, there was a good competitive atmosphere. The Phase 2 bid price was a very good price and was actually below our Government estimate which was $ 65,702,729.

**Government Estimate for the proposed additional floor**

The Design team's estimating Consultant has prepared a Government estimate of this proposed floor addition as a bid price that totals $11,178,287. This equates to $304 per gross square foot and $471 per net square foot. They felt that if it is considered as a change order it could have as high as another 20% markup.

**BELL Proposal**

BELL has submitted a proposal to add the additional floor for a cost of $9,831,838. This is for the original scope of work of adding the floor based on the feasibility study and does not include the additional technical adds of the Stair pressurization and the additional air handler number 10. BELL estimated additional costs of $92,400 for the stair pressurization and $224,744 for the additional air handler. Thus this total proposal would be $10,148,982. In coming to closure with our MEB and Technical review groups on their issues we feel that there we generated an additional $81,149 in hard construction costs which will have to be added to the BELL figure. Thus the final hard cost would be $10,230,131; which equals a cost of $282 per gross square foot and $431 per net square foot.

This bid price is actually lower than the Government estimate bid price by about 11%. This probably is because the estimate was assumed as a stand alone project while the BELL bid benefited from it being an addition to the existing base project.

Unlike the base bid situation, BELL can only get prices from the existing subcontractors and cannot leverage them against others. It also is an opportunity for many of the 50 subcontractors to insure that their overall project profit margin is acceptable. In other words if any subs feel that they were too low in the base bid this additional work is a chance to gain a better margin overall. Taken in that context the BELL bid price is a very fair and reasonable proposal.

The BELL Company has been extremely cooperative and open in this proposal and their subcontractors have given them reasonable bids.

**Additional Costs**

In addition to the hard costs we will incur an estimated total additional project engineering and management or "soft cost' of $ 732,343. The attached chart summarizes all the estimated project soft costs.

**A total cost that can be expected to provide the additional floor to Building 50 would be the hard cost of $10,230,131 plus the soft cost of $ 732,343 for a total of $ 10,962,474; or $302 per gross square foot and $462 per net square foot.**

**Existing Project Budget / Contingency Status**

The Project Management team recommends an initial contingency of 10% on a project of this size and complexity. We reduce our recommended contingency by the percent complete. The project (including "soft" costs) is currently 25% complete. We therefore recommend a 7.5% contingency, or $6,000,000, at this time. The current budget surplus (including the recommended contingency) is $13,712,424, or 17% of the current anticipated costs.

The project would revert to only 22% complete if the NIH elects to increase the BELL contract by adding Floor 5A. We would then recommend a contingency of 7.8%, or $7,000,000. However, the actual budget surplus (contingency) would be only $2,749,949, or 3%, if the cost of the additional space was added to the BELL contract. These figures are all contained for the base building and the base building with the additional floor 5A in the attached spreadsheet.

**Summary**

**Positives of adding the floor**