THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 560 | 421 | 1016 | Per Bulletin No. 89, provide construction changes to Rooms 5222F, 5334, 5229 / 5227 & 5330 / 5328 (EWO-487 Final). | $93,636.00 |
| | | | **Total:** | **$93,636.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language reserving to Contractor certain rights does Not constitute an admission by the Government that the contractor is entitled to an equitable adjustment.

Barbara Taylor
Contracting Officer
9/10/01

NIH-9-01858

**Modification No. 144**
Contract No. 263-98-C-0102
EWO No. 's 301, 315, 340, 341 & 436.

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 367 | 209 | 211 | Cap Supply Terminal Unit 375 @ interstitial level (EWO-315). | $716.00 |
| 473 | 351 | 000 | Revise Louvers @ Roof PHs Over Stairwells (EWO-341). | $1,179.00 |
| 582 | 365 | 000 | Build bulk-head at South Wall @ elevator 1, 2, 3 & Lobby (EWO-436). | $0.00 |
| 658 | 465 | 000 | Module 4141 Exhaust Register (EWO-340). | $1,816.00 |
| 669 | 476 | 000 | Facility Dynamics comments to submittal #15920-01(EWO-301). | $24,874.00 |
| | | | **Total:** | **$28,585.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

*****

This Modification and the language reserving to the Contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an ~~eq~~ equitable adjustment.

Barbara Taylor, Contracting Officer
9/13/01

NIH-9-01945

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 498 | 427 | 000 | Fourth Floor Raceway, Receptacle & Ltg. Fixt. Clarif. Per CBE-48 (EWO-390). | $2,666.00 |
| 644 | 457 | 000 | Adjustable tables in Cold Rooms "I" & "J" to be S.S. ilo paint/epoxy (EWO-493). | $4,825.00 |
| 649 | 446 | 000 | Light fixture conflict @ the 2nd flr vending/break rooms (EWO-351). | $3,369.00 |
| 662 | 469 | 000 | Revised Casework in Rm 6518, 6516 and 6510 (EWO-457). | $950.00 |
| 697 | 500 | 000 | Splice sleeve credit (EWO-409). | ($3,991.00) |
| | | | **Total:** | **$7,819.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This Modification and the language reserving to the Contractor certain rights does Not Constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.

NIH-9-02077

**Modification No. 147**
Contract No. 263-98-C-0102
EWO No. 's 407, 419, 426, 450 & 470.

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 522 | 313 | 000 | Fume Hood Exhaust @ Module 5425, ref: RFI-1163 (EWO-407). | $4,373.00 |
| 536 | 329 | 000 | Provide Shelf Blocking & Drywall Types @ 4th Fl. Dir's Reserve Areas, ref: RFI CM163 (EWO-419). | $574.00 |
| 568 | 433 | 000 | 3rd Fl. NHLBI Utilities and Shelving Changes, ref: Bull 79 (EWO-450). | $9,301.00 |
| 650 | 447 | 260 | Relocate existing CATV Hand Box - provide empty 50mm conduit in trench, Ref:RFI CM193 (EWO-470). | $1,586.00 |
| 655 | 455 | 000 | Ceiling to steel conflict @ 2nd - 6th floors, ref: RFI-1304 ( EWO-426). | $3,119.00 |
| | | | **Total:** | **$18,953.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This Modification and the language reserving to the Contractor certain rights does not constitute an admission by the Government that Contractor is entitled to an equitable adjustment.

Barbara Taylor
10/1/01

NIH-9-02243

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 456 | 302 | 000 | Revisions to Admin. Suite - Office 5222E ceilings, light'g & duct (EWO-373). | $15,284.00 |
| 637 | 515 | 000 | Change ceiling height in the 5th flr conference room to accommodate revised balancing dampers (ref. RFI 1043 & 1451) (EWO-492F). | $2,260.00 |
| 758 | 554 | 000 | Relocation of water lines at valve vault 5 (EWO-603). | $3,500.00 |
| | | | **Total:** | **$21,044.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

[signature] 7/27/01

The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

THIS AGREEMENT DOES NOT AFFECT THE CONTRACTOR'S RIGHT FOR DAMAGES DUE TO ANY DELAYS OR DISRUPTIONS THAT ***** MAY HAVE OCCURRED AS A RESULT OF THESE CHANGES, THIS DOES NOT APPLY TO EWO 373 WHICH WAS COVERED BY AN EARIER AGREEMENT.

[signature] 7/27/01
PROJECT MANAGER

☆ Your taking reservation does not necessarily mean there are any damages, delays or extra cost associated with ~~this EWO#~~ 373 EWO's ~~#~~ # 492 + 603

[signature] BELL BGI

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 601 | 388 | 000 | Add'l 3rd Floor Changes per Bull 49/CBE-49 (EWO-~~270~~ 273). | $27,715.00 |
| 616 | 408 | 000 | Per NIH, use standard cylinders ilo interchangeable core cylnders (a credit of ($3,987) included in Mod No. 139) (EWO-477). | ($585.00) |
| 752 | 555 | 000 | NMR crane power conflict - DPBEI (EWO-563). | $350.00 |
| 769 | 556 | 000 | Relocate lighting system central monitor (EWO-595). | $2,892.00 |
| | | | Total: | $30,372.00 |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

X [signature] 7/27/01

The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

THIS AGREEMENT DOES NOT AFFECT THE CONTRACTOR'S RIGHT FOR DAMAGES DUE TO ANY DELAYS OR DISRUPTIONS THAT MAY HAVE OCCURRED AS A RESULT OF THESE CHANGES WITH THE EXCEPTION OF EWO 273.

[signature] 7/27/01
PROJECT MANAGER

Your taking reservation does Not ~~[illegible]~~ Necessarily Mean ~~that~~ there are any damages, delays, or extra cost associated with EWO #'s 477r1, 563 + 595

[signature] 8/1/01 BELL BCI CO.

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 638 | 439 | 000 | Lab bench type "I" @ rooms 3512 & 3514 (Ref. Bull 32) (EWO-473). | $684.00 |
| 704 | 507 | 000 | Door hardware - wall stops (EWO-511). | $3,489.00 |
| 715 | 544 | 000 | Modify access Hatch Area of NMR Ceiling B204 (EWO-555). | $277.00 |
| 738 | 561 | 000 | Kiosk Lightning Protection (EWO-576). | $303.00 |
| 753 | 562 | 000 | Lobby (Rm 1125) type 27 suspend into soffit and 1st floor pre-assembly Rm 1130 ceiling lts. conflict. (Ref. RFI-1620) (EWO-557). | $242.00 |
| 777 | 560 | 000 | LN2 drop @ the East end of the NMR pit to be terminated 1220mm above the grating (EWO-614). | $414.00 |
| | | | Total: | $5,409.00 |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

X [signature] 7/27/01

The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

THIS AGREEMENT DOES NOT AFFECT THE CONTRACTOR'S RIGHTS FOR DAMAGES DUE TO ANY DELAYS OR DISRUPTIONS THAT MAY HAVE OCCURRED. EWO 511 IS EXCLUDED FROM THIS STATEMENT. [signature] 7/27/01
BELL PROJECT MANAGER

* Your taking reservation does not necessarily mean there are any damage delay or extra cost associated with ~~EWO # 511~~ EWO # 473, 555, 557, 576, & 614

[signature] BELL BCI

Page 2 of 2
**Modification No. 156**
Contract No. 263-98-C-0102
EWO No. 's 343, 349, 358, 359, 376 & 381.

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 466 | 551 | 000 | Duct/Equip. Conflict @ Elevator Machine Room B102B (EWO-349). | $1,938.00 |
| 486 | 364 | 000 | Coordinate Terminal Box Labels @ 583 and 584 (EWO-358). | $5,000.00 |
| 508 | 566 | 000. | Increase Depth of (2) Foot Grilles by 1/2" (EWO-343). | $5,676.00 |
| 654 | 454 | 000 | Drain at stair # 4 areaway (EWO-381). | $5,000.00 |
| 690 | 495 | 000 | Stair 1 and 4 dimension bust (EWO-359). | $4,000.00 |
| 781 | 565 | 000 | Provide 1220mm W X full height X 19 mm THK plywood panels @ lanrooms (EWO-376). | $8,123.00 |
| | | | **Total:** | **$29,737.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This Modification and the language reserving to the Contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.



NIH-9-03688