**Modification No. 159**
Contract No. 263-98-C-0102
EWO No. 's 484-R1, 597, 598-R1, & 616.

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 642 | 514 | 000 | Relocated Bedding Dispensers - Add Utilities @ new locations (EWO-484). | $8,344.00 |
| 757 | 553 | 000 | Remedial work required @ NE stairs to treat Sink hole (EWO-597). | $1,873.00 |
| 760 | 568 | 000 | CAGEWASH list - 1 small steam sterilizer Rm. B535 (598-R1). | $9,560.00 |
| 803 | 567 | 000 | Tunnel washer connection. (ref. NNC letter # 74) (EWO-616). | $3,000.00 |
| | | | **Total:** | **$22,777.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

---

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This Modification and language reserving to the Contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.

Barbara Taylor
Contracting Officer
9/14/01

NIH-9-03562

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 91 | 053 | 012 | Basement CMU Wall Questions (EWO-74). | $9,200.00 |
| 459 | 305 | 000 | Fourth floor revisions @ rooms 4423 & 4524 (EWO-380). | $35,102.00 |
| 461 | 307 | 246 | Ductwork Change @ Basement Tel / LAN Room (EWO-386). | $4,170.00 |
| 478 | 356 | 000 | Terminal Exhaust Box @ Unit 373 Coordination (EWO-342). | $485.00 |
| 573 | 335 | 000 | Delete curb/gutter along north side of site (EWO-430). | ($6,501.00) |
| 651 | 448 | 000 | Duct / Light Support in NMR Pit (EWO-501). | ($5,900.00) |
| | | | **Total:** | **$36,556.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language reserving to the Contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.

Barbara Tafoa
10/2/01

NIH-10-00135

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 537 | 330 | 000 | Provide Pressure Relief @ PHX-1 and 2 - Ref: RFI 1348 (EWO-422). | $1,275.00 |
| 621 | 415 | 000 | Revise reflected ceiling plan for module 2334 per CBA-61 dtd 6/29/00 - Ref: RFI 1354 (EWO-423). | $950.00 |
| 659 | 466 | 000 | Drywall /Utility Chase Piping Conflict - Ref: RFI 1279 (EWO-417). | $0.00 |
| 685 | 490 | 000 | Resilient tile clarification in detail 1 on A.9.03 - Ref: RFI 1011 (EWO-392). | $0.00 |
| 691 | 496 | 000 | Receptacles on north wall of Rm. 1252 - Ref: RFI 1441 (EWO-464). | $0.00 |
| 724 | 571 | 000 | LAN/TELE room security power - Ref: RFI's 1488, 1535, 1570 & 1586 (EWO-520). | $3,728.00 |
| | | | **Total:** | **$5,953.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This Modification and the language reserving to contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.

Barbara Taylor
Contracting officer
9/10/01

NIH-10-00338

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 613 | 403 | 000 | Install add'l Gas tight dampers, isolation dampers, associated duct & controls in accordance with CBM - 57 - Ref: RFI 1148 (EWO 461). | $120,000.00 |
| | | | **Total:** | **$120,000.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language reserving to Contractor certain Rights does not constitute ~~at~~ an admission by the Government that the Contractor is entitled to an equitable adjustment.

Barbara Taylor
Contracting Officer
9/10/01

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 110 | 019 | 019 | Change control valves and pressure reducing valves in accordance with RFI's 328, 350 and 351 rsponses (EWO-091). | $21,000.00 |
| | | | **Total:** | **$21,000.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modificatio provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This Modification and the language reserving to Contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.

Barbara Taylor
Contracting Officer
9/10/01

**Modification No. 165**
Contract No. 263-98-C-0102
EWO No. 537.

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 678 | 460 | | Rev. to the 5th flr Administration suite per CBA - 66 sketches 1 thru 12 (Part I) (EWO-537). | |
| 679 | 460 | | Revisions to the 5th flr Admin Suite per (Part II MEP) (EWO-537). | |
| 703 | 506 | | Rev. to the 5th flr Administration suite per CBE - 78 sketches 1 thru 6 (Part II) (EWO-537). | $57,900.00 |
| | | | **Total:** | **$57,900.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

---

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This Modification and the language reserving to Contractor certain rights does NOT constitute an admission by the Government that the Contractor is entitled to an equitable adjustment

Barbara Taylor
Contracting Officer 9/10/01

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 242 | 098 | 069 | Arch'l exhaust stack components to extend to support beams - Ref: RFI 629, 898, 1014 & 1078 (EWO-196). | $124,078.00 |
| 253 | 131 | 095 | Steam vent flashing detail at roof per RFI 696 & Hot Stack supports per RFI 755/CBA-39 (EWO-196). | $25,630.00 |
| | | | **Total:** | **$149,708.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language reserving to contractor certain rights does Not constitute an admission by the Government that the contractor is entitled to an equitable adjustment. ~~adjustment~~

Barbara Taylor
Contracting Officer
9/10/01

NIH-10-00952

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 236 | 078 | 062 | Misc. M/P revisions ( CBM 018) - Ref: Bull 22 (EWO-169). | $34,067.00 |
| 245 | 112 | 101 | Vertical Limit of Vertical Partitions, Lobby Area - Ref: RFI 674 (EWO-202). | $8,229.00 |
| 334 | 182 | 121 | Dimension bust for curb location at PH - Ref: RFI 966 (EWO-285). | $8,538.00 |
| 529 | 320 | 000 | Revisions to vision lites @ 6th flr Lab Corridors - Ref: RFI CM 157 (EWO-414-R1). | $15,672.00 |
| 633 | 436 | 000 | Mechanical Vents in casework - Ref: RFI 1005 (EWO-328). | $11,645.00 |
| 663 | 470 | 000 | Revision to Rm 4305 and 4307 - Ref: Bull 70 (EWO-394). | $3,777.00 |
| | | | **Total:** | **$81,928.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This Modification and the language reserving to the Contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment

Barbara Taylor
Contracting Officer
9/14/01

NIH-10-00710

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 629 | 518 | 000 | Gas Raceway/Fume Hood Conflict Module 2222/2224 (EWO-483). | $0.00 |
| 674 | 481 | 000 | Door conflict with tie back (EWO-510). | $0.00 |
| 694 | 498 | 000 | LAN/TELE rooms telephone jack locations (EWO-522). | $0.00 |
| 716 | 545 | 000 | Delete short wing walls located at B235B (EWO-556). | $0.00 |
| 732 | 577 | 000 | Gas raceway/fume hood conflict Modules 3415, 3411 & 6417. (EWO-568). | $0.00 |
| 741 | 576 | 000 | Revised ceiling plan in room 1124 (EWO-560). | $0.00 |
| | | | **Total:** | **$0.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language reserving to Contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.

Barbara Fuller
Contracting Officer
9/10/01

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 523 | 314 | 000 | Const'n cost associated w/ revised projection screens (Ref. CM155, CM157 & RFI-1529) (EWO-410). | $18,571.00 |
| 580 | 347 | 000 | Relocate VAV box and heating water lines @ Elev. Mach. Rm. #5 - Ref: RFI CM169 (EWO-444R1). | $3,020.00 |
| 630 | 517 | 000 | Autoclave Air Devices (RFI 1423 response) - Ref: RFI 1481 (EWO-530). | $5,385.00 |
| 647 | 512 | 000 | Delete epoxy flooring @ 1st flr rooms (see RFI CM191for details-also ref. RFI 602 & 646) (EWO-485R1). | ($4,000.00) |
| 657 | 349 | 000 | Provide No. 13 type diffusers in the basement animal holding rooms B516C, B516D, B520C & B520D - Ref: RFI CM194 (EWO-500). | $3,352.00 |
| 773 | 578 | 000 | Provide alarm status controls to monitor the oil water separator - Ref: RFI 1395 (EWO-435). | $9,014.00 |
| | | | **Total:** | **$35,342.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modificatio provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language reserving to the Contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment

Barbara Tafer
Contracting Officer
9/14/01

NIH-10-01313