**Modification No. 170**
Contract No. 263-98-C-0102
EWO No. 's 026, 451, 536, 550 & 593.

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 35 | 581 | 005 | Additional Waterproofing at NMR Pit - Ref: RFI CM028 (EWO-026). | $500.00 |
| 566 | 432 | 000 | Revise Casework and Shelving @ Rooms 5430/5432 per Bull 81 (EWO-451). | $6,893.00 |
| 680 | 485 | 000 | Install drywall, mud & tape to East/West chases to eliminate sound at rooms 6534, 6530 & 6526 - Ref: RFI CM207 (EWO-536). | $2,908.00 |
| 745 | 580 | 000 | Revision to diffuser type - second floor - Ref: RFI CM214 (EWO-550). | $2,194.00 |
| 750 | 579 | 000 | Furnish/Install fabric panels in the EM suite per Bull 27 (EWO-593). | $18,500.00 |
| | | | **Total:** | **$30,995.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

---

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language reserving to the Contractor certain rights does Not Constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.
Barbara Taylor
Contracting officer
9/14/01



NIH-10-01521

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 83 | 083 | 012 | Room B201A Isolation - Ref: RFI CM034 (EWO-045). | $1,000.00 |
| 838 | 583 | 000 | Northeast corner existing street lighting - Ref: RFI 1749 (EWO-634). | $799.00 |
| 841 | 585 | 000 | GFE installation for EM suite per JFI transmittal # (Bell 1516) dated 3/27/01 (EWO-619). | $1,054.00 |
| 842 | 584 | 000 | Generator load bank dump circuit - Ref: RFI 1700 (EWO-622). | $1,190.00 |
| 843 | 582 | 000 | Smoke detector change in the loading dock - Ref: RFI CM266 (EWO-654). | $1,134.00 |
| | | | **Total:** | **$5,177.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

*****

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language reserving to Contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment

Barbara Taylor
Contracting Officer
9/10/01



NIH-10-01649

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 586 | 345 | 000 | Revise Room 5231/5233 casework & utilities to accommodate add'l. under counter dishwasher - Ref: Bull 82 (EWO-452). | $13,234.00 |
| 626 | 520 | 000 | Lobby revolving door elect. Reqmt - add (2) circuits per CBE-76 - Ref: RFI 1498 (EWO-476). | $5,463.00 |
| 689 | 494 | 000 | Elevator No.4 Fire Alarm Devices Penthouse - Ref: RFI 1578 (EWO-541). | $10,020.00 |
| 726 | 587 | 000 | Vivarium Cagewash Area - Ref: RFI 1543 (EWO-497). | $5,160.00 |
| 806 | 588 | 000 | Wiremold and equipment conflicts Room 5430 - Ref: RFI 1603 (EWO-570). | $0.00 |
| 839 | 586 | 000 | Elevators 1 to 5 GFCI receptacles - Ref: RFI 1676 (EWO-601). | $1,038.00 |
| | | | **Total:** | **$34,915.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

---

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language reserving to Contractor certain rights does not constitute an admission by the Government that the contractor is entitled to an ~~[illegible]~~ equitable adjustment.

Barbara Taylor
Contracting Officer
9/10/07

NIH-10-01739

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 371 | 218 | 153 | Provide conduit for connection of BAS computers to NIH Network - Ref: RFI CM129 (EWO-310). | $4,624.00 |
| 731 | 591 | 000 | Ref. RFI-993 Provide 25mm HPA line to North/South side of Bldg for Vivarium door controllers - Ref: RFI 1593 (EWO-289). | $4,022.00 |
| 766 | 593 | 000 | RFI1477 response questions and Floors 2+6 AUTOCLAVE GLASSWASH ROOMS. Fixture busts with reflected C.P - Ref: RFI 1550 (EWO 515). | $5,733.00 |
| 787 | 592 | 000 | Duct riser isolation dampers - Ref: RFI 1706 (EWO-617). | $1,185.00 |
| 835 | 590 | 000 | Clean steam generator solenoid valve status - Ref: RFI 1762 (EWO-636). | $4,986.00 |
| 837 | 589 | 000 | Air flow reductions to general vivarium exhaust - Ref: RFI CM255 (EWO-642). | $1,207.00 |
| | | | **Total:** | **$21,757.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language reserving to the Contractor Certain rights does Not Constitute an admission by the Government that the Contractor is entitled to an equitable adjustment

Barbara Tufo
10/1/01

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 58 | 603 | 007 | Provide finish fabric for the operable panel partitons (EWO-46). | $14,732.00 |
| 667 | 474 | 000 | 5th floor added BSC duct connection / rm 5340 per Bull 73 (EWO 455). | $10,934.00 |
| 682 | 487 | 000 | Provide a non-fused disconnect @ (3) AHU Circ. Pump in the PH (EWO-538). | $14,032.00 |
| 729 | 570 | 000 | Site pavers / sidewalk redesign at NW corner of site (Cr). (Ref. RFI-1649 and RFI-1674) (EWO-523). | ($5,918.00) |
| 794 | 613 | 000 | Containment pipe system required at room 5428 (Fish rm) - RFI 1683 (remove duct & light fixt) (EWO-607). | $1,582.00 |
| | | | **Total:** | **$35,362.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language reserving to the Contractor certain rights does not constitute an admission by the Government that Contractor is entitled to an equitable adjustment.

Barbara Taylor
10/1/01

NIH-10-02043

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 713 | 542 | 000 | Responses to Weisman Questions on the 6th floor - Ref: RFI CM209 (EWO-553). | $22,551.00 |
| 788 | 594 | 000 | Air balancing - Fifth floor - Ref: RFI CM217 (EWO-572). | $10,328.00 |
| 790 | 598 | 000 | Air balance north west neighborhood (4100) area - Ref: RFI CM222 (EWO-573). | $12,759.00 |
| 793 | 597 | 000 | Install EM suite chillers - Ref: RFI CM227 (EWO-592). | $10,763.00 |
| 800 | 595 | 000 | Vision light for FRP door B515 - Ref: RFI 1678 (EWO-589). | $651.00 |
| 819 | 596 | 000 | EVAV box 536 problem - Ref: RFI CM234 (EWO-606). | $8,818.00 |
| | | | **Total:** | **$65,870.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This Modification and the language reserving to the contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.

Barbara Taylor
Contracting Officer
9/14/01

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 163 | 041 | 036 | Missing Exhaust Box & Fume Hood @ Rm. 3313 - Ref: RFI 505 (EWO-139). | $20,588.00 |
| 323 | 196 | 135 | Clarifiy Fume Hood Locations @ 2nd flr per Bull 47 dated 9/28/99, see supplemental sketch CBM-46 (EWO255). | $11,059.00 |
| 700 | 503 | 000 | Make air flow changes to VAV's on the 3rd flr per RFI CM 203 sketches 1 thru 10 dated 12/12/00 (Includes RFI CM 205) (EWO-543). | $26,576.00 |
| 701 | 504 | 000 | Make air flow changes to VAV's on the 4th floor per CM RFI 205 sketches 1 thru 6 dated 12/12/00 (EWO-543). | |
| 735 | 610 | 000 | Make adjustments to (Bull 32) low voltage light switches in Rm 3340 per CBE-56 - Ref: RFI 1351 response (EWO-431). | $0.00 |
| 747 | 611 | 000 | CP-7 Vent - Ref: RFI 189 (EWO-591). | $2,658.00 |
| 783 | 612 | 000 | Eliminate supply side pressure relief doors - Ref: RFI CM215 (EWO-551). | ($365.00) |
| | | | **Total:** | **$60,516.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This Modification and the language reserving to the Contractor certain rights does NOT constitute an admission by the Government that the Contractor is entitled to an equitable adjustment

Barbara Taylor
10/2/01

Page 2 of 2
**Modification No. 179**
Contract No. 263-98-C-0102
EWO No. 's 440, 478, 539, 571, 624 & 689.

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 693 | 497 | 000 | Provide (4) disconnect switches @ Industrial Hw Circulating pumps - Ref: RFI 1594 (EWO-539). | $2,804.00 |
| 727 | 616 | 000 | Exhaust Box 349 control pairing - Ref: RFI 1384 (EWO-440). | $6,054.00 |
| 751 | 410 | 000 | Provide duct & diffusers in corridor 4400D per SKM-1 dated 9/25/00 - Ref: RFI 1459 (EWO-478). | $95,498.00 |
| 797 | 614 | 000 | Fume hood matrix plan - Ref: RFI CM 243 (EWO - 624). | $1,130.00 |
| 808 | 615 | 000 | RFI 1611/1149 response (darkroom B403A piping/drawer conflict) - Ref: RFI 1637 (EWO-571). | $1,144.00 |
| 861 | 607 | 000 | Re-rout a 4" section of Cu pipe from the front of AHU-9 to 6th flr drain per RFI CM 279 response (EWO-689). | $2,000.00 |
| | | | **Total:** | **$108,630.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This Modification and the Language reserving to the Contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.

Barbara Taylor
10/2/01