THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 761 | 621 | 000 | NMR Suite B 204 materials of construction's, Ref: RFI 1587 (EWO-542). | $0.00 |
| ~~764~~ | 623 | 000 | Vivarium B512A, B512B entry light switch, Ref: RFI 1619 (EWO-577). | $0.00 |
| 765 | 622 | 000 | Demountable lab. wing wall partition solution, Ref: RFI 1639 (EWO-586). | $0.00 |
| 802 | 624 | 000 | Rebar Allowance Ref: (EWO-612). | $0.00 |
| 807 | 620 | 000 | Wiremold and equipment conflicts Room 5432, Ref: RFI 1604 (EWO-575). | $0.00 ✓ |
| 851 | 625 | 000 | Damper motor/filter conflict electric room B253 - ref: RFI 1715 (EWO-661). | $445.00 |
| | | | **Total:** | **$445.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

* This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

* PCN #764, EWO NO. 577 IS EXCLUDED FROM THIS AGREEMENT DUE TO GOV'T'S OPTION NOT TO PROCEED WITH THIS WORK. REF. CONTRACTING OFFICER'S LETTER DATED 3/14/01. [signature] 10/1/01

This modification and the language reserving to the Contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment. B. Jafor 10/2/01

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 333 | 200 | 134 | Fire rated ceilings in rooms B-523A, B-523B & B-529, also add (3) UL label doors. Ref: RFI-851 (EWO-275R1). | $9,671.00 |
| 488 | 366 | 000 | Coord. Duct/Clg. Conflict Under 6th Floor Tel/LAN Room, Ref: RFI-1120 (EWO-353). | $18,452.00 |
| 675 | 482 | 000 | First floor east side hose bib, Ref: RFI-1146 (EWO-469). | $500.00 |
| 714 | 543 | 000 | Responses to Weisman Questions on the 1st floor, Ref: RFI-CM210 (EWO-554R1). | $12,435.00 |
| 743 | 619 | 000 | 2nd Floor Autoclave Ceiling, Ref: RFI-1670 (EWO-587). | $2,212.00 |
| 796 | 618 | 000 | Vivarium ATC duct sensors, Ref: RFI-1708 (EWO-615). | $8,072.00 |
| | | | **Total:** | **$51,342.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language reserving to the Contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.

Barbara Fagan
10/2/01

Page 2 of 2
Modification No. 182
Contract No. 263-98-C-0102
EWO No.'s 219, 317, 322, 453, 529 & 665.

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 561 | 431 | 000 | Add (4) Roughins w/ Pull Wires @ Room B204, ref: Bull 86 (EWO-453). | $8,464.00 |
| 604 | 391 | 000 | Large Steam sterilizer (unload) side door openings, Ref: RFI-875 (EWO-322). | $0.00 |
| 607 | 394 | 000 | Shorten Height of Hot stacks, ref: RFI-CM130 (EWO-317). | $8,205.00 |
| 676 | 483 | 000 | R.O. sanitary flow meter not installed (Bell to turn meters over to the Gov't), Ref: RFI-694 (EWO-529). | $0.00 |
| 782 | 628 | 000 | Low pressure round supply duct from branch, ref: RFI-733 (EWO-219). | ($255.00) |
| 844 | 629 | 000 | Lighting system central monitor-Siemen, Ref: RFI-CM230 (EWO-665). | $1,556.00 |
| | | | **Total:** | **$17,970.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This Modification and the Language reserving to the Contractor Certain rights does Not Constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.

Barbara Tyson
10/2/01

NIH-10-04061

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 305 | 180 | 119 | Sanitary Piping Changes reflected in SCR's during Bidding of Project, ref: Bull 2 (EWO-227). | $0.00 |
| 717 | 546 | 000 | Delete vinyl stair stringer covers & paint at all stairs, ref: RFI-CM219 (EWO-558). | ($4,270.00) |
| 776 | 626 | 000 | Turn over deleted "Steelcase" furniture to the follow on Contractor per RFI CM238 (EWO-613). | $1,463.00 |
| 865 | 609 | 000 | Basement laser room air supply issue per RFI CM267(EWO-663). | $0.00 |
| | | | **Total:** | **($2,807.00)** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language ~~to~~ reserving to the Contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment

NIH-10-04175

Barbara Taylor
Contracting Officer

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 350 | 830 | 000 | Clarification bet. the Plumbing & Equipt "Q" Dwgs. - Flrs 1 thru 6, ref: Bull 57 (EW0)-306). | $5,200.00 |
| 590 | 522 | 000 | Exterior Building Signage (CBA - 65), ref: Bull 91 (EWO-524). | $3,000.00 |
| 643 | 513 | 000 | Reinstall exterior landing @ stair # 4, along with stairs and drain, ref: RFI-CM190 (EWO-486). | $3,746.00 |
| 779 | 831 | 000 | Holes for R.O. polishers, ref: RFI-CM148 (EWO-379) . | $8,000.00 |
| 821 | 832 | 000 | 2nd floor Q vs P drawing clarifications - ref: RFI 1633 (EWO-579). | $2,715.00 |
| | | | **Total:** | **$22,661.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language reserving to the Contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.
Barbara Taylor
Contracting Officer
10/2/01

NIH-10-04266

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 734 | 605 | 000 | Relocation of 8 sprinkler heads in the NMR ceiling, ref: Cap ltr Jan. 18, 2001 (EWO-574R1). | $1,774.00 |
| 755 | 835 | 000 | Per D. Blessing of HLM, provide receiver flash'g & counter flash'g @ PH sloping columns (EWO250). | $1,717.00 |
| 775 | 602 | 000 | Horizontal louver blinds, ref: RFI-970 (EWO-582). | $13,956.00 |
| 834 | 836 | 000 | Water pressure at Mixing valves to RO skid, ref: RFI 1720 (EWO-633). | $6,000.00 |
| 850 | 837 | 000 | Additional training for crane hoist - ref: RFI CM216 (EWO-549). | $3,500.00 |
| 855 | 838 | 000 | RO pressure vs faucet working pressure - ref: RFI CM256 (EWO-632). | $23,000.00 |
| | | | **Total:** | **$49,947.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

REFERENCE BELL'S LETTER DATED 11/29/01 REGARDING EWO 250, THIS WORK WAS PERFORMED ON A T&M BASIS AND A TICKET WAS INADVERTANTLY LEFT OUT OF THE PROPOSAL. THEREFORE, WE RESERVE OUR RIGHT TO BE COMPENSATED FOR ADDITIONAL WORK, PREVIOUSLY OMITTED FROM OUR EWO 250 PROPOSAL. IF THE GOVERNMENT DOES NOT AGREE WITH THIS PLEASE REMOVE EWO 250 FROM THIS MODIFICATION.

This Modification and language Reserving to the Contractor certain rights does Not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.

Barbara Taylor 12/12/01

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 815 | 839 | 000 | The Project Architect for HLM requested, that static tile be installed in the hall of B405 (EWO-635). | $1,200.00 |
| 820 | 840 | 000 | Tap into a nearby utility chase in order to feed the lab gas raceways in lab modules 6244 and 6248 - ref: RFI 1747 (EWO-630). | $1,800.00 |
| 831 | 841 | 000 | Relocate Fire Department's Siamese connection on the North side of Building 50, per sketch, ref: RFI CM268 - (EWO-653). | $3,000.00 |
| 848 | 842 | 000 | NIH's Fire Marshal required connection of the elevator phone jacks in the elevator panel located in the Fire Control Room (EWO-667). | $564.00 |
| 849 | 843 | 000 | Re-set the pressure for PRV's 10, 11 and 12 down to 65 psig on the plant steam lines feeding ST-2, 3 & 4. The PRVs at the sterilizers are to be adjusted down to 45 psig - ref: RFI 1767 (EWO-647). | $1,300.00 |
| 853 | 844 | 000 | Provide credit for monorails deleted from room 1342 - ref: RFI 1795 (EWO-682). | ($450.00) |
| | | | **Total:** | **$7,414.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This Modification and the language reserving to the Contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.

Barbara Taylor
12/12/01

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 405 | 258 | 187 | Reduce Width of Casework Service Ledge and Piping Chase, ref; RFI CM 090 (EWO-187). | $13,033.00 |
| 653 | 453 | 000 | Fire alarm Tie-In to campus loop, ref: RFI's CM 147, 1294 & 1319 (EWO-403R1). | $12,000.00 |
| 733 | 845 | 000 | Provide blank off panels at louver sections in Electric room B253 & mech. Room B240, ref: RFI-1618 (EWO-566). | $3,600.00 |
| 791 | 846 | 000 | Provide access panel at LST-1 canopy hood in Corr. B541E - ref: RFI-1714 (EWO-623. | $2,353.00 |
| 810 | 847 | 000 | Aisle 2303 exhaust grille, ref: RFI 1504 (EWO-496) . | $3,285.00 |
| 822 | 848 | 000 | Dampers at bio-safety cabinets - ref: RFI CM231 (EWO-596). | $2,737.00 |
| | | | **Total:** | **$37,008.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language Reserving to the Contractor Certain Rights does Not Constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.

Barbara Jafar 12/12/01

Page 2 of 2
**Modification No. 188**
Contract No. 263-98-C-0102
EWO No. 's 625, 652, 662, 666, 675 & 685.

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 829 | 849 | 000 | Piping for room 4139 chiller installation, ref; RFI CM235 (EWO-625). | $2,800.00 |
| 830 | 850 | 000 | Autoclave revision. ISEC's original proposal did not include pricing for the cabinets, ref; Bull 69 (EWO-652). | $4,670.00 |
| 846 | 851 | 000 | Provide 120 V circuit to the electron microscope exhaust fan at penthouse - ref: RFI 1732 (EWO-666). | $3,000.00 |
| 864 | 852 | 000 | Adding RDP switch to Room B541, ref: RFI CM270 (EWO-662). | $7,503.00 |
| 870 | 853 | 000 | Temp adjustment per seasonal requirements, ref: RFI CM275 (EWO 675). | $1,027.00 |
| 883 | 854 | 000 | Sequencing Control Issue in module 4403, ref; RFI 1793 (EWO 685-R1). | $1,000.00 |
| | | | **Total:** | **$20,000.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This Modification and the language reserving to the contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.

Barbara [signature]
Cont. Officer

NIH-10-03458

Ptf. App. 111

Page 2 of 2
**Modification No. 189**
Contract No. 263-98-C-0102
EWO No. 's 155, 201, 364, 525, 650 & 697.

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part 1, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 180 | 161 | 111 | LAN Room Ductwork Changes, ref: Bulletin #23 (EWO-364). | $40,000.00 |
| 202 | 068 | 052 | Canopy revisions/ coord. w/ precast, ref; RFI-482 (EWO-155). | $9,762.00 |
| 252 | 130 | 094 | Relocation of V.V.8 Hatch, Ref. CBA-12, CBS-22 and CBA-31and RFI-890 (EWO-201R3). | $15,900.00 |
| 260 | 151 | 110 | Revision of Duct Layout near LAN room, ref: Bull 23 (EWO-364). | $9,445.00 |
| 744 | 855 | 000 | In accordance w/ RFI 1555 - Add horizontal muntin bar in type E door and RFI 1631 - Glass requirement in type E hollow metal doors (EWO-525). | $21,913.00 |
| 858 | 856 | 000 | Module 3423 diffuser revisions - REF: RFI CM259 (EWO-650). | $5,277.00 |
| 873 | 857 | 000 | Wall cabinet/room dimension conflict - Room 6524, ref: RFI 1807 (EWO-697). | $871.00 |
| | | | **Total:** | **$103,168.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This Modification and the language reserving to the Contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 330 | 197 | 137 | Delete (95) door switches through-out the building, ref; RFI-948 (EWO-276). | ($3,443.00) |
| 492 | 368 | 000 | Add X-Ray Viewboxes @ 5th Floor Conf. Room, ref; RFI-1220 (EWO-694). | $1,100.00 |
| 789 | 858 | 000 | Mechanical failure matrix system, ref; RFI CM233 (EWO-611). | $7,879.00 |
| 888 | 859 | 000 | Cagewash and sterilizer service room ceiling, ref; CM RFI 199 and NIH letter dated 4/21/01 (EWO-618). | $0.00 |
| 889 | 860 | 000 | Balcony hardware, ref; CM RFI 296 (EWO-711). | $0.00 |
| 890 | 861 | 000 | CM RFI 285 electrical clarification, ref; RFI 1813 (EWO-702). | $0.00 |
| | | | **Total:** | **$5,536.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language reserving to the Contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment

NIH-10-03950

Barbara Taylor
Contracting Officer

**Modification No. 191**
Contract No. 263-98-C-0102
EWO No.'s 300, 644, 645, 646, 655 & 678.

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 452 | 862 | 000 | AHU-6 Outside Air Plenum, ref; RFI-945 (EWO-300). | $0.00 |
| 857 | 863 | 000 | Exhaust minimums - ref: RFI CM265 (EWO-655). | $7,601.00 |
| 879 | 864 | 000 | Fume hood system end of run dampers, ref; RFI-1754 (EWO-644). | $949.00 |
| 880 | 865 | 000 | Change fume hood CFM, ref; RFI-1763 (EWO-645). | $1,332.00 |
| 881 | 866 | 000 | Fume hood exhaust fan reset timing, ref; RFI-1764 (EWO-646). | $1,845.00 |
| 893 | 867 | 000 | North handrails and deletion of south terrace rails, ref; CM RFI 277 and CM RFI 272 (EWO-678). | ($6,886.00) |
| | | | **Total:** | **$4,841.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language reserving to the Contractor certain rights does not constitute an admission by the Government that the Contractor is ~~[illegible]~~ entitled to an equitable adjustment.

[signature]
Contracting Officer

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount;

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 705 | 508 | 000 | Electric rough in Room 3307 and 3309, ref: RFI 1137 (EWO-545). | $1,109.00 |
| 719 | 869 | 000 | Humidifier pre-heat piping, ref: RFI 1495 & 1584 (EWO-547). | $5,240.00 |
| 749 | 868 | 000 | Exhaust Box 303 termination, ref; RFI 998 (EWO-296). | ($481.00) |
| 859 | 871 | 000 | Revise line size on CO2 prefab raceway - ref: RFI 1083 (EWO-578). | $4,500.00 |
| 872 | 870 | 000 | First floor fume hoods, ref: RFI 1797 (EWO-688). | $30,156.00 |
| | | | **Total:** | **$40,524.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This Modification and the language reserving to the Contractor Certain rights does Not Constitute an admission by the Government that the Contractor is entitled to an ~~eqt~~ equitable adjustment

Barbara [illegible]

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 215 | 124 | 087 | Connect fume hood #5 in room 3313, ref; RFI - 580 (EWO-171). | ($135.00) |
| 656 | 464 | 000 | Ceiling Plus Enclosure Piece, ref; RFI 1308 (EWO-472). | $31,653.00 |
| 798 | 583 | 000 | Life Science ceiling in the cage wash/sterilizer rooms B527, 533 & 535, ref; RFI - CM 199 (EWO-600). | $14,461.00 |
| 903 | 873 | 1022 | Provide credit for smart lift not installed @ 5th floor conference room 5229 per Bull 33 (see detail 14/A.10.13) (EWO-726). | ($2,206.00) |
| | | | **Total:** | **$43,773.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This Modification and the language reserving to the Contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.

Barbara [illegible]

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 558 | 531 | 000 | Response to Balancing report - MEP changes (see 27 pages of sketches for Bsmt pgs 1 thru 13, 1st flr pgs 1 thru 4, 2nd flr pgs 1 thru 8 & 4th flr pgs 1 thru 2), ref; CM RFI 195 (EWO-518). | $90,923.00 |
| | | | **Total:** | **$90,923.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language reserving to the Contractor certain rights does not constitute to an admission by the Government that the Contractor is entitled to an equitable adjustment.

Barbara Tyson



NIH-10-04860

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 742 | 865 | 000 | Sprinklers in NMR pit can be changed - Overhead sprinkler pipes can be black steel in lieu of copper, Ref: RFI-975 (EWO-291). | ($3,000.00) |
| 833 | 867 | 000 | This change involves various institutes using the contractor's dumpster Feb 1, 2001 thru Oct 4, 2001, ref; fax from Environmental Alternatives Inc. to Bell dated 10/24/01(EWO-648). | $21,000.00 |
| 896 | 882 | 000 | Damage to penthouse general exhaust ductwork system, ref; RFI-CM281 (EWO-700). | $65,100.00 |
| 920 | 866 | 000 | Provide adequate power feed/circuitry to the UPS system feeding the NMR equipment. Ref; RFI - CM 235 (EWO-604). | $1,829.00 |
| | | | **Total:** | **$84,929.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language reserving to the Contractor certain rights does not constitute an admission by the Government that the Contractor is entitled to an equitable adjustment.

B. Safar
Contracting Officer

**Modification No. 196**
Contract No. 263-98-C-0102
EWO No. 's 165, 249, 297, 425 & 657.

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I. Section C. Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 232 | 103 | 082 | Structural steel bracing above cornice, ref; RFI-573 (EWO-165). | $4,389.00 |
| 345 | 214 | 239 | Revise Partition Types @ Room 2127, ref; RFI-CM125 (EWO-297). | $6,659.00 |
| 434 | 287 | 217 | Metal Wall Panels at Lower Penthouse, ref; RFI-836 (EWO-249) | $6,600.00 |
| 541 | 334 | 000 | Cold Rooms B235D & B201B Condensate Drains, ref; RFI-1362 and RFI-1549 (EWO-425). | $5,000.00 |
| 914 | 884 | 000 | Canopy hood module 3334, ref, RFI-1766 (EWO-657). | $1,875.00 |
| | | | **Total:** | **$24,523.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This Modification and the language reserving to the Contractor certain rights does Not Constitute an admission by the Govt. that the Contractor is entitled to an equitable adjustment.

B. [signature]

**Modification No. 197**
Contract No. 263-98-C-0102
EWO No. 's 669, 684, 693, 699 & 705.

THE GOVERNMENT AND THE CONTRACTOR MUTUALLY AGREE AS FOLLOWS:

1. Part I, Section C, Paragraph I - Statement of Work is hereby modified by adding work identified below by Change Number, Issuing Change Order, Description and associated dollar amount:

| PCN | CHG NO. | CO | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 824 | 886 | 000 | Delete pavers & aeration @ South Dr terrace per sketch, ref: RFI CM260 (EWO-684). | ($617.00) |
| 882 | 887 | 000 | Elevator hoistway relief dampers, ref; RFI-1707 (EWO-693). | $6,619.00 |
| 898 | 889 | 000 | Rock mulch, ref; CM RFI 269 (EWO-705). | $0.00 |
| 913 | 885 | 000 | Mechanical controls for room B406A and B408A, ref, CM RFI-273 (EWO-669). | $2,808.00 |
| 917 | 888 | 000 | Type 15 wall in room 1536 and 1536A, ref, CM-285 (EWO-699). | $0.00 |
| | | | **Total:** | **$8,810.00** |

Any outstanding changes from the above noted Change Orders will be definitized in a later modification.

2. All other terms and conditions of this contract remain unchanged.

3. The modification agreed to herein is a fair and equitable adjustment for the Contractor's direct and indirect costs. This modification provides full compensation for the changed work, including both Contract cost and Contract time. The Contractor hereby releases the Government from any and all liability under this Contract for further equitable adjustment attributable to this Modification.

This agreement does not affect the contractor's rights for damages due to any delays or disruptions that may have occurred as a result of this work.

This modification and the language reserving to the Contractor certain rights does not constitute an admission by the Govt that the Contractor is entitled to an equitable adjustment

B. [signature]