P R O C E E D I N G S

Whereupon,

JEREMY BARDIN

was called as a witness and, having first been duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. CHADWICK:

Q Good morning. My name's Kyle Chadwick. I represent the Government in this case. Just for purpose of the record we're here to take a deposition of a corporate representative of Bell BCI Company.

And I can almost read your name tag, but would you just state your name and spell your last name for the record, please.

A Sure. Jeremy Bardin, B-a-r-d-i-n.

Q And have you been deposed before?

A Yes, sir.

Q So presuming you know -- just to remind you you're under oath. I'm going to try to ask questions that are understandable. If you don't understand, just let me know. It's relatively

the Building 50 NIH --

A Yes, sir.

Q -- construction? Okay. During the entire period?

A Yes.

Q Okay. And what was your position with Bell at that time, or positions?

A I was a project manager with Bell.

Q And was this your project?

A Yes, sir.

Q Okay. All right. The topic we've identified for this from the complaint basically paragraphs 21 through 37, and paragraph 57, I've given you a date-stamped copy. You can follow along if you want to, but my purpose is not so much to parse each word of the complaint, but just understand what Bell is saying in each section. So I don't know if it'll be necessary to treat that as an exhibit or not. We can decide that as we go along.

Why don't I just jump in here. Our story begins on page 21 -- excuse me -- paragraph 21.

from doing that by issuing the documents in September, and when -- at a time when the project was -- it was clearly a different project for each and every one of the subcontractors.

Q Let me break that down. When you say a complete -- maybe it's obvious, but when you say a "complete design," can you just give me in rough terms of it, what do you mean by "complete"? What would it have to include?

A It would have to include the -- which ultimately, the three phases of the project or the three phases of that fourth floor, the structural which was issued, the core and the shell, life safety systems, ductwork, mains, you know, your HV/AC system, and the fit-out of that floor, the tenant fit-out.

Q And let's be -- in March 1999 now, did you have some design but not complete? What did you have?

A We had the structural only, and I believe, if memory serves, in the March/April time frame we received the core mechanical and electrical design.

Q But you don't have the fit-out?
A No, sir.
Q And the fit-out is what came in September?
A Yes, sir.
Q And did Bell, you know, roughly in March '99 complain to NIH about the fact that the fit-out wasn't released yet?
A I believe there's several letters, yes, sir.
Q And as you recall, what did NIH -- how did NIH respond?
A I believe they were in the process of going through the fit-out of the other floors with the -- their compliant or NIH and the various groups of laboratory groups. My belief is that that -- if they maybe attempted to do that, but they couldn't for whatever reason unbeknownst to me, they could not get it done, they could not meet the end user and come up with a design in time, and it's a very important part of the process because the core electrical and mechanical systems that we were given in March or April of '99, without the fit-out

would be a structural, and then a core and shell, and a fit-out.

Q But -- okay. Did Bell expect that these phases would move faster than they'd moved?

A Absolutely.

Q Okay. In general, under Bell's expectation, when should this have all been wrapped up, all three phases of the negotiation?

A I think it would be reasonable to expect by early to late spring of '99, we would have a change order for all of the work, but more importantly we would have the information on which to build the job at that time.

Q There's a discussion of "in March '99 NIH issued Change Bulletin 3 as a partial infrastructure or shell design," this is paragraph 32 of the complaint. Do you recall that in general, a change bulletin?

A In general, yes.

Q And the complaint indicates that Change Bulletin 3 showed mechanical, electrical, architectural work for the fourth floor that was

different from what it had been on the third floor. Was that a surprise to Bell at that point?

A Yes. I think at this point as we're, you know, we may have started to realize that it was not going to be a duplication of the fourth floor, that the items or the material or the information that we're getting was materially different than what was on the third floor.

Q And did Bell communicate to NIH concerns about -- upon seeing that?

A There were letters, yes.

Q In general what -- did you write the letters by the way?

A No. At this time it was probably by Michael Raycraft or Jerry Romandino.

Q What were the nature of Bell's concerns upon seeing that there were going to be differences from the third floor? Was it in the pricing of the subcontractors or other things as well?

A The nature of the concern would be mostly, as I stated, to maintain our price that we tried to -- our price was based upon a representative

additional money as a result of these bulletins or as a result of any change to the baseline, and this is where it started to become -- there were starting to be concerns that we may or may not be able to meet our originally submitted value for the added floor.

So I think -- I believe there might be pressure on NIH to substantiate why there might be an additional cost for the fourth floor.

Q Did you feel that the NIH -- when you say the government "representative," who do you mean?

A I believe they were from CRSS at that time or Jacobson.

Q So Brian Temme primarily?

A Brian, and he had several people working for him, yes.

Q Did you -- did Bell perceive that the government representatives were uncooperative in some way or not understanding that there were, in fact, changes?

A No, but it was incumbent upon the contractor to now prove where the changes are coming

rather than this is a third -- typical third floor, and this is our price, and we wouldn't have to go through that process of having to prove what changed and where it changed. It was -- again, it was up to us, I'd say, Bell, to figure out what changed, rather than have a nice shopping list of this is what changed, and now it was like there's the new set of drawings now. Okay, well, then it got to open up the old set of drawings, or the third floor drawings, and now figure out what's different, and that's where it became a very cumbersome task for Bell.

Q Eventually, though, a price for this -- is this called the "infrastructure" at this phase, or what do you call it?

A I think it was EW-0101. We'll call it that I guess.

Q Okay. Eventually the parties negotiated a price; correct?

A Correct.

Q For that work?

A Yes.

Q Did -- coming out of those negotiations, did Bell still have some concerns about what was coming next, I guess now it's approximately June 1999, and the price for that work?

A That sounds correct, yeah.

Q Okay. At this point you still hadn't received the fit-out?

A Correct.

Q Okay. Did Bell still have some concerns about what was going to happen with the next phase?

A Absolutely. And when that was going to occur, that was more important.

Q And what was NIH representing to Bell at this point about when this fit-out information would come out, do you recall?

A I don't recall exactly when, what their anticipated timeline was revised to, no.

Q Now, you -- I think you said earlier that by the time the fit-out information came out in September of '99, I think you used the words -- let met just say what I recall, it sounded like you said it was a different project for the subs than it had

and that's their responsibility for that price that they submit to us. I mean, I don't know. I can't speculate on if the subs felt if they were -- if they got cheated out of something or didn't have enough money for something.

Q Right. I'm -- just from your perspective, anything you could think of.

Did NIH end up compromising at all on the original price, the December 1998 maximum price, by the end of the negotiations for this new floor? In other words, did Bell actually exceed the price somewhat?

A Yes.

Q Okay. So there was some acknowledgments on the part of the NIH that that's the price you come out with at this point?

A Yes.

Q Were you involved in the negotiations for each of these three phases?

A Some more than others. The third phase more than the first two.

Q And who do you recall taking a lead in the