# I Executive Summary

1.1 Marsh was retained by Counsel from the Department of Justice to perform an analysis of the Work performed during the construction of the Louis Stokes laboratory research facility in Bethesda, Maryland and to assist Counsel in evaluating the overall delay in completion of the Work under Contract.

1.2 This report presents the results of Marsh's analysis to date and sets forth our findings, conclusions and opinions with respect to the delay of the Work attributable to various issues discussed herein.

1.3 On March 26, 1998, BELL BCI Company (the Contractor) entered into a contract with the National Institutes of Heath (NIH or the Government) to construct the laboratory research facility. Notice to Proceed was issued April 1, 1998, and the Contract completion date was originally planned for June 29, 2000.

1.4 From Notice to Proceed to August 31, 2000, several events occurred that delayed the project. In an effort to resolve these delays, Contract Modification No. 93 was executed by both parties. The modification granted a time extension until April 30, 2001, resolving all delays prior to

# VII Liquidated Damages

7.1 Contract Modification No. 93, executed by both parties on October 2, 2000, stipulates that liquidated damages of $266 be paid for each calendar day of delay to the established 14 milestones.

7.2 Even though the Contractor's failure to justify a time extension to any of the milestones, Marsh has determined that the Contractor should be excused from thirty-two (32) days of delay. This is due to the mechanical revisions contained in EWO 518.

7.3 EWO 518 impacted the milestones for the Basement, and Floors 1 & 2. EWO 518 also impacted the milestone for all MEP systems. In determining liquidated damages, these milestones were adjusted thirty-two (32) calendar days.

7.4 Based on this analysis, Marsh has determined that the Government is owed the gross amount of $447,678 for a total of 1683 days of delay. A break down of the liquidated damages can be seen below.

| Milestone Description | Substantial Completion Milestone Dates | Actual Substantial Completion Milestone Dates | Difference |
|---|---|---|---|
| LAN Rooms | October 1, 2000 | October 1, 2000 | 0 |
| Basement Vivarium | January 1, 2001 | May 10, 2001 | 129 |
| Second Floor | March 5, 2001* | April 11, 2001 | 37 |
| Elevator #5 | February 1, 2001 | May 29, 2001 | 117 |
| Basement | March 5, 2001* | June 15, 2001 | 102 |
| Site Hardscape | February 1, 2001 | December 4, 2001 | 306 |
| Third Floor | February 15, 2001 | April 10, 2001 | 54 |
| Fourth Floor | March 1, 2001 | May 8, 2001 | 68 |
| Elevators #1, #2 & #5 | March 1, 2001 | April 28, 2001 | 58 |
| All MEP Systems | April 2, 2001* | September 12, 2001 | 163 |
| Fifth Floor | March 15, 2001 | August 29, 2001 | 167 |
| Sixth Floor | April 1, 2001 | August 9, 2001 | 130 |
| First Floor | May 17, 2001* | September 28, 2001 | 134 |
| Site Landscape | April 30, 2001 | December 4, 2001 | 218 |
| **Total** | | | **1683** |

* - date adjusted due to EWO 518