# In the United States Court of Federal Claims

No. 03-1613C
(Filed June 1, 2006)

* * * * * * * * * * * * * * * * * * * * * * * *

**BELL BCI COMPANY,** *

Plaintiff, *

v. *

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The necessary agreement by both judges being present to promote docket efficiency and the efficient administration of justice, pursuant to RCFC 40.1(b), it is hereby ORDERED that this case is TRANSFERRED to Judge Thomas C. Wheeler.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge