# In the United States Court of Federal Claims

**No. 03-1613C**

**BELL BCI COMPANY**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Thomas C. Wheeler**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

**S/Brian Bishop**
**Brian Bishop, Clerk of the Court**