# In the United States Court of Federal Claims

No. 03-1613C

(Filed: June 20, 2006)

| | |
|---|---|
| *************************************** | * |
| | * |
| BELL BCI COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

ORDER

On June 1, 2006, this case was transferred to the undersigned pursuant to Rule 40.1 of the Rules of the United States Court of Federal Claims. For this reason, counsel for the parties are requested to appear personally before the Court for a status conference to be held on the record on June 29, 2006 at 3:00 PM.

The parties are requested to prepare to discuss the outstanding motions in this case, and a schedule for future proceedings.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge