# In the United States Court of Federal Claims

No. 03-1613C

(Filed: August 8, 2006)

*************************************** *
*
BELL BCI COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

AMENDED PRETRIAL ORDER

With the agreement of counsel for the parties, the Court's Pretrial Order issued August 2, 2006 is hereby modified to postpone the start of trial for one week. Accordingly, trial shall begin on February 26, 2007 at 9:30 AM, and conclude on March 6, 2007. All other provisions and deadlines in the Court's August 2, 2006 Pretrial Order shall remain in effect.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge