**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BELL BCI COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-1613C** |
| | ) | **(Judge Wheeler)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

Pursuant to the Court's Rules, the plaintiff, Bell BCI Company ("BELL"), respectfully moves the Court to continue the current trial date until the latter part of April or early May, 2007. In support of its Unopposed Motion to Continue Trial Date, BELL states the following:

1. The trial in this case is currently scheduled to start on February 26, 2007.

2. Undersigned counsel for BELL, as well as the initial lead counsel for BELL, are also counsel for the defendant in a matter pending before the United States District Court for the Middle District of Pennsylvania (the "District Court") which bears the caption *Scandale Associated Builders & Engineers. Ltd. v. BELL Constructors, Inc.*, Case No. 03 cv 1773 (hereafter referred to as the "District Court case"). The District Court case commenced in 2003.

3. Yesterday, the District Court issued an Order setting a firm trial date that will extend up through February 20, 2007. A copy of that Order is attached as Exhibit A.

4. Due to scheduling matters with the District Court and the opposing party, counsel for BELL will not be able to continue the trial date in the District Court case.

5. Because the trial date in the District Court will extend through February 20, 2007, counsel for BELL will not be able to adequately prepare for the current trial date in this case. BELL would be unduly prejudiced, therefore, unless the current trial date is continued.

6. Counsel for BELL has conferred with counsel for the Government, Kyle Chadwick, Esquire, and is authorized to state that the Government does not continuing the trial in this case until late April or early May 2007.

7. Granting this Unopposed Motion to Continue Trial Date will avoid prejudicing BELL, but at the same time, will not cause prejudice to the Government.

8. Accordingly, BELL submits that there is good cause to continue the trial date in this case.

WHEREFORE, BELL respectfully moves the Court to continue the trial date in this case until late April or early May 2007, and to extend commensurately the deadlines in the Court's Pretrial Order of August 2, 2006. A proposed Order is enclosed for the Court's consideration.

Respectfully submitted,

BELL BCI Company

By Counsel:

Dated: December 21, 2006

s/ Richard O. Wolf

Richard O. Wolf
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225
Telephone: (703) 506-2050
Facsimile: (703) 506-2051
E-Mail: r.wolf@mooreandlee.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of December, 2006, I caused a true copy of the foregoing to be served via the Court's ECF procedures on defendant's counsel:

Kyle Chadwick
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn.: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Facsimile: 202-305-7643

s/ Richard O. Wolf
Richard O. Wolf