# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCANDALE ASSOCIATED BUILDERS & ENGINEERS, LTD., Plaintiff | : | No. 03cv1773 |
| v | : | Judge Jones |
| BELL JUSTICE FACILITIES CORP., Defendant | : | |

**ORDER**

**December 20, 2006**

It is **ORDERED** that this case shall be removed from the January 2007 trial list and place on the February 2007 trial list. The bench trial in this matter shall be held on the following dates:

February 12, 2007
February 13, 2007
February 14, 2007
February 15, 2007
February 20, 2007

Trial will commence at 9:00 a.m. on each day.

s/ John E. Jones III
John E. Jones III
United States District Judge