**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BELL BCI COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-1613C** |
| | ) | **(Judge Wheeler)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**ORDER**

Upon consideration of the Bell BCI Company's Unopposed Motion to Continue Trial Date, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. The trial in this case shall be continued until ______________________________, 2007. The deadlines set forth in the Court's Pretrial Order of August 2, 2006 are hereby extended for a period commensurate with the continued trial date.

IT IS SO ORDERED.

______________________________
THOMAS C. WHEELER
Judge