**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BELL BCI COMPANY,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES OF AMERICA,**<br>**Defendant.** | **No. 03-1613C**<br>**Judge Wheeler** |

**ORDER**

Before the Court is the Plaintiff, BELL BCI Company's ("BELL"), Motion *In Limine* to Exclude Testimony of Defendant's Proposed Expert Witnesses Regarding Delay and Alleged Liability for Liquidated Damages ("Motion"). Upon consideration of BELL's Motion and the Government's response thereto, it is hereby ordered that the Motion is GRANTED.

One of the Government's proposed expert witnesses, Mr. Ted Scott, admitted during his deposition that each interim milestone established under the contract between BELL and the Government had an individual critical path and, therefore, each interim milestone would have to be analyzed to determine whether or not there was excusable delay that would preclude the assessment of liquidated damages for failing to meet a milestone. He further admitted, however, that he failed to analyze the critical path for each milestone and, moreover, failed to determine whether BELL was due an excusable delay with regard to any of the interim milestones. Therefore, because the required analysis admittedly was not performed, Mr. Scott shall be precluded from testifying and offering opinions about delay and BELL's alleged liability for liquidated damages.

The Government's other proposed expert witness, Mr. Colin Daigle, has based his opinions regarding delay and liquidated damages entirely upon Mr. Scott's opinions. Mr. Daigle did not perform any independent analysis regarding delay and liquidated damages. Because Mr. Scott's opinions regarding delay and liquidated damages shall be excluded, so shall Mr. Daigle's derivative opinions.

**SO ORDERED**.

Thomas C. Wheeler
JUDGE