**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BELL BCI COMPANY,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES OF AMERICA,**<br>**Defendant.** | **No. 03-1613C**<br>**Judge Wheeler** |

**PLAINTIFF'S UNOPPOSED MOTION**
**<u>FOR LEAVE TO FILE MODIFIED EXHIBIT LIST</u>**

Plaintiff, BELL BCI Company ("BELL"), hereby respectfully requests leave to file its list of trial exhibits in a format modified from that set forth in the Court's Amended Pretrial Order of December 22, 2006 (the "Order"). Pursuant to paragraph 2(e) of the Order, the parties' trial exhibits are to "be arranged in chronological order, with the earliest exhibit first." BELL respectfully proposes to the Court that it, in certain instances, it will be more efficient at trial to group some exhibits into categories as opposed to strict chronological order.

For example, exhibits relating to particular Extra Work Orders ("EWOs") were prepared over the course of several months. Grouping related EWO exhibits together will facilitate a more orderly presentation of the issues. Similarly, exhibits pertaining to the claims of BELL's subcontractors may be more efficiently examined during trial if such exhibits are grouped together instead of interspersed throughout all of the project documents in strict chronological order.

Counsel for BELL has conferred with counsel for the Government and has been advised that the Government does not object to this Motion. BELL has no objection if the Government categorizes certain of its exhibit in a similar manner.

WHEREFORE, Plaintiff respectfully moves for leave to file its trial exhibit list in a modified format as set forth herein. A proposed Order is submitted for the Court's consideration.

Respectfully submitted,

BELL BCI COMPANY

By counsel,

Dated: July 2, 2007

/s/ Richard O. Wolf

Richard O. Wolf
Robert D. Windus
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225
Telephone: (703) 506-2050
Facsimile: (703) 506-2051
E-mail: r.wolf@mooreandlee.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2007, I caused a true and correct copy of the foregoing to be served via the Court's ECF procedures on defendant's counsel:

Kyle Chadwick
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. 8th Floor
Washington, D.C. 20530

/s/ Richard O. Wolf
Richard O. Wolf