**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BELL BCI COMPANY,** | |
| **Plaintiff,** | |
| **v.** | **No. 03-1613C**<br>**Judge Wheeler** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**ORDER**

Upon consideration of the unopposed motion of the Plaintiff, BELL BCI Company ("BELL"), the Court hereby grants the parties leave to submit their lists of trial exhibits in a format other than strict chronological order as set forth in the Amended Pretrial Order of December 22, 2006.

IT IS SO ORDERED.

______________________________
THOMAS C. WHEELER
Judge