IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BELL BCI COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1613C |
| | ) | (Judge Wheeler) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S EXHIBIT LIST

Pursuant to paragraph 2.e of the amended pretrial order, defendant, the United States, respectfully submits its list of trial exhibits. In addition to the exhibits below, we respectfully reserve the right to offer into evidence any documents in plaintiff's exhibit list, to the extent they are not introduced, or are not introduced in full, during plaintiff's direct case.

1. CRSS Executive Monthly Report, September 1998
2. CRSS Executive Monthly Report, December 1998
3. CRSS Executive Monthly Report. April 1999
4. CRSS Executive Monthly Report, May 1999
5. CRSS Executive Monthly Report, June 1999
6. NIH letter rejecting EWO 140, June 9, 1999
7. Stromberg Metal Works letter to Bell, August 6, 1999
8. CRSS Executive Monthly Report, November 1999
9. CRSS Executive Monthly Report, April 2000
10. Bell Schedule Update 27 (NA27), September 1, 2000
11. Bell Schedule Update 28 (NA28), October 1, 2000
12. Bell Schedule Update 28 (N128), October 1, 2000

13. NIH letter to Bell, Subject: Substantial Completion - LAN Rooms, 10/06/2000

14. Letter, October 10, 2000 (NIH-1-18890)

14A. Bell internal facsimile (to J. Bardin) regarding manpower, October 17, 2000

14B. Bell internal facsimile (to J. Bardin) regarding manpower, October 23, 2000

15. Bell Schedule Update 29 (NA29), November 1, 2000

16. Bell Schedule Update 29 (N129), November 1, 2000

17. Bell letter, November 9, 2000

18. NIH letter, November 10, 2000 (NIH-1-11949)

19. Stromberg letter to Bell, November 27, 2000

20. Bell Schedule Update 30 (NA30), December 1, 2000

21. Bell Schedule Update 30 (N130), December 1, 2000

22. CRSS letter, December 22, 2000 (NIH-1-12224)

23. Bell Schedule Update 31 (N131), January 1, 2001

24. NIH letter to Bell, Subject: Basement Vivarium Substantial Completion Milestone, January 13, 2002

25. Stromberg letter to Bell, January 17, 2001

26. CRSS letter, January 24, 2001 (NIH-1-05616)

27. NIH letter to Bell, Subject: Basement Vivarium Substantial Completion Inspection, January 26, 2001

28. Bell Schedule Update 32 (N132), February 1, 2001

29. NIH letter to Bell, February 2, 2001 (NIH-1-02587)

30. Stromberg letter to Bell, February 5, 2001

31. Bell letter, February 14, 2001

32. Bell letter, February 20, 2001 (NIH-1-19181)

33. NIH letter to Bell, Subject: Floor 2, Elevator 5, Basement other than Vivarium and Mechanical Spaces, and Site Hardscape Substantial Completion Milestone, February 2, 2001

34. NIH letter to Bell, Subject: Floor 3 Substantial Completion Milestone, February 20, 2001

35. NIH Letter to Bell, Subject: Substantial Completion of Floor 2 and Related Interstitial Space, February 26, 2001

36. Manganaro Corp. letter to Bell, February 26, 2001

37. Manganaro Corp. letter to Bell, February 27, 2001

38. Bell Schedule Update 33 (N133), March 1, 2001

39. NIH letter to Bell, Subject: Floor 4; Elevator 1, 2, & 3; MEP Systems, including Basement and Penthouse Mechanical Spaces Substantial Completion Milestones, March 5, 2001

40. NIH letter to Bell, Subject: Substantial Completion - Vivarium, March 26, 2001

41. Bell Schedule Update 34 (N134), April 1, 2001

42. NIH letter to Bell, Subject: Floor 6 Substantial Completion Milestone, April 2, 2001.

43. NIH letter to Bell, Subject: Substantial Completion - Floor 2 and Interstitial, April 2, 2001

44. NIH letter to Bell, Subject: Substantial Completion Punchlist - Elevator No. 1, April 6, 2001

45. NIH Letter to Bell, Subject: Substantial Completion Punchlist - NMR Room and Support Areas, April 6, 2001

46. Bell letter, April 10, 2001

47. NIH letter to Bell, Subject: Substantial Completion Punchlist - Partial 2nd Floor, April 11, 2001

48. NIH Letter to Bell, Subject: Substantial Completion Punchlist - Partial Vivarium, April 12, 2001

49. Bell letter, April 13, 2001

50. NIH letter to Bell, Subject: Substantial Completion - Remaining Floor 2 Areas, April 20, 2001

51. NIH letter to Bell, Subject: Floor 1 Substantial Completion Milestone, April 20, 2001

52. NIH letter to Bell, Subject: Substantial Completion - Floor 3 and Interstitial, April 20, 2001

53. NIH Letter to Bell, Subject: Substantial Completion - Basement EM and Fermentation Areas, 04/21/2001

54. NIH letter to Bell, Subject: Substantial Completion Punchlist - Floor 3 and Interstitial, 04/24/2001

55. NIH Letter to Bell, Subject: Substantial Completion Punchlist - Basement EM and Fermentation Areas, 04/24/2001

56. Bell letter, April 25, 2001

57. NIH letter to Bell, Subject: Substantial Completion - Basement Vivarium Cagewash Area, 4/28/2001

58. NIH letter to Bell, subject: Substantial Completion - First Floor Conference Room and Storage Spaces, 04/30/2001

59. Jacobs Facilities Letter to Bell, Subject: Floor 2 Occupancy, 04/30/2001

60. NIH letter to Bell, Subject: Substantial Completion - Elevators 1, 2, and 3, 05/01/2001

61. Bell Schedule Update 35 (N135), May 1, 2001

62. NIH letter to Bell, Subject: Substantial Completion - Basement and Floor 2 Security systems, 05/09/2001

63. NIH letter to Bell, Subject: Substantial Completion - Floor 4, 05/09/2001

64. NIH letter to Bell, Subject: Site Landscaping and Contract Completion Milestones, 05/10/2001

65. NIH letter to Bell, Subject: Substantial Completion - Basement Vivarium Cagewash Areas, 05/21/2001

66. NIH letter to Bell, Subject: Substantial Completion Punchlist - Floor 4 and Interstitial, 05/21/2001

67. NIH letter to Bell, Subject: Floor 5 Substantial Completion Milestone, 05/23/2001

68. NIH letter to Bell, Subject: Substantial Completion Punchlist - Basement Vivarium Cagewash Areas, 05/24/2001

69. Bell Schedule Update 36 (N136), June 1, 2001

70. NIH letter to Bell, Subject: Substantial Completion - Value Vaults 5 and 8, 06/04/2001

71. NIH letter to Bell, Subject: Substantial Completion - Elevator 5 and Room 1541, 06/15/2001

72. Bell letter, June 18, 2001

73. NIH letter to Bell, Subject: Substantial Completion - Floor 5, 06/18/2001

74. NIH letter to Bell, Subject: Substantial Completion - MEP Systems, 06/26/2001

75. NIH letter to Bell, Subject: Substantial Completion - Basement Interstitial, 06/26/2001

76. Facility Dynamics letter to Bell, June 27, 2001 (NIH-1-02778)

77. NIH letter to Bell, Subject: Punchlist - Basement Interstitial, 06/26/2001

78. NIH letter to Bell, Subject: Substantial Completion - Floor 5, 06/29/2001

79. Bell Schedule Update 37 (NA37), July 2, 2001

80. NIH letter, July 6, 2001 (NIH-1-02761)

81. NIH letter to Bell, Subject: Vivarium Punchlist, 07/06/2001

82. NIH letter to Bell, Subject: Substantial Completion - MEP Systems, 07/06/2001

83. NIH letter to Bell, Subject: Substantial Completion Punchlist - Floor 5 and Interstitial, 07/18/2001

84. NIH letter to Bell, Subject: Substantial Completion - Floor 5, 07/31/2001

85. Bell Schedule Update 38 (NA38), August 1, 2001

86. NIH letter to Bell, Subject: Substantial Completion - Floor 1 Facility Manager's Offices, Fire Control Room, and Toilets 1133 and 1134, 08/06/2001

87. NIH letter to Bell, Subject: Substantial Completion - Floor 6, 08/06/2001

88. NIH letter to Bell, Subject: Substantial Completion - Floor 6, 08/09/2001

89. NIH letter to Bell, Subject: Substantial Completion - Floor 5 Electronic Security System, 08/21/2001

90. NIH letter to Bell, Subject: Substantial Completion - Utility Pits & Equipment Rooms for Elevators 1-3, 5, 08/21/2001

91. NIH letter to Bell, Subject: Substantial Completion Punchlist - Floor 6, Floor 6 Interstitial and Floor 6 Lan Rooms, 08/23/2001

92. NIH letter to bell, Subject: Substantial Completion Punchlist - Cold Rooms (all but 1st Floor), 08/24/2001

93. NIH letter to Bell, Subject: Substantial Completion of Previously Excluded Fifth Floor Areas, 08/30/2001

94. NIH letter to Bell, Subject: Substantial Completion - First Floor Conference Room and Storage Spaces, 08/30/2001

95. Bell Schedule Update 39 (NA39), September 1, 2001

96. NIH letter to Bell, Subject: Substantial Completion Punchlist - Floor 1 Conference and Storage Spaces, 09/14/2001

97. NIH letter to Bell, Subject: Substantial Completion Punchlist - Previously Excluded Floor 5 Areas, 09/14/2001

98. Bell Schedule Update 40 (N840), October 1, 2001

99. NIH letter to Bell, Subject: Substantial Completion - Floor 1, 10/08/2001

100. NIH letter to Bell, Subject: Substantial Completion - MEP Systems, 10/08/2001

101. NIH letter to Bell, Subject: Substantial Completion Punchlist - Floor 1, 10/19/2001

102. NIH letter to Bell, Subject: Substantial Completion - Stair Towers 1-4, 10/26/2001

103. NIH letter to Bell, Subject: Substantial Completion - Elevator 4 and Associated Machine Room, 10/26/2001

104. NIH letter to Bell, Subject: Substantial Completion - Sitework and Hardscape, 10/26/2001

105. Bell Schedule Update 41 (N141), November 1, 2001

106. NIH letter to Bell, Subject: Substantial Completion - Sitework and Hardscape, 11/12/2001

107. NIH letter rejecting EWO 706, November 16, 2001

108. NIH letter rejecting EWO 715, November 19, 2001

109. NIH letter rejecting EWO 610, November 20, 2001

110. Bell Schedule Update 42 (N242), December 1, 2001

111. NIH letter rejecting EWO 638, December 3, 2001

112. NIH letter rejecting EWO 287, December 7, 2001

113. NIH letter rejecting EWO 1648, December 11, 2001

114. NIH letter rejecting EWO 1785, December 20, 2001

115. NIH letter to Bell, Subject: Substantial Completion Punchlist - Exterior Building, 01/17/2002

116. NIH letter rejecting EWO 721, January 23, 2002

117. NIH letter listing deficiencies, February 1, 2002

118. NIH letter rejecting EWO 698, February 12, 2002

119. NIH letter rejecting EWOs 235, 629, 707, and 709, February 13, 2002

120. NIH Letter to Bell, Subject: Substantial Completion - Sitework and Hardscape, 02/15/2002

121. NIH letter rejecting EWO 104, April 3, 2002

122. NIH letter to Bell, June 11, 2002

123. NIH letter rejecting EWO 103, June 17, 2002

124. NIH letter rejecting EWO 273, June 18, 2002

125. NIH letter rejecting EWO 507, June 18, 2002

126. NIH letter rejecting EWO 480, June 18, 2002

127. NIH letter rejecting EWO 287, June 18, 2002

128. NIH letter rejecting EWO 305, June 18, 2002

129. NIH letter rejecting EWO 474, June 18, 2002

130. NIH letter rejecting EWO 532, June 18, 2002

131. NIH letter rejecting EWO 581, June 18, 2002

132. NIH letter rejecting EWO 602, June 18, 2002

133. NIH letter rejecting EWO 709, June 19, 2002

134. NIH letter rejecting EWO 690, June 19, 2002

135. NIH letter rejecting EWO 569, June 19, 2002

136. NIH letter rejecting EWO 671, June 19, 2002

137. NIH letter rejecting EWO 679, June 19, 2002

138. NIH letter rejecting EWO 707, June 19, 2002

139. NIH letter rejecting EWO 546, June 20, 2002

140. NIH letter rejecting EWO 125, June 20, 2002

141. NIH letter rejecting EWO 725, June 21, 2002

142. NIH letter rejecting EWO 729, June 21, 2002

143. All Contractor Production Reports, including Bell and subcontractor attachments (internally chronological)

144. All Bell job cost reports

145. All Construction Progress Meeting Minutes (internally chronological)

146. All Weisman, Inc. daily reports (internally chronological)

147. All CRSS/Jacobs daily reports (internally chronological)

148. Primaplan® report (generated for trial) comparing Bell schedule updates NA28 and N128

149. Primaplan® report (generated for trial) comparing Bell schedule updates NA29 and N129

150. Primaplan® report (generated for trial) comparing Bell schedule updates NA30 and N130

151. Expert Report of Ted M. Scott, August 30, 2004, with exhibits

152. Expert Report of Ted M. Scott (rebuttal), November 24, 2004, with exhibits

153. Expert Report of Colin A. Daigle, with exhibits

154. Transcript of RCFC 30(b)(6) deposition of plaintiff via Jeremy Bardin, taken February 16, 2005 (per RCFC 32(a)(2))

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
by Bryant G. Snee
JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0476
Fax: (202) 305-7466

Attorneys for Defendant

July 6, 2007