IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BELL BCI COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1613C |
| | ) | (Judge Wheeler) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S WITNESS LIST

Pursuant to paragraph 2.f of the amended pretrial order, defendant, the United States, respectfully identifies the following witnesses for trial.

1. Barbara Taylor
   Contracting Officer
   National Institutes of Health
   9000 Rockville Pike
   Bethesda, Maryland

Ms. Taylor may testify regarding the negotiation and execution of contract modifications, in particular, numbers 93-140; the grounds for the assessment of liquidated damages and offsets taken by defendant for defective work; to rebut testimony or other evidence concerning events in which she was involved that may be offered in plaintiff's direct case; and, if necessary, to authenticate exhibits.

Estimated time for direct: 45 minutes.

2. Frank M. Kutlak
   Construction Project Manager and
   Contracting Officer's Technical Representative
   National Institutes of Health
   9000 Rockville Pike
   Bethesda, Maryland

Mr. Kutlak may testify regarding the nature and scope of the statement of work, as incorporated into the contract, as awarded; the roles of CRRS/Jacobs, Weisman, Facility Dynamics, and HLM as contractors to NIH during the project; the conception in 1998, approval, negotiation, and completion of the addition of the new fourth floor, including, without limitation, the "Feasibility Study For The Vertical Expansion Of Building 50," plaintiff's initial price

estimate, and the contract modifications associated with the work; any disputed extra work orders ("EWOs") identified by plaintiff in its direct case; specific events that delayed plaintiff's progress; the grounds for the assessment of liquidated damages and offsets taken by defendant for defective work; to rebut testimony or other evidence concerning events in which he was involved that may be offered in plaintiff's direct case; and, if necessary, to authenticate exhibits.

Estimated time for direct: two hours.

3. Brian A. Temme, PE, CCM
Manager of Projects
Jacobs Engineering Group, Inc.
1100 North Glebe Road, Suite 500
Arlington, Virginia

Mr. Temme may testify regarding the nature and scope of the statement of work, as incorporated into the contract, as awarded; the roles of CRRS/Jacobs, Weisman, Facility Dynamics, and HLM as contractors to NIH during the project; the negotiation and completion of the addition of the new fourth floor, including, without limitation, the "Feasibility Study For The Vertical Expansion Of Building 50," plaintiff's initial price estimate, and the contract modifications associated with the work; any disputed EWOs identified by plaintiff in its direct case; specific events that delayed plaintiff's progress; the grounds for the assessment of liquidated damages and offsets taken by defendant for defective work; to rebut testimony or other evidence concerning events in which he was involved that may be offered in plaintiff's direct case; and, if necessary, to authenticate exhibits.

Estimated time for direct: four hours.

4. Ted M. Scott, PE, PSP, CCE
Senior Vice President
Marsh USA
1255 23rd St., NW
Washington, DC

Mr. Scott, an expert witness concerning construction scheduling, delay, and disruption, may testify regarding the subjects addressed in his affirmative and rebuttal expert reports.

Estimated time for direct: three hours.

4. Colin A. Daigle, CPA
Senior Vice President
Marsh USA
1255 23rd St., NW
Washington, DC

Mr. Daigle, an expert witness concerning construction costs, accounting, and damages, may testify regarding the subjects addressed in his expert report.

Estimated time for direct: 90 minutes.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
by Patricia M. McCarthy
JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0476
Fax: (202) 305-7466

Attorneys for Defendant

July 6, 2007

CERTIFICATE OF FILING

I certify that on August 28, 2003, the attached document was filed by means of the Court's electronic filing system. I understand that service upon opposing counsel will be made by the Court's system.

s/Kyle Chadwick