IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BELL BCI COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1613C |
| | ) | (Judge Wheeler) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATEMENT OF CONTRACT CLAUSES AND REGULATIONS

Pursuant to paragraph 2.c of the amended pretrial order, defendant, the United States, respectfully identifies "the contract clauses and applicable regulations, if any, that [defendant] contends are relevant to the Court's determination."

We anticipate that plaintiff ("Bell") will argue that the National Institutes of Health misinterpreted the contract documents in denying certain extra work orders ("EWOs") submitted by Bell during the project. We presume that Bell will identify any provisions that it contends are relevant to the "disputed EWOs."

The contract provisions that we view as most relevant to Bell's claims for delay and disruption, and to our partial defense of accord and satisfaction, are (i) section C, the statement of work, which plainly stated, among other things, that the project was highly complex and that the contractor must be prepared for a large volume of changes; (ii) section H.7, which set forth the requirements, including time limits, for Bell's submission of requests for impact and delay costs attributable to contract changes; and (iii) the full text of contract modifications number 5, 24, 78, 93-140 (especially the final paragraphs of 93-140), and 152. We know of no regulations, or other provisions of law, that are particularly germane to any claims or defenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
by Patricia M. McCarthy
JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0476
Fax: (202) 305-7466

Attorneys for Defendant

July 6, 2007

CERTIFICATE OF FILING

I certify that on July 6, 2007, the attached document was filed by means of the Court's electronic filing system. I understand that service is complete upon filing.

s/Kyle Chadwick