**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BELL BCI COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-1613C** |
| | ) | **Judge Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S AMENDED LIST OF WITNESSES**

Plaintiff, BELL BCI Company, ("BELL") hereby submits its Amended List of Witnesses which is supplemented to include the addresses of the witnesses previously identified, and a brief description of the subject matter of the testimony to be given by each.

1) Jeremy Bardin
2704 Dorr Avenue
Fairfax, VA 22031

Mr. Bardin is expected to testify regarding the construction of the new laboratory research building, referred to as NIH Building 50, located at the National Institutes of Health's ("NIH") Bethesda, Maryland campus (hereinafter, the "Project"); BELL's performance of the work on the Project; the changed and extra work performed by BELL on the Project, including work performed by subcontractors, and the impacts to the work; the communications between BELL and the Government, including but not limited to communications pertaining to modifications to the Contract; and the delays, impacts and damages sustained by BELL.

2) Thomas Bell
1340 Lexington Avenue
Rochester, NY 14606

Mr. Bell is expected to testify about BELL's background and operations; BELL's overall performance of the work on the Project; certain aspects of the changed and extra work performed by BELL on the Project, including such work performed by subcontractors, and the impacts to the work; BELL's communications and negotiations with the Government; and the damages caused by the Government.

3) William Rothrock
4007 Penn Belt Pl.
District Heights, MD 20747

Mr. Rothrock is expected to testify regarding BELL's performance of certain aspects of the work on the Project; certain aspects of the changed and extra work required by the Government, including such work performed by subcontractors, and the impacts to the work; the communications between BELL and the Government, including but not limited to communications pertaining to modifications to the Contract; and the delays, impacts and damages sustained by BELL.

4) Steven A. Ruether
1340 Lexington Avenue
Rochester, NY 14606

If necessary, Mr. Ruether will testify regarding BELL's background and operations; and the damages caused by the Government.

5) Robert DeRoo
171 Sully's Trail
Pittsford, NY 14534

Mr. DeRoo is expected to testify regarding the execution of Mod. 93, and BELL's practices and financial records.

6) Jerry Romandino
Elkridge, MD 21075

If necessary, Mr. Romandino will testify regarding BELL's proposal for constructing the new 4th floor and its work on the Project.

7) Kevin Haligan
1340 Lexington Avenue
Rochester, NY 14606

If necessary, Mr. Haligan will testify regarding BELL's execution of certain modifications; and BELL's practices and financial records.

8) Patrick Brannon
Oxley & Brannon Construction Consultants, Inc.
475 Central Avenue
St. Petersburg, FL 33701

Mr. Brannon is an expert witness in several areas, including CPM scheduling and scheduling analysis, delay and impact analysis, construction costs, damages, estimating and cost accounting, contract administration, labor productivity, constructability, design and engineering. Mr. Brannon is expected to testify regarding the subjects addressed in his expert reports submitted in this matter, including BELL's damages, and in rebuttal to any experts proffered by the Government.

9) Catherine Young
Young Electrical Contractors, Inc.
17810 Meeting House Road #160
Sandy Spring, Maryland 20860

Ms. Young is expected to testify as to the work performed by Young Electrical Contractors, Inc. ("YEC") on the Project; the communications between YEC and the Government; the changed and extra work performed by YEC on the Project; and the subjects addressed in YEC's Request for Equitable Adjustment ("REA").

10) Steven Young
Young Electrical Contractors, Inc.
17810 Meeting House Road #160
Sandy Spring, Maryland 20860

Mr. Young is expected is expected to testify as to the work performed by Young Electrical Contractors, Inc. ("YEC") on the Project; the communications between YEC and the Government; the changed and extra work performed by YEC on the Project; and the subjects addressed in YEC's REA.

11) Donald Bifareti
Bifareti Construction Consulting
982 Headwater Road
Annapolis, MD 21403

Mr. Bifareti is an expert witness who analyzed and prepared reports pertaining to YEC's REA. Mr. Bifareti is expected to testify regarding the subjects addressed in YEC's REA.

12) Richard Freeman
Stromberg Metal Works, Inc.
6701 Distribution Drive
Beltsville, MD 20705

Mr. Freeman is expected to testify as to the work performed by Stromberg Sheet Metal Works, Inc. ("Stromberg") on the Project; Stromberg's estimated manhours, actual manhours, labor and other Project costs; changes and their impacts to Stromberg's work; the communications between Stromberg and the Government; and the subjects addressed in the Stromberg REA.

13) Bill Engle
Stromberg Metal Works, Inc.
6701 Distribution Drive
Beltsville, MD 20705

Mr. Engle is expected to testify as to the work performed by Stromberg on the Project; changes and their impacts to Stromberg's work; the communications between Stromberg and the Government; and the subjects addressed in the Stromberg REA.

14) Tim Bussey
Stromberg Metal Works, Inc.
6701 Distribution Drive
Beltsville, MD 20705

Mr. Bussey is expected to testify as to the work performed by Stromberg on the Project; the communications between Stromberg and the Government; the changed and extra work performed by Stromberg on the Project; and the subjects addressed in the Stromberg REA.

15) Barry Brower
FTI Consulting
1375 Piccard Drive, Suite 150
Rockville, Maryland 20850

Mr. Brower is an expert witness who prepared reports pertaining to Stromberg's REA. Mr. Brower is expected to testify regarding the subjects addressed in his amended expert report.

16) James McMillan
NLP Enterprises, Inc.
11422 Reistertown Road
Owings Mills, Maryland 21117

Mr. McMillan may testify as to the work performed by NLP Enterprises, Inc. ("NLP") on the Project; the communications between NLP and the Government; and the subjects addressed in the NLP REA.

17) Representative of Manganaro
Manganaro Corporation
6405-D Ammendale Drive
Beltsville, MD 20705

If necessary, this witness may authenticate exhibits and testify as to the work performed by Manganaro Corporation on the Project, and the subjects addressed in its REA.

18) Representative of Globe Iron
1401 Maltby Avenue
Norfolk, VA 23501-2354

If necessary, this witness may authenticate exhibits and testify as to the work performed and materials supplied by Globe Iron Corporation on the Project.

19) Representative of AC&S
8265-B Patuxent Range Road
Jessup, MD 20794

If necessary, this witness may authenticate exhibits and testify as to the work performed and materials supplied by AC&S on the Project.

20) Representative of McKenzie Fabricators
2317 Perglen Road
Baltimore, MD 21236

If necessary, this witness may authenticate exhibits and testify as to the work performed and materials supplied by McKenzie Fabricators on the Project.

21) Representative of Long Masonry
P.O. Box 1457
Newington, VA 22122

If necessary, this witness may authenticate exhibits and testify as to the work performed and materials supplied by Long Masonry on the Project.

22) Representative of Siemens
6901 Muirkirk Meadow Dr
Beltsville, MD 20705

If necessary, this witness may authenticate exhibits and testify as to the work performed and materials supplied by Siemens on the Project.

23) Representative of Clayton Obersheimer
162 Colgate Ave
Buffalo, NY 14220

If necessary, this witness may authenticate exhibits and testify as to the work performed and materials supplied by Clayton Obersheimer on the Project.

BELL reserves the right to call any witness identified by the Defendant. BELL further reserves the right to call additional witnesses in rebuttal or for impeachment as necessary.

Respectfully submitted,

BELL BCI COMPANY

By counsel,

Dated: July 9, 2007

s/ Richard O. Wolf

Richard O. Wolf
Robert D. Windus
Kristen A. Bennett
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225
Telephone: (703) 506-2050
Facsimile: (703) 506-2051
E-mail: r.wolf@mooreandlee.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July, 2007, I caused a true and correct copy of the foregoing to be served via the Court's ECF procedures and via hand-delivery on defendant's counsel:

Kyle Chadwick
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. 8th Floor
Washington, D.C. 20530

s/ Richard O. Wolf
Richard O. Wolf