**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BELL BCI COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-1613C** |
| | ) | **(Judge Wolski)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR LEAVE TO RE-FILE**
**STIPULATION OF UNCONTESTED MATERIAL FACTS**

The parties, through their respective undersigned counsel, respectfully move the Court for leave to re-file the attached Stipulation of Uncontested Material Facts ("Stipulation"). On July 6, 2007, the parties filed the Stipulation. The parties have discovered that the CM/ECF generated copy of the Stipulation omitted portions of ¶ 12 and ¶ 15 of the Stipulation. Therefore, the parties seek leave to re-file the Stipulation, a copy of which is attached hereto, and which contains the full and complete Stipulation.

WHEREFORE, the parties respectfully move the Court to allow the attached Stipulation to be re-filed.

Respectfully submitted,

BELL BCI COMPANY

By Counsel:

s/ Richard O. Wolf
Richard O. Wolf
Robert D. Windus
MOORE & LEE, LLP
1750 Tysons Boulevard
Suite 1450
McLean, Virginia 22102-4225
Telephone: 703-506-2050
Facsimile: 703-506-2051
E-Mail: r.wolf@mooreandlee.com
Counsel for Plaintiff

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
by Patricia M. McCarthy
JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, DC 20530
Tele: (202) 616-0476
Fax: (202) 305-7644

Dated: July 19, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of July, 2007, I caused a true and correct copy of the foregoing to be served via the Court's ECF procedures on defendant's counsel:

Kyle Chadwick
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. 8th Floor
Washington, D.C. 20530

s/ Richard O. Wolf
Richard O. Wolf