# Exhibit B

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

```
- - - - - - - - - - - - - - - - - - -x
                                     :
BELL BCI COMPANY,                    :
                                     :
         Plaintiff,                  :
                                     :
    vs.                              : No. 03-1613C
                                     : (Judge Wolski)
THE UNITED STATES OF AMERICA,        :
                                     :
         Defendant.                  :
                                     :
- - - - - - - - - - - - - - - - - - -x
```

McLean, Virginia

Thursday, February 24, 2005

Deposition of FRANK MICHAEL KUTLAK, called for examination by counsel for the plaintiff, pursuant to notice, at the office of Richard O. Wolf, Esq., Moore & Lee, LLP, 1750 Tysons Boulevard, Suite 1450, McLean, Virginia, before Laurel P. Platt, a Registered Diplomate Reporter and a Notary Public in and for the State of Virginia, beginning at 10:05 a.m., when were present on behalf of the respective parties:

Q Now, one point of clarification in that regard, and this deals with delay and allocation of delay and those issues, the costs associated with delay. Counsel for the Government had sent us a letter I believe dated January 13, 2005. It deals with topic number 12 in the deposition notice there. Basically, it just said essentially that the Government had designated experts to speak to the issue of delay in terms of allocation, et cetera. Is that your understanding as well that essentially the Government will rely on its experts for those issues?

A Yes.

Q In other words, I don't want to -- if that's going to be the case, I don't want to spend time discussing an issue that the Government is going to rely on someone else for. So it's correct?

A Yes.

Q Okay. So we will deal with that issue accordingly with the experts.

Have you ever met with the experts that the Government has retained in this case?

A I am not sure who you're referring to or the