# **Exhibit D**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| BELL BCI COMPANY,<br>Plaintiff,<br>vs.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | : No. 03-1613C<br>: (Judge Wolski) |

- - - - - - - - - - - - - - - - - - -x

McLean, Virginia

Thursday, January 27, 2005

Deposition of **COLIN A. DAIGLE**, called for examination by counsel for the plaintiff, pursuant to notice, at the office of Richard O. Wolf, Esq., Moore & Lee, LLP, 1750 Tysons Boulevard, Suite 1450, McLean, Virginia, before Laurel P. Platt, a Registered Diplomate Reporter and a Notary Public in and for the State of Virginia, beginning at 10:03 a.m., when were present on behalf of the respective parties:

A You're correct.
Q And specifically in Section 1.15, it's your statement that "Bell has supported costs of $40,957" in its claims against the Government?
A Yes.
Q If you would go to page 15 of your report, and I'm looking at Section 3.3 under Assumptions.
A Okay.
Q Do the entries under Section 3.3 accurately state the assumptions you have made in preparing your report?
A Yes.
Q Are there any other assumptions you made that are not listed in your report?
A Not that I recall.
**Q One of the matters you deal with in various parts of your report is about the delay on the project; correct? You make reference to the delay on the project.**
**A I believe I do, yes.**
**Q Just as a general matter, it's your colleague Mr. Scott who has done a delay analysis, not you;**

**correct?**
**A Correct.**
**Q And you rely on his report for making statements in your report about who, as between Bell and the Government, is responsible for delay; correct?**
**A Yes, correct.**
**Q And you did not do your own independent delay analysis; correct?**
**A Correct.**
**Q You just simply rely on Mr. Scott for that part of your analysis; correct?**
**A That's correct.**
**Q In that regard, you accept Mr. Scott's opinions in toto; correct?**
**A Absolutely.**
Q If you would go to Section 3.18, which is at page 20 of your report, there are four bullet points listed under Section 3.18?
A Correct.
Q That's a recitation of Mr. Scott's opinions; correct?
A Correct.