**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BELL BCI COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 03-1613C**<br>**Judge Wheeler** |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBITS**

Pursuant to the Court's Amended Pretrial Order, the plaintiff, BELL BCI Company ("BELL"), respectfully submits this list of its objections to the exhibits listed by defendant. This list also identifies the exhibits to which there is no objection.

| **Deft. Exh.** | **Description** | **Plaintiff's Objections** |
|---|---|---|
| 1. | CRSS Executive Monthly Report, September 1998 | Plaintiff does not object to this exhibit to the extent it is an admission, but does object to the extent it contains hearsay; FRE 802. |
| 2. | CRSS Executive Monthly Report, December 1998 | Plaintiff does not object to this exhibit to the extent it is an admission, but does object to the extent it contains hearsay; FRE 802. |
| 3. | CRSS Executive Monthly Report, April 1999 | Plaintiff does not object to this exhibit to the extent it is an admission, but does object to the extent it contains hearsay; FRE 802. |
| 4. | CRSS Executive Monthly Report, May 1999 | Plaintiff does not object to this exhibit to the extent it is an admission, but does object to the extent it contains hearsay; FRE 802. |
| 5. | CRSS Executive Monthly Report, June 1999 | Plaintiff does not object to this exhibit to the extent it is an admission, but does object to the extent it contains hearsay; FRE 802. |
| 6. | NIH letter rejecting EWO 140, June 9, 1999 | Hearsay; FRE 802. |
| 7 | Stromberg Metal Works letter to Bell 8/6/99 | Relevance; FRE 402. Hearsay; FRE 802. |

| Deft. Exh. | Description | Plaintiff's Objections |
|---|---|---|
| 8. | CRSS Executive Monthly Report, November 1999 | Plaintiff does not object to this exhibit to the extent it is an admission, but does object to the extent it contains hearsay; FRE 802. |
| 9. | CRSS Executive Monthly Report, April 2000 | Plaintiff does not object to this exhibit to the extent it is an admission, but does object to the extent it contains hearsay; FRE 802. |
| 10. | Bell Schedule Update 27 (NA27), September 1, 2000 | No objection. |
| 11. | Bell Schedule Update 28 (NA28), October 1, 2000 | No objection. |
| 12. | Bell Schedule Update 28 (N128), October 1, 2000 | No objection. |
| 13. | NIH letter to Bell, Subject: Substantial Completion – LAN Rooms, 10/06/2000 (NIH-1-18890) | No objection. |
| 14. | Letter, October 10, 2000 (NIH-1-18890) | Hearsay; FRE 802. Authenticity; FRE 901. |
| 14A. | Bell internal facsimile (to J. Bardin) regarding manpower, October 17, 2000 | Hearsay; FRE 802. |
| 14B. | Bell internal facsimile (to J. Bardin) regarding manpower, October 23, 2000 | Hearsay; FRE 802. |
| 15. | Bell Schedule Update 29 (NA29), November 1, 2000 | No objection. |
| 16. | Bell Schedule Update 29 (N129), November 1, 2000 | No objection. |
| 17. | Bell letter, November 9, 2000 | No objection. |
| 18. | NIH Letter, November 10, 2000 (NIH-1-11949) | Hearsay; FRE 802. |
| 19. | Stromberg letter to Bell November 27, 2000 | Hearsay; FRE 802. |
| 20. | Bell Schedule Update 30 (NA30), December 1, 2000 | No objection. |
| 21. | Bell Schedule Update 30 (N130), December 1, 2000 | No objection. |
| 22. | CRSS Letter, December 22, 2000 (NIH-1-12224) | Hearsay; FRE 802. |
| 23. | Bell Schedule Update 31 (N131), January 1, 2001 | No objection. |
| 24. | NIH letter to Bell, Subject: Basement Vivarium Substantial Completion Milestone, January 13, 2002 | Hearsay; FRE 802. |
| 25. | Stromberg letter to Bell November 27, 2000 | Hearsay; FRE 802. |
| 26. | CRSS Letter, January 24, 2001 (NIH-1-05616) | Hearsay; FRE 802. |

| Deft. Exh. | Description | Plaintiff's Objections |
|---|---|---|
| 27. | NIH letter to Bell, Subject: Basement Vivarium Substantial Completion Inspection, January 26, 2001 | Hearsay; FRE 802. |
| 28. | Bell Schedule Update 32 (N132), February 1, 2001 | No objection. |
| 29. | NIH letter to Bell, February 2, 2001 (NIH-1-02587) | No objection. |
| 30. | Stromberg letter to Bell February 5, 2001 | Hearsay; FRE 802. |
| 31. | Bell letter, February 14, 2001 | Objection as to the handwritten markings on the document. Hearsay; FRE 802. |
| 32. | Bell letter, February 20, 2001 (NIH-1-19181) | No objection. |
| 33. | NIH letter to Bell, Subject: Floor 2, Elevator 5, Basement other than Vivarium and Mechanical Spaces, and Site Hardscape Substantial Completion Milestone, February 2, 2001 | Hearsay; FRE 802. |
| 34. | NIH letter to Bell, Subject: Floor 3 Substantial Completion Milestone, February 20, 2001 | Hearsay; FRE 802. |
| 35. | NIH letter to Bell, Subject: Substantial Completion of Floor 2 and Related Interstitial Space, February 26, 2001 | Hearsay; FRE 802. |
| 36. | Manganaro Corp. letter to Bell, February 26, 2001 | Hearsay; FRE 802. |
| 37. | Manganaro Corp. letter to Bell, February 27, 2001 | Hearsay; FRE 802. |
| 38. | Bell Schedule Update 33 (n133), March 1, 2001 | No objection. |
| 39. | NIH letter to Bell, Subject: Floor 4; Elevator 1, 2, & 3; MEP Systems, including Basement and Penthouse Mechanical Spaces Substantial Completion Milestones, March 5, 2001 | Hearsay; FRE 802. |
| 40. | NIH letter to Bell, Subject: Substantial Completion- Vivarium, March 26, 2001 | No objection. |
| 41. | Bell Schedule Update 34 (N134), April 1, 2001 | No objection. |
| 42. | NIH letter to Bell, Subject: Floor 6 Substantial Completion Milestone, April 2, 2001 | Hearsay; FRE 802. |
| 43. | NIH letter to Bell, Subject: Substantial Completion – Floor 2, April 2, 2001 | No objection. |

| Deft. Exh. | Description | Plaintiff's Objections |
|---|---|---|
| 44. | NIH letter to Bell, Subject: Substantial Completion Punchlist – Elevator No.1, April 6, 2001 | Hearsay; FRE 802. |
| 45. | NIH letter to Bell, Subject: Substantial Completion Punchlist – NMR Room and Support Areas, April 6, 2001 | Hearsay; FRE 802. |
| 46. | Bell letter, April 10, 2001 | Hearsay; FRE 802. |
| 47. | NIH letter to Bell, Subject: Substantial Completion Punchlist – Partial 2nd Floor, April 11, 2001 | Hearsay; FRE 802. |
| 48. | NIH letter to Bell, Subject: Substantial Completion Punchlist – Partial Vivarium, April 12, 2001 | Hearsay; FRE 802. |
| 49. | Bell letter, April 13, 2001 | No objection. |
| 50. | NIH letter to Bell, Subject: Substantial Completion – Remaining Floor 2 Areas, April 20, 2001 | No objection. |
| 51. | NIH letter to Bell, Subject: Floor 1 Substantial Completion Milestone, April 20, 2001 | Hearsay; FRE 802. |
| 52. | NIH letter to Bell, Subject: Substantial Completion – Floor 3 and Interstitial, April 20, 2001 | No objection. |
| 53. | NIH letter to Bell, Subject: Substantial Completion – Basement EM and Fermentation Areas, 4/24/2001 | Hearsay; FRE 802. |
| 54. | NIH letter to Bell, Subject: Substantial Completion Punchlist – Floor 3 and Interstitial, 4/24/01 | Hearsay; FRE 802. |
| 55. | NIH letter to Bell: Substantial Com-pletion Punchlist – Basement EM and Fermentation Areas, 4/24/2001 | Hearsay; FRE 802. |
| 56. | Bell letter, April 25, 2001 | No objection. |
| 57. | NIH letter to Bell, Subject: Substantial Completion – Basement Vivarium Cagewash Area, 4/28/2001 | Hearsay; FRE 802. |
| 58. | NIH letter to Bell, Subject: Substantial Completion – First Floor Conference Room and Storage Spaces, 4/30/2001 | Exhibit no included. |
| 59. | Jacobs Facilities Letter to Bell, Subject: Floor 2 Occupancy, 4/30/2001 | No objection. |
| 60. | NIH letter to Bell, Subject: Substantial Completion – Elevators 1, 2, and 3, 5/01/2001 | Hearsay; FRE 802. |

| Deft. Exh. | Description | Plaintiff's Objections |
|---|---|---|
| 61. | Bell Schedule Update 35 (N135), May 1, 2001 | No objection. |
| 62. | NIH letter to Bell, Subject: Substantial Completion – Basement and Floor 2 Security systems, 5/09/2001 | No objection. |
| 63. | NIH letter to Bell, Subject: Substantial Completion – Floor 4, 5/09/2001 | No objection. |
| 64. | NIH letter to Bell, Subject: Site Landscaping and Contract Completion Milestones, 5/10/2001 | Hearsay; FRE 802. |
| 65. | NIH letter to Bell, Subject: Substantial Completion – Basement Vivarium Cagewash Areas, 5/21/2001 | No objection. |
| 66. | NIH letter to Bell, Subject: Substantial Completion Punchlist – Floor 4 and Interstitial, 5/21/2001 | Hearsay; FRE 802. |
| 67. | NIH letter to Bell, Subject: Floor 5 Substantial Completion Milestone, 5/23/2001 | Hearsay; FRE 802. |
| 68. | NIH letter to Bell, Subject: Substantial Completion Punchlist – Basement Vivarium Cagewash Areas, 5/24/2001 | Hearsay; FRE 802. |
| 69. | Bell Schedule Update 36 (N136), June 1, 2001 | No objection. |
| 70. | NIH letter to Bell: 06/24/2001 | Hearsay; FRE 802. |
| 71. | NIH letter to Bell, Subject: Substantial Completion – Elevator 5 and Room 1541, 6/15/2001 | No objection. |
| 72. | Bell letter, June 18, 2001 | No objection. |
| 73. | NIH letter to Bell, Subject: Substantial Completion – Floor 5, 6/18/2001 | Hearsay; FRE 802. |
| 74. | NIH letter to Bell, Subject: Substantial Completion – MEP Systems, 6/26/2001 | Hearsay; FRE 802. |
| 75. | NIH letter to Bell, Subject: Substantial Completion – Basement Interstitial, 6/26/2001 | No objection. |
| 76. | Facility Dynamics letter to Bell, June 27, 2001 | Relevance, FRE 402; Authenticity, FRE 901; Hearsay; FRE 802. |
| 77. | NIH letter to Bell, Subject: Punchlist – Basement Interstitial, 6/26/2001 | Hearsay; FRE 802. |
| 78. | NIH letter to Bell, Subject: Substantial Completion – Floor 5, 6/29/2001 | No objection. |
| 79. | Bell Schedule Update 37 (NA37), July 2, 2001 | No objection. |

| Deft. Exh. | Description | Plaintiff's Objections |
|---|---|---|
| 80. | NIH letter, July 6, 2001 (NIH-1-02761) | Hearsay; FRE 802. |
| 81. | NIH letter to Bell, Subject: Vivarium Punchlist, 7/06/2001 | Hearsay; FRE 802. |
| 82. | NIH letter to Bell, Subject: Substantial Completion – MEP Systems, 7/06/2001 | Hearsay; FRE 802. |
| 83. | NIH letter to Bell, Subject: Substantial Completion Punchlist – Floor 5 and Interstitial, 7/18/2001 | Hearsay; FRE 802. |
| 84. | NIH letter to Bell, Subject: Substantial Completion – Floor 5, 7/31/2001 | Hearsay; FRE 802. |
| 85. | Bell Schedule Update 38 (NA38), August 1, 2001 | No objection. |
| 86. | NIH letter to Bell, Subject: Substantial Completion – Floor 1 Facility Manager's Offices, Fire Control Room, and Toilets 1133 and 1134, 8/06/2001 | No objection. |
| 87. | NIH letter to Bell, Subject: Substantial Compl – Floor 6, 8/06/2001 | Hearsay; FRE 802. |
| 88. | NIH letter to Bell, Subject: Substantial Completion – Floor 6, 8/09/2001 | No objection. |
| 89. | NIH letter to Bell, Subject: Substantial Completion Floor 5 Electronic Security System, 8/21/2001 | No objection. |
| 90. | NIH letter to Bell, Subject: Substantial Completion – Utility Pits and Equipment Rooms for Elevators 1-3, 5, 8/21/2001 | Hearsay; FRE 802. |
| 91. | NIH letter to Bell, Subject: Substantial Completion – Floor 6, Floor 6 Interstitial and Floor 6 Lan Rooms, 8/23/2001 | Hearsay; FRE 802 |
| 92. | NIH letter to Bell, Subject: Substantial Completion Punchlist – Cold Rooms )all but 1st Floor), 8/24/2001 | Hearsay; FRE 802. |
| 93. | NIH letter to Bell, Subject: Substantial Completion of Previously Excluded Fifth Floor Areas, 8/30/2001 | Hearsay; FRE 802. |
| 94. | NIH letter to Bell, Subject: Substantial Completion – First Floor Conference Room and Storage Spaces, 8/30/2001 | No objection. |
| 95. | Bell Schedule Update 39 (NA39), September 1, 2001 | No objection. |
| 96. | NIH letter to Bell: Substantial Completion Punchlist – 9/14/2001 | Hearsay; FRE 802. |

| Deft. Exh. | Description | Plaintiff's Objections |
|---|---|---|
| 97. | NIH letter to Bell, Subject: Substantial Completion Punchlist – Previously Excluded Floor 5 Areas, 9/14/2001 | Hearsay; FRE 802. |
| 98. | Bell Schedule Update 40 (N840), October 1, 2001 | No objection. |
| 99. | NIH letter to Bell, Subject: Sub-stantial Compl – Floor 1, 10/08/2001 | No objection. |
| 100. | NIH letter to Bell, Subject: Substantial Completion – MEP Systems, 10/08/2001 | No objection. |
| 101. | NIH letter to Bell, Subject: Substantial Completion Punchlist – Floor 1, 10/19/2001 | Hearsay; FRE 802. |
| 102. | NIH letter to Bell, Subject: Substantial Completion – Stair Towers 1-4, 10/26/2001 | No objection. |
| 103. | NIH letter to Bell, Subject: Sub-stantial Compl – 10/26/2001 | Hearsay; FRE 802. |
| 104. | NIH letter to Bell, Subject: Substantial Completion – Sitework and Hardscape, 10/26/2001 | Hearsay; FRE 802. |
| 105. | Bell Schedule Update 41 (N141), November 1, 2001 | No objection. |
| 106. | NIH letter to Bell, Subject: Substantial Completion – Sitework and Hardscape, 11/12/2001 | Hearsay; FRE 802. |
| 107. | NIH letter rejecting EWO 706, November 16, 2001 | Hearsay; FRE 802. |
| 108. | NIH letter rejecting EWO 715, November 19, 2001 | Hearsay; FRE 802. |
| 109. | NIH letter rejecting EWO 610, November 20, 2001 | Hearsay; FRE 802. |
| 110. | Bell Schedule Update 42 (N242), December 1, 2001 | No objection. |
| 111. | NIH letter rejecting EWO 638, December 3, 2001 | Hearsay; FRE 802. |
| 112. | NIH letter rejecting EWO 287, December 7, 2001 | Hearsay; FRE 802. |
| 113. | NIH letter rejecting EWO 1648, December 11, 2001 | Hearsay; FRE 802. |
| 114. | NIH letter rejecting EWO December 20, 2001 | Hearsay; FRE 802. |
| 115. | NIH letter to Bell: Substantial Compl. Punchlist – Exterior Bldg, 01/17/2002 | Hearsay; FRE 802. |

| Deft. Exh. | Description | Plaintiff's Objections |
|---|---|---|
| 116. | NIH letter rejecting EWO 721, January 23, 2002 | Hearsay; FRE 802. |
| 117. | NIH letter listing deficiencies, February 1, 2002 | Hearsay; FRE 802. |
| 118. | NIH letter rejecting EWO 698, February 21, 2002 | Hearsay; FRE 802. |
| 119. | NIH letter rejecting EWOs 235, 629, 707, and 709, February 13, 2002 | Hearsay; FRE 802. |
| 120. | NIH letter to Bell, Subject: Substantial Completion – Sitework and Hardscape, 02/15/2002 | No objection. |
| 121. | NIH letter rejecting EWO 104, April 3, 2002 | Hearsay; FRE 802. |
| 122. | NIH letter to Bell, June 11, 2002 | Hearsay; FRE 802. |
| 123. | NIH letter rejecting EWO 103, June 17, 2002 | Hearsay; FRE 802. |
| 124. | NIH letter rejecting EWO 273, June 18, 2002 | Hearsay; FRE 802. |
| 125. | NIH letter rejecting EWO 507, June 18, 2002 | Hearsay; FRE 802. |
| 126. | NIH letter rejecting EWO 480 June 18, 2002 | Hearsay; FRE 802. |
| 127. | NIH letter rejecting EWO 287, June 18, 2002 | Hearsay; FRE 802. |
| 128. | NIH letter rejecting EWO 305, June 18, 2002 | Hearsay; FRE 802. |
| 129. | NIH letter rejecting EWO 474, June 18, 2002 | Hearsay; FRE 802. |
| 130. | NIH letter rejecting EWO 532, June 18, 2002 | Hearsay; FRE 802. |
| 131. | NIH letter rejecting EWO 581, June 18, 2002 | Hearsay; FRE 802. |
| 132. | NIH letter rejecting EWO 602, June 18, 2002 | Hearsay; FRE 802. |
| 133. | NIH letter rejecting EWO 709, June 19, 2002 | Hearsay; FRE 802. |
| 134. | NIH letter rejecting EWO 690, June 19, 2002 | Hearsay; FRE 802. |
| 135. | NIH letter rejecting EWO 569, June 19, 2002 | Hearsay; FRE 802. |
| 136. | NIH letter rejecting EWO 671, June 19, 2002 | Hearsay; FRE 802. |
| 137. | NIH letter rejecting EWO 679, June 19, 2002 | Hearsay; FRE 802. |

| Deft. Exh. | Description | Plaintiff's Objections |
|---|---|---|
| 138. | NIH letter rejecting EWO 707, June 19, 2002 | Hearsay; FRE 802. |
| 139. | NIH letter rejecting EWO 546, June 20, 2002 | Hearsay; FRE 802. |
| 140. | NIH letter rejecting EWO 125, June 20, 2002 | Hearsay; FRE 802. |
| 141. | NIH letter rejecting EWO 725, June 21, 2002 | Hearsay; FRE 802. |
| 142. | NIH letter rejecting EWO 729, June 21, 2002 | Hearsay; FRE 802. |
| 143. | All Contractor production Reports, including Bell and subcontractor attachments (internally chronological) | Objection on the grounds of relevance, FRE 402, and Hearsay; FRE 802, as to all documents contained in this exhibit other than those authored by BELL, Young Electrical Contractors or Stromberg Metal Works. |
| 144. | All Bell job cost reports | No objection. |
| 145. | All Construction Progress Meeting Minutes (internally chronological) | Plaintiff does not object to this exhibit to the extent it is an admission, but does object to the extent it contains hearsay. FRE 802. |
| 146. | All Weisman, Inc. daily reports (internally chronological) | Relevance; FRE 402. Authenticity; FRE 901. Hearsay; FRE 802. |
| 147. | All CRSS/Jacobs daily reports (internally chronological) | Hearsay; FRE 802. Relevance; FRE 402. |
| 148. | Primaplan® report (generated for trial) comparing Bell schedule updates NA28 and N128 | Relevance; FRE 402. Authenticity; FRE 901. Hearsay; FRE 802. Improper expert testimony; FRE 702. |
| 149. | Primaplan® report (generated for trial) comparing Bell schedule updates NA29 and N129 | Relevance; FRE 402. Authenticity; FRE 901. Hearsay; FRE 802. Improper expert testimony; FRE 702. |
| 150. | Primaplan® report (generated for trial) comparing Bell schedule updates NA30 and N130 | Relevance; FRE 402. Authenticity; FRE 901. Hearsay; FRE 802. Improper expert testimony; FRE 702. |
| 151. | Expert Report of Ted M. Scott, August 30, 2004 | Hearsay; FRE 802. Improper expert testimony; FRE 702. |
| 152. | Expert Report of Ted M. Scott (rebuttal), November 24, 2004, with exhibits | Hearsay; FRE 802. Improper expert testimony; FRE 702. |
| 153. | Expert Report of Colin A. Daigle, with exhibits | Hearsay; FRE 802. Improper expert testimony; FRE 702. |
| 154. | Transcript of RCFC 30(b)(6) deposition of plaintiff via Jeremy Bardin, taken February 16, 2005 (per RCFC 32(a)(2)) | No objection. |

Respectfully submitted,

BELL BCI COMPANY

By counsel,

Dated: July 27, 2007

s/ Richard O. Wolf

Richard O. Wolf
Robert D. Windus
Kristen A. Bennett
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102-4225
Telephone: (703) 506-2050
Facsimile: (703) 506-2051
E-mail: r.wolf@mooreandlee.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July, 2007, I caused a true and correct copy of the foregoing to be served via the Court's ECF procedures on defendant's counsel:

Kyle Chadwick
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. 8th Floor
Washington, D.C. 20530

s/ Richard O. Wolf
Richard O. Wolf