# In the United States Court of Federal Claims

No. 03-1613C

(Filed: August 3, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| BELL BCI COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

SCHEDULING ORDER

Due to the unforeseen illness of a key witness and trial participant on Plaintiff's side, the trial in this case scheduled to begin on August 6, 2007 is hereby continued until Monday, October 15, 2007. The Court will allot seven days for trial, which shall conclude on October 23, 2007.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge