# In the United States Court of Federal Claims

No. 03-1613C

(Filed: September 27, 2007)

```
*************************************** *
                                        *
BELL BCI COMPANY,                       *
                                        *
                    Plaintiff,          *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
*************************************** *
```

ORDER

By agreement of the parties, the Court will hold a telephonic pre-trial conference with counsel on Wednesday, October 10, 2007 at 10:00 AM. This conference will serve as an opportunity for counsel to discuss or refresh themselves on any matter relating to the rescheduled trial, to begin on October 15, 2007.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge