# In the United States Court of Federal Claims

No. 03-1613C

(Filed: October 22, 2007)

```
***************************************** *
                                          *
BELL BCI COMPANY,                         *
                                          *
                     Plaintiff,           *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                     Defendant.           *
                                          *
***************************************** *
```

POST-TRIAL SCHEDULING ORDER

The trial in this case concluded on October 22, 2007. By agreement of the parties at the close of trial, the Court established the following post-trial briefing schedule:

1. Opening briefs from both parties are due on or before December 31, 2007. The briefs shall not exceed 75 pages in length, excluding tables of contents or authorities.

2. Response briefs from both parties are due on or before January 22, 2008. The response briefs shall not exceed 50 pages in length, excluding tables of contents or authorities.

3. Closing arguments will be scheduled shortly after response briefs are filed, on a date mutually agreeable to counsel for the parties.

The Court expects the trial transcript to be available within 30 days. In addition to the trial transcript and documents admitted in evidence, the parties may refer to any pre-trial filings in their post-trial briefs. While the parties may organize their briefs as they desire, the Court requests that the opening briefs include a Summary of Argument, a statement of the

Issues Presented, Proposed Findings of Fact, and an Argument section containing a discussion of applicable case law. The Proposed Findings of Fact should include supporting transcript and exhibit citations. The transcript citations should include the name of the witness, the page number(s), and the line numbers, such as (Bardin, Tr. 207, lines 18-20). For multi-page exhibits, the exhibit citation should include a page number, and if applicable, a section description. The parties should submit an electronic courtesy copy of each brief to the undersigned, preferably on a disk in Word Perfect 12 format.

The Court expects counsel to meet the briefing schedule set forth herein. Time extensions will not be granted absent a showing of unforeseen circumstances.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge