# APPENDIX A: SUMMARY OF BELL'S DAMAGES[1]

1 This summary is taken from Ptf. Ex. 686.

# SUMMARY OF BELL'S DAMAGES

| | |
|---|---|
| **Contract Summary** | |
| Original Contract | $63,663,745 |
| Adjusted Contract Amount | $85,048,515 |
| Amount Paid To Date | $84,485,390 |
| **Unpaid Balance Due on Contract** | **$563,125** |
| **Unresolved Changes** | |
| Disputed EWOs | **$1,610,987** |
| **Total of Contract Balance and Unresolved Changes** | **$2,174,112** |
| **BELL Extended General Conditions (Post 4/30/01)** | **$1,602,053** |
| **BELL Loss of Efficiency Costs – Entire Project** | **$2,058,456** |
| **Profit on Extended GC Costs and Inefficiency (10%)** | **$366,051** |
| **Subtotal** | **$6,200,672** |
| **Prejudgment Interest (6% from 4/5/02 – 10/31/07)** | **$2,074,252** |
| Daily Interest is $1,019.29 | |
| **TOTAL BELL DAMAGES** | **$8,274,924** |

* The amounts listed above are exclusive of Subcontractors' claims.