# APPENDIX C: SUMMARY OF DISPUTED EWOs[1]

[1] This Summary is taken from Ptf. Ex. 100. Citation to the exhibits corresponding to each EWO has been added for ease of reference.

| EWO | Ptf. Ex. No. | Description | Amount |
|---|---|---|---|
| 33 | 101 | Splice Sleeves | 40,741.00 |
| 56 | 102-104 | RFI 232 Add Beams Over NMR Pit | 2,316.00 |
| 96 | 105-108 | CB 10 Added Steel at penthouse AHU's | 9,624.00 |
| 98 | 109 | CB 5 Lintels | 19,427.00 |
| 103 | 110-112 | Interstitial Hangar Rod | 16,996.00 |
| 104 | 113-114 | Hardware Revisions | 1,895.00 |
| 118 | 115 | RFI 454 Room Finishes | 883.00 |
| 125 | 117-129 | Interstitial Deck Support | 415,393.00 |
| 140 | 130-133 | RFI 450 and 531 Waterproofing at Columns | 31,489.00 |
| 145B | 134-135 | CBA 008 - Manganaro's credit $8,763.75 (Govt demanded $18,710) | 9,946.00 |
| 151 | 136-148 | RFI 342 Oil/Water Separator | 8,055.00 |
| 174 | 149 | CB 21 Penthouse Steel Bracing | 23,852.00 |
| 190 | 150-153 | CBM 31 Conn to Plant Air | 1,282.00 |
| 223 | 154-155 | RFI 619 Stair Pressurization Conflict Stair #3 (2nd and 4th Floor) | 54,487.00 |
| 244 | 156-161 | RFI 822 Conflict at Roof Trusses and Exterior Gutters | 30,815.00 |
| 271 | 162-163 | RFI 909 Davit Bases at Penthouse | 6,484.00 |
| 278 | 164-169 | CM 116 Elevator Frame Details and Wall Ratings | 24,340.00 |
| 287 | 170-171 | RFI 888 Ceiling and Steel Conflict | 7,307.00 |
| 305 | 172-174 | RFI 979 Light Fixture Elev. 1, 2, 3 | 8,901.00 |
| 357 | 175-176 | RFI 1140 5th Floor Administration Area Wall Support | 15,922.00 |
| 367 | 177 | Flashing at Parphet Wall | 5,762.00 |
| 378 | 178-180 | RFI 1208 Air Curtain/Roll-up Door Conflict | 2,559.00 |
| 391 | 181 | Revise Current Simplex Custom Message | 1,831.00 |
| 400 | 182-186 | RFI 1196 Linear Plenum Box Insulation | 23,068.00 |

| EWO | Ptf. Ex. No. | Description | Amount |
|---|---|---|---|
| 474 | 187-189 | RFI 1490 Ceiling Type vs. Fixture Type Conflict 3rd Floor | 3,580.00 |
| 480 | 190-192 | RFI 1448 Gas Regulator Vents | 8,979.00 |
| 494 | 193-194 | RFI 1503 Gas Meter Tie In | 2,123.00 |
| 507 | 195-201 | CM 177 Elevator Sump Pump Clarification | 28,081.00 |
| 519 | 202-204 | Bull 66 Security Conduit Review | 78,351.00 |
| 532 | 205-214 | Penthouse Upper Maintenance Platforms | 75,660.00 |
| 546 | 215-217 | 1460 Outside Air Plenum Sloping Column Closure (Mod 143) | 1,457.00 |
| 561 | 218-219 | RFI 1627 Bulkhead at corridor 1500C lockers | 1,138.00 |
| 564 | 220-221 | RFI 1629 HRW Controller/Rotation Detector Power | 55,505.00 |
| 569 | 222-223 | RFI 1608 5th Floor Bio Safety Cabinet with Wire Mold | 4,728.00 |
| 581 | 224-227 | CM 200 Hood in Fermentation Room | 5,871.00 |
| 585 | 228-232 | RFI 1654 Main Fire Pump Auto Transfer Switch | 2,894.00 |
| 588 | 233 | RFI 1525, 709, 741 Intersection of Lab Chief Office and Demount | 14,466.00 |
| 602 | 234-237 | RFI 1663 Relocation of Penthouse Metal Stairs | 7,723.00 |
| 609 | 238 | RFI 1696 Auto/Glasswash Type B 6th Floor | 4,353.00 |
| 610 | 239 | RFI 1710 Compressed Air for Lst for Lst-1 and 2 | 4,377.00 |
| 626 | 240-242 | Temporary Cores for Interchangeable Core Cylinders | 6,928.00 |
| 628 | 243-244 | CM 246 Building Fume Hood | 1,187.00 |
| 638 | 245-246 | RFI 660 Cable System for Lobby Glass Screen | 10,255.00 |
| 651 | 247-283 | Kit of Parts | 248,201.00 |
| 670 | 284-286 | RFI 1785 Exposed Runtal Radiator Piping | 4,864.00 |
| 671 | 287-291 | RFI 1697 Interior Window Trim for W4 Type Window at Stair 1-4 | 7,348.00 |
| 672 | 292-294 | NNC. No. 79 Surface Mounted Raceway Wiring | 213,027.00 |
| 679 | 295 | ISEC Lab Case Work Relocation | 4,564.00 |
| 683 | 296-297 | Sloped Grating in Descaler Pit | 3,803.00 |

| EWO | Ptf. Ex. No. | Description | Amount |
|---|---|---|---|
| 690 | 298-300 | RFI 1796 Duct Penetrations | 4,942.00 |
| 698 | 301-305 | RFI 1459 Air Distribution | 12,067.00 |
| 707 | 306 | Gravel Drainage/Filter Fab BELL's credit $176 (Govt demanded $1,500) | 1,324.00 |
| 715 | 307-312 | Manganaro Cost for EWO 364 LAN Room | 12,615.00 |
| 719 | 313 | CB 52 WBH Hardware Missed from EWO 137 | 8,715.00 |
| 724 | 314-316 | UL Door Inspections | 3,000.00 |
| 727 | 317 | Receiver and Counter Flashing at Penthouse Sloping | 5,486.00 |
| 729 | 318-320 | RFI 469 Masonry Lintels (Govt demanded unspecified deduct) | 0.00 |
| | | **TOTAL** | **1,610,987.00** |