# In the United States Court of Federal Claims

**03-1613C**

**Filed: January 17, 2008**

**BELL BCI COMPANY**

**v.**

**THE UNITED STATES**

**CUMULATIVE INDEX (1 Volume)**
**Held in Washington, D.C.**
**October 15, 2007 through October 22, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.

# In the United States Court of Federal Claims

03-1613C

Filed: January 17, 2008

BELL BCI COMPANY

v.

THE UNITED STATES

**Plaintiff Exhibits: 1-29, 29A, 30, 31-39, 39A, 40-79, 79A, 80, 80A, 81-83, 83A, 84-94, 94A-94D, 95-99, 99A, 100-321, 321A-321G, 322-478, 478A, 479-488, 488A, 489-915, 915A-915I, 916-1075, 1075A-1075B, 1076-1511**
**Defendant Exhbits: 7,13,17-19,22,24,25,29-31,40,43,43,49,52,53,59,61-63,65,71,75, 94,110,137,143A,151-153,**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.