# APPENDIX 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - x
BELL BCI COMPANY, : CASE NUMBER
Plaintiff,: 03-1613C
vs. :
THE UNITED STATES, :
Defendant.:
- - - - - - - - - - - x

DEPOSITION OF PATRICK BRANNON

Washington, DC
Friday, February 18, 2005

REPORTED BY:
MEGAN HASSEL

month, a result of his own actions.

So essentially in that process we're going to filter out, if you will, poor performance by the contractor on his unaffected work. That's what I mean by "self-correcting."

Q Does your analysis then presume that any delays that you haven't tied to the government changes are contractor-caused delays? In other words, is that -- do you begin with the assumption that, if you find in the next update that the contractor is behind schedule, you begin with the assumption that the contractor's -- I'm talking about the second update after you've done one and then you go to a second one. You find now it's behind as in your example. You begin with the presumption that the contractor's responsible for that amount of delay so far?

A No. I don't begin with any presumption a as to any party's responsibility, and maybe I can lay this out. You've seen, and I think you've been through in this matter, the analysis done by Marsh, what they characterize as a Windows Approach where

they go through the summary, look at the updates, and they look at the actual events. I will typically -- that's when you have contemporaneous updates. In a regular process, that's a fair starting point for a project, but it's certainly a very preliminary type of analysis.

So, I will, in fact, do that initially to try to chase down those things to see what is affecting the schedule over all, and we do this -- that comes out in this process. I mean, we're talking about doing this kind of all in the same way, but when I look at that update, for instance that month two update, and I see that it's 20 days behind versus I may or may not have done this fragment, I'm going to look at those activities.

I'm going to evaluate what caused that because, one, I may uncover events that I'm not even aware of, because if I am looking at changes, you know, government-generated changes in this case, there may be other events that caused these delays, so I am not going to make any presumption initially.