# In the United States Court of Federal Claims

No. 03-1613C

(Filed: January 29, 2008)

****************************************** *
*
BELL BCI COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

ORDER

As mutually agreed with counsel for the parties, the Court will hear closing arguments on Tuesday, March 4, 2008 at 9:30 AM at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. Each party shall be permitted 60 minutes for argument. Counsel may organize their presentations as they wish, and may utilize more than one attorney to address different aspects or issues if desired. No further evidence may be offered during argument, but counsel may employ demonstrative graphics or summaries if deemed helpful.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge