# In the United States Court of Federal Claims

**No. 03-1613 C**

**BELL BCI COMPANY,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed April 21, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff, Bell BCI Company, is awarded damages in the amount of $6,200,672 and Stromberg Metal Works, Inc. is awarded damages in the amount of $812,092.00, of and from the United States. Each damages award shall have CDA interest applied pursuant to 41 U.S.C. § 611, from April 5, 2002 until the date of payment. Plaintiff is awarded costs.

John S. Buckley
Acting Clerk of Court

**April 22, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.