**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BELL BCI COMPANY,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES OF AMERICA,**<br>**Defendant.** | ) | **No. 03-1613C**<br>**Judge Wheeler** |

## BILL OF COSTS

Judgment with costs having been entered in the above-captioned case on the 22nd day of April, 2008, against The United States, the clerk is requested to tax the following as costs:

Fees of the clerk ........................................ $150.00

Fees of the reporter for all or any part of the trial or hearing transcript necessarily obtained for use in the case

Trial Transcript ........................................ $6,640.00

Pre-Trial Conference Transcript (8/1/07) ........................................ $70.00

Costs for certification or duplication of papers necessarily obtained for use in case (Number of copies, total pages and cost per page set forth in attached Memorandum)

Copies for trial exhibits ........................................ $1 2,588.03

Copies for discovery materials ........................................ $7,601.67

Costs incident to taking of depositions (Itemized listing set forth in attached Memorandum)........................................ $4,101.07

**Total** ........................................ **$31,150.77**

A Memorandum in Support of Plaintiff's Bill of Costs is filed simultaneously herewith and is incorporated herein.

**CERTIFICATION**

Commonwealth of Virginia.
County of Fairfax.

I certify under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed and that I caused a copy hereof to be served this day via the Court's ECF procedures on:

Kyle Chadwick
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. 8th Floor
Washington, D.C. 20530

Executed on May 21, 2008.

Richard O. Wolf
MOORE & LEE, LLP
1650 Tysons Boulevard, Suite 1150
McLean, Virginia 22102-4225
Telephone: (703) 506-2050
Facsimile: (703) 506-2051
E-mail: r.wolf@mooreandlee.com