# TABLE OF CONTENTS OF EXHIBITS

Exhibit A — U.S. Court of Federal Claims Filing Fee

Exhibit B — Transcript Fees

Exhibit B1 — Trial Transcript Fee

Exhibit B2 — August 1, 2007 Hearing Transcript Fee

Exhibit C — Duplication Fees

Exhibit C1 — Costs for Duplication of Trial Documents

Exhibit C2 — Costs for Duplication of Discovery Documents

Exhibit D — Deposition Fees

Exhibit D1 — Costs Incident to Taking Deposition of Tom Bell

Exhibit D2 — Costs Incident to Taking All Other Depositions