# EXHIBIT A

**MOORE & LEE, LLP** 01-99
1750 Tysons Blvd.
Suite 1450
Mclean, VA 22102-4230
(703) 506-2050

WACHOVIA BANK
NATIONAL ASSOCIATION
VIENNA, VA 22182
68-25/510

4772

6/24/2003

PAY TO THE ORDER OF Clerk, U.S. Court of Federal Claims $ **150.00

One Hundred Fifty and 00/100************************************************************************************ DOLLARS

Clerk, U.S. Court of Federal Claims

MEMO NIH 50

⑈004772⑈ ⑆051000253⑆ 1850121651⑈

© 1984 - 2000 INTUIT INC. # 785 1-800-433-8810

MOORE & LEE, LLP

4772

Clerk, U.S. Court of Federal Claims 6/24/2003
Filing Fee 150.00

M&L Operating NIH 50 150.00

MOORE & LEE, LLP

4772

Clerk, U.S. Court of Federal Claims 6/24/2003
Filing Fee 150.00

PAYMENT RECORD

M&L Operating NIH 50 150.00