# EXHIBIT B1

Heritage Reporting Corporation

1220 L. Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 11/19/2007 | 28096 |

| BILL TO |
|---|
| Moore & Lee, LLP<br>Attn: Kristin Bennett<br>8150 Leesburg Pike, Suite 700<br>Vienna, VA 22182 |

| Contract #/PO | | | | SET |
|---|---|---|---|---|
| Claims Sale | Amex | | Federal Express | 11/14/07 |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 071015003 | Wheeler/Bell BCI Company v. U.S.<br>03-1613C/pages 1-405<br>Washington, D.C. | 405 | 3.30 | 1,336.50 |
| 071015003 | Wheeler/Bell BCI Company v. U.S.-CD | 405 | 0.83 | 336.15 |
| 071015003 | Wheeler/Bell BCI Company v. U.S.-COND | 405 | 0.83 | 336.15 |
| 1 | Handling and delivery | | 20.00 | 20.00 |
| 071016003 | Wheeler/Bell BCI Company v. U.S.<br>03-1613C/pages 406-649<br>Washington, D.C. | 244 | 3.30 | 805.20 |
| 071016003 | Wheeler/Bell BCI Company v. U.S.-CD | 244 | 0.83 | 202.52 |
| 071016003 | Wheeler/Bell BCI Company v. U.S.-COND | 244 | 0.83 | 202.52 |
| 1 | Handling and delivery | | 20.00 | 20.00 |
| 071017005 | Wheeler/Bell BCI Company v. U.S.<br>03-1613C/pages 650-917<br>Washington, D.C. | 268 | 3.30 | 884.40 |
| 071017005 | Wheeler/Bell BCI Company v. U.S.-CD | 268 | 0.83 | 222.44 |
| 071017005 | Wheeler/Bell BCI Company v. U.S.-COND | 268 | 0.83 | 222.44 |
| 1 | Handling and delivery | | 20.00 | 20.00 |
| 071018004 | Wheeler/Bell BCI Company v. U.S.<br>03-1613C/pages<br>Washington, D.C. | 123 | 3.30 | 405.90 |

| | Total |
|---|---|

**Heritage Reporting Corporation**

1220 L. Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 11/19/2007 | 28096 |

| BILL TO |
|---|
| Moore & Lee, LLP<br>Attn: Kristin Bennett<br>8150 Leesburg Pike, Suite 700<br>Vienna, VA 22182 |

| Contract #/PO | | | | SET |
|---|---|---|---|---|
| Claims Sale | Amex | | Federal Express | 11/14/07 |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 071018004 | Wheeler/Bell BCI Company v. U.S.-CD | 123 | 0.83 | 102.09 |
| 071018004 | Wheeler/Bell BCI Company v. U.S.-COND | 123 | 0.83 | 102.09 |
| 1 | Handling and delivery | | 20.00 | 20.00 |
| 071019003 | Wheeler/Bell BCI Company v. U.S.<br>03-1613C/pages 1041-1199<br>Washington, D.C. | 159 | 3.30 | 524.70 |
| 071019003 | Wheeler/Bell BCI Company v. U.S.-CD | 159 | 0.83 | 131.97 |
| 071019003 | Wheeler/Bell BCI Company v. U.S.-COND | 159 | 0.83 | 131.97 |
| 1 | Handling and delivery | | 20.00 | 20.00 |
| 071022002 | Wheeler/Bell BCI Company v. U.S.<br>03-1613C/pages 1200-1300<br>Washington, D.C. | 101 | 3.30 | 333.30 |
| 071022002 | Wheeler/Bell BCI Company v. U.S.-CD | 101 | 0.83 | 83.83 |
| 071022002 | Wheeler/Bell BCI Company v. U.S.-COND | 101 | 0.83 | 83.83 |
| 1 | Handling and delivery | | 20.00 | 20.00 |
| 2 | Federal Express | | 72.00 | 72.00 |

**Total** $6,640.00

AMERICAN EXPRESS

Prepared For
ROBERT M MOORE
MOORE AND LEE

Account Number
XXXX-XXXXX7-64006

Closing Date
11/23/07



**Due in Full Activity for KRISTEN A BENNETT**
Card XXXX-XXXXX7-61036

| | | | |
|---|---|---|---|
| 11/14/07 | HERITAGE REPORTING CWASHINGTON<br>202-628-4888 | DC | 6,315.12 |

*Continued on reverse*

**Due in Full Activity for KRISTEN A BENNETT**
Card XXXX-XXXXX7-61036

| | | | |
|---|---|---|---|
| 12/05/07 | HERITAGE REPORTING CWASHINGTON<br>202-628-4888 | DC | 324.88 |

**Total of Due in Full Activity for KRISTEN A BENNETT**

*Continued on next page*