# EXHIBIT B2

 7663

**Heritage Reporting Corporation** *REFERENCE #* 070801004

The transcript of the following hearing held before the United States Court of Federal Claims is now available:

Hearing Date: 8/1/07 Docket No.: 03-1613C

Title of Case: Bell BCI Company v. U.S.

To order this transcript, send a check for the total amount of your order with a copy of this card to Heritage Reporting Corporation.

Certified transcript (paper) # pages 17 x $1.95 = $ 50.00
(Note: Minimum transcript order is $50.00)
Handling and delivery + $ 20.00

SUBTOTAL 70.00

Additional options available with paper copy order:

Disk (List Version______) 17 x $ .50 (Min. Order 50.00) $ 50.00

Condensed transcript w/key index 17 x $ .75 (Min. 75.00)$ 75.00

GRAND TOTAL 195.00

U.S. DOJ: SIGN AND FAX ORDER TO HERITAGE
Voice (202) 628-4888 Fax (202) 371-0935

**Heritage Reporting Corporation**
*"Official Reporters"*
1220 L Street, NW, Suite 600
Washington, D.C. 20005-4018

UNITED STATES POSTAGE PITNEY BOWES
02 1P $ 000.24⁰
0002666801 AUG 23 2007
MAILED FROM ZIP CODE 20005

Richard O'Shea Wolf, Esq.
Moore + Lee, LLP
1750 Tysons Blvd
Suite 1450
McLean VA 22102-4225

11290

Heritage Reporting Corporation 3/27/2007

Client Expense 125-012 (Transcript Fees) 70.00

PAYMENT RECORD

| | | |
|---|---|---|
| M&L Operating | Transcript Fees | 70.00 |

544962 (12/06)