# EXHIBIT C1

 7898

# Sequential, Inc.

Copying & Printing Services

Federal ID Number: 52-1914354

Invoice No: 43746 10/15/2007

Client Ref.: 125-012

Date Received: 10/15/2007

Date Shipped: 10/15/2007

Billed To:

Sandy Morgan
Moore & Lee
1750 Tysons Blvd
McLean , VA 22102

Requested By:

Kristine Taylor
Moore & Lee
1750 Tysons Blvd
McLean , VA 22102

| Type of Work | Originals | Copies | Total Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| Color Copies | 216. | 4 | 864. | $1.000 | $864.00 |
| Sequential Stock - Acetate | 1. | 4 | 4. | $0.400 | $1.60 |
| Sequential Stock - Leatherette Cover | 1. | 4 | 4. | $1.000 | $4.00 |
| Binding - GBC | 1. | 4 | 4. | $3.000 | $12.00 |

Remark:

216 Color Pages for 4 Copies GBC With Clear Front Black Backs

| | |
|---|---|
| Subtotal: | $881.60 |
| Credit: | |
| Tax: | $44.08 |
| Freight: | |
| Postage: | |
| **Total:** | $925.68 |

Please remit to:

Sequential, Inc
1615 L Street, N.W. Suite 330
Washington, D. C. 20036

Terms: 20 days net. A late fee of 1.5% per month will be charged for past due payments.
For excellent quality and on time service, please call 202-293-0500

MOORE & LEE, LLP

11855

Sequential, Inc.

12/11/2007

Client Expense

925.68

PAYMENT RECORD

| | | |
|---|---|---|
| M&L Operating | Invoice 43746 | 925.68 |

545273 (1/07)

ENCORE LEGAL SOLUTIONS™
Because Winning Matters

Tax ID # 20-0392563

**Your Service Center**

Encore Legal Solutions
McLean, VA 22102
(703)448-2400

7663

# INVOICE

| | |
|---|---|
| Invoice #: | 59592 |
| Invoice Date | 7/24/2007 |
| Terms | Net 30 |
| Due Date | 8/24/2007 |
| Amt Due | $5627.81 |

Your complete satisfaction is very important to us. If you have any questions or concerns with your order, please contact either your Sales Consultant or Project Manager at your earliest convenience so that we may resolve the matter quickly.

| Bill To | Ship To |
|---|---|
| Robert Moore<br>Moore & Lee<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean VA 22102 | Robert Moore<br>Moore & Lee<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean VA 22102 |

| Requested By | Client Matter# | Client Case Name | Shipped | Ship Via |
|---|---|---|---|---|
| Kristine Taylor | 125.012 | BELL NIH 50 (ELS#V0707175) | 7/23/2007 | Local |

| Sales Consultant | Project Manager | Tracking Numbers |
|---|---|---|
| Ford, Marcus (NOVA) | Hudson, Greg (NOVA) | |

| Product or Service | Qty Billed | Price | Units | Amount | Tax |
|---|---|---|---|---|---|
| Blowbacks - B&W | 31465 | 0.08 | Pg. | 2,517.20 | Yes |
| Copying - B&W - Oversize | 540 | 0.99 | Pg. | 534.60 | Yes |
| Copying - B&W - 11X17 | 516 | 0.35 | Pg. | 180.60 | Yes |
| Copying - Color - up to 8.5 X 14 | 8 | 0.99 | Pg. | 7.92 | Yes |
| Binders 3" View | 5 | 15.75 | | 78.75 | Yes |
| Binders 5" View | 32 | 30.25 | | 968.00 | Yes |
| Sheet Protectors | 15 | 1.00 | | 15.00 | Yes |
| Preprinted Tabs | 4231 | 0.25 | | 1,057.75 | Yes |

**PLEASE REMIT PAYMENT TO:**
**Encore Legal Solutions**
**PO Box 4842**
**Houston, Tx 77210-4842**

**Customer Service:**
**(888) 389-1658**

| | |
|---|---|
| Subtotal | 5,359.82 |
| Shipping (Local) | 0.00 |
| Tax (Sales Tax: McLean, VA 5%) | 267.99 |
| Invoice Total | 5,627.81 |
| AMOUNT DUE | $5,627.81 |

*Received by:* Brianna Jaye Date: 8/6/07

*Print Name:* ______ *Time:* ______

*Invoice# 59592 from Encore Legal Solutions*

Encore Legal Solutions 11/12/2007

| | | |
|---|---|---|
| Client Expense | 60488 | 3,362.98 |
| Client Expense | 61223 | 822.17 |
| Client Expense | 61394 | 3,725.78 |
| Client Expense | 60102 | 4,029.94 |
| Client Expense | 59334 | 253.17 |
| Client Expense | 59335 | 879.31 |
| Client Expense | 59472 | 133.40 |
| Client Expense | 59592 | 5,627.81 |

PAYMENT RECORD

M&L Operating 18,834.56

1975

ENCORE LEGAL SOLUTIONS
Because Winning Matters

Tax ID # 20-0392563

**Your Service Center**
Encore Legal Solutions
McLean, VA 22102
(703)448-2400

RECEIVED
JUL 10 2007

# INVOICE

| | |
|---|---|
| Invoice #: | 59090 |
| Invoice Date | 6/30/2007 |
| Terms | Net 30 |
| Due Date | 7/30/2007 |
| Amt Due | $925.16 |

Your complete satisfaction is very important to us. If you have any questions or concerns with your order, please contact either your Sales Consultant or Project Manager at your earliest convenience so that we may resolve the matter quickly.

| Bill To | Ship To |
|---|---|
| Robert Moore<br>Moore & Lee<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean VA 22102 | Robert Moore<br>Moore & Lee<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean VA 22102 |

| Requested By | Client Matter# | Client Case Name | Shipped | Ship Via |
|---|---|---|---|---|
| Reema Meer | 125-012 | NIH 50 (ELS#V0707015) | 7/5/2007 | Local |

| Sales Consultant | Project Manager | Tracking Numbers |
|---|---|---|
| Ford, Marcus (NOVA) | Hudson, Greg (NOVA) | |

| Product or Service | Qty Billed | Price | Units | Amount | Tax |
|---|---|---|---|---|---|
| Copying - B&W - Medium Litigation | 5874 | 0.15 | Pg. | 881.10 | Yes |

| | |
|---|---|
| Subtotal | 881.10 |
| Shipping (Local) | 0.00 |
| Tax (Sales Tax: McLean, VA 5%) | 44.06 |
| Invoice Total | 925.16 |
| AMOUNT DUE | $925.16 |

**PLEASE REMIT PAYMENT TO:**
**Encore Legal Solutions**
**PO Box 4842**
**Houston, Tx 77210-4842**

**Customer Service:**
**(888) 389-1658**

*Received by:* [signature] *Date:* ______

*Print Name:* ______ *Time:* ______

*Invoice# 59090 from Encore Legal Solutions*

7475

ENCORE LEGAL SOLUTIONS™
Because Winning Matters

Tax ID # 20-0392563

**Your Service Center**

Encore Legal Solutions
McLean, VA 22102
(703)448-2400

RECEIVED
JUL 10 2007

# INVOICE

| | |
|---|---|
| Invoice #: | 59032 |
| Invoice Date | 6/30/2007 |
| Terms | Net 30 |
| Due Date | 7/30/2007 |
| Amt Due | $694.89 |

Your complete satisfaction is very important to us. If you have any questions or concerns with your order, please contact either your Sales Consultant or Project Manager at your earliest convenience so that we may resolve the matter quickly.

| Bill To | Ship To |
|---|---|
| Robert Moore<br>Moore & Lee<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean VA 22102 | Robert Moore<br>Moore & Lee<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean VA 22102 |

| Requested By | Client Matter# | Client Case Name | Shipped | Ship Via |
|---|---|---|---|---|
| Reema Meer | NIH 50 | Young Electric (ELS#V0707010) | 7/5/2007 | Local |

| Sales Consultant | Project Manager | Tracking Numbers |
|---|---|---|
| Ford, Marcus (NOVA) | Hudson, Greg (NOVA) | |

| Product or Service | Qty Billed | Price | Units | Amount | Tax |
|---|---|---|---|---|---|
| Copying - B&W - Medium Litigation | 4412 | 0.15 | Pg. | 661.80 | Yes |

| | |
|---|---|
| Subtotal | 661.80 |
| Shipping (Local) | 0.00 |
| Tax (Sales Tax: McLean, VA 5%) | 33.09 |
| Invoice Total | 694.89 |
| AMOUNT DUE | $694.89 |

**PLEASE REMIT PAYMENT TO:**
**Encore Legal Solutions**
**PO Box 4842**
**Houston, Tx 77210-4842**

**Customer Service:**
**(888) 389-1658**

*Received by:* ______________ *Date:* ______________

*Print Name:* ______________ *Time:* ______________

*Invoice# 59032 from Encore Legal Solutions*

7475

ENCORE LEGAL SOLUTIONS™
Because Winning Matters
Tax ID # 20-0392563

**Your Service Center**
Encore Legal Solutions
McLean, VA 22102
(703)448-2400

RECEIVED
JUL 10 2007

# INVOICE

| | |
|---|---|
| Invoice #: | 58349 |
| Invoice Date | 6/15/2007 |
| Terms | Net 30 |
| Due Date | **7/15/2007** |
| Amt Due | **$1532.79** |

Your complete satisfaction is very important to us. If you have any questions or concerns with your order, please contact either your Account Manager or Project Manager at your earliest convenience so that we may resolve the matter quickly.

| Bill To | Ship To |
|---|---|
| Robert Moore<br>Moore & Lee<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean VA 22102 | Robert Moore<br>Moore & Lee<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean VA 22102 |

| Requested By | Client Matter# | Client Case Name |
|---|---|---|
| Reema Meer | 125-012 | NIH 50 Job#V0607110 |

| Account Manager | Shipped | Ship Via | Tracking Numbers |
|---|---|---|---|
| Ford, Marcus (NOVA) | 6/15/2007 | Local | |

| Product or Service | Qty Billed | Price | Units | Amount | Tax |
|---|---|---|---|---|---|
| Copying - B&W - Medium Litigation-1 box copied 2x | 8202 | 0.15 | Pg. | 1,230.30 | Yes |
| Preprinted Tabs | 94 | 0.25 | | 23.50 | Yes |
| Binders 5" View | 6 | 30.75 | | 184.50 | Yes |
| Binders 2" View | 2 | 10.75 | | 21.50 | Yes |

**PLEASE REMIT PAYMENT TO:**
**Encore Legal Solutions**
**PO Box 4842**
**Houston, Tx 77210-4842**

**Customer Service:**
**(888) 389-1658**

| | |
|---|---|
| Subtotal | 1,459.80 |
| Shipping (Local) | 0.00 |
| Tax (Sales Tax: McLean, VA 5%) | 72.99 |
| Invoice Total | 1,532.79 |
| AMOUNT DUE | $1,532.79 |

*Received by:* ______ *Date:* ______

*Print Name:* ______ *Time:* ______

*Invoice# 58349 from Encore Legal Solutions*

7475

ENCORE LEGAL SOLUTIONS™
Because Winning Matters
Tax ID # 20-0392563

**Your Service Center**
Encore Legal Solutions
McLean, VA 22102
(703)448-2400

RECEIVED
JUL 10 2007

# INVOICE

| | |
|---|---|
| Invoice #: | 58321 |
| Invoice Date | 6/14/2007 |
| Terms | Net 30 |
| Due Date | **7/14/2007** |
| Amt Due | **$2096.66** |

Your complete satisfaction is very important to us. If you have any questions or concerns with your order, please contact either your Account Manager or Project Manager at your earliest convenience so that we may resolve the matter quickly.

| Bill To | Ship To |
|---|---|
| Robert Moore<br>Moore & Lee<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean VA 22102 | Robert Moore<br>Moore & Lee<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean VA 22102 |

| Requested By | Client Matter# | Client Case Name |
|---|---|---|
| Reema Meer | 125.012 | NCI Building 50 Job#V0607102 |

| Account Manager | Shipped | Ship Via | Tracking Numbers |
|---|---|---|---|
| Ford, Marcus (NOVA) | 6/14/2007 | Local | |

| Product or Service | Qty Billed | Price | Units | Amount | Tax |
|---|---|---|---|---|---|
| Copying - B&W - Medium Litigation-3 boxes copied 2x | 13222 | 0.15 | Pg. | 1,983.30 | Yes |
| Copying - B&W - 11X17 | 16 | 0.35 | Pg. | 5.60 | Yes |
| Copying - B&W - Oversize | 8 | 0.99 | Pg. | 7.92 | Yes |

**PLEASE REMIT PAYMENT TO:**
**Encore Legal Solutions**
**PO Box 4842**
**Houston, Tx 77210-4842**

**Customer Service:**
**(888) 389-1658**

| | |
|---|---|
| Subtotal | 1,996.82 |
| Shipping (Local) | 0.00 |
| Tax (Sales Tax: McLean, VA 5%) | 99.84 |
| Invoice Total | 2,096.66 |
| AMOUNT DUE | $2,096.66 |

*Received by:* ____________ *Date:* ________

*Print Name:* ____________ *Time:* ________

*Invoice# 58321 from Encore Legal Solutions*

7475

ENCORE LEGAL SOLUTIONS™
Because Winning Matters

Tax ID # 20-0392563

**Your Service Center**
Encore Legal Solutions
McLean, VA 22102
(703)448-2400

RECEIVED
JUL 10 2007

# INVOICE

| | |
|---|---|
| Invoice #: | 58257 |
| Invoice Date | 6/12/2007 |
| Terms | Net 30 |
| Due Date | **7/12/2007** |
| Amt Due | **$446.46** |

Your complete satisfaction is very important to us. If you have any questions or concerns with your order, please contact either your Account Manager or Project Manager at your earliest convenience so that we may resolve the matter quickly.

| Bill To | Ship To |
|---|---|
| Robert Moore<br>Moore & Lee<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean VA 22102 | Robert Moore<br>Moore & Lee<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean VA 22102 |

| Requested By | Client Matter# | Client Case Name |
|---|---|---|
| Laura Spence | 125-012 | 125-012 (ELS#7078) |

| Account Manager | Shipped | Ship Via | Tracking Numbers |
|---|---|---|---|
| Ford, Marcus (NOVA) | 6/12/2007 | Local | |

| Product or Service | Qty Billed | Price | Units | Amount | Tax |
|---|---|---|---|---|---|
| Binders 2" View | 4 | 10.75 | | 43.00 | Yes |
| Copying - B&W - Heavy Litigation | 1528 | 0.15 | Pg. | 229.20 | Yes |
| Custom Tabs | 204 | 0.75 | ea | 153.00 | Yes |

| | |
|---|---|
| Subtotal | 425.20 |
| Shipping (Local) | 0.00 |
| Tax (Sales Tax: McLean, VA 5%) | 21.26 |
| Invoice Total | 446.46 |
| AMOUNT DUE | $446.46 |

**PLEASE REMIT PAYMENT TO:**
**Encore Legal Solutions**
**PO Box 4842**
**Houston, Tx 77210-4842**

**Customer Service:**
**(888) 389-1658**

*Received by:* [signature] *Date:* ____________

*Print Name:* [handwritten] *Time:* ____________

*Invoice# 58257 from Encore Legal Solutions*

9/21/2007 11436

Encore Legal Solutions

| | | |
|---|---|---|
| Client Expense | 59090 | 925.16 |
| Client Expense | 59032 | 694.89 |
| Client Expense | 58349 | 1,532.79 |
| Client Expense | 58321 | 2,096.66 |
| Client Expense | 58257 | 446.46 |

PAYMENT RECORD

M&L Operating 5,695.96

545273 (1/07)

7475

2489

ProDocs
Professional Document Services

# PLEASE PAY FROM THIS INVOICE

**Professional Document Services, LLC**
8201 Greensboro Drive, LL1
McLean, VA 22102
Office: (703) 448-2400
Fax: (703) 448-2880
Tax ID# 54-2056670

***Terms: Net 30***

| | |
|---|---|
| **Invoice Date** | 6/25/2004 |
| **Due Date** | 7/25/2004 |
| **Invoice #** | 8503 |
| **Job #** | 6342 |

| **Bill To:** | **Ship To:** |
|---|---|
| Moore & Lee, LLP<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean, VA 22102 | Moore & Lee, LLP<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean, VA 22102<br>Attention: Sarah Rines |

| Account Manager | Client Matter # | Delivery | Ship Date |
|---|---|---|---|
| JA | 125-12 | Free | 6/25/2004 |

| Quantity | Item | Description | Price | Unit | Extended Price |
|---|---|---|---|---|---|
| 240 | Oversize | 10 (36" x 48") oversize transparencies copied 2 times each | 1.35 | per square foot | 324.00T |
| | | Thank you for your business.<br>John Atkinson | | | |

**We now accept Visa, MasterCard, and American Express. Call Jill Fawzy at 703.448.2400 to process.**

**Customer Approval:** [signature]

| | |
|---|---|
| SALE AMOUNT | $324.00 |
| SALES TAX (4.5%) | $14.58 |
| TOTAL AMOUNT | $338.58 |
| BALANCE DUE | $338.58 |