# EXHIBIT C2

3145

ENCORE LEX SOLUTIO™
THE LITIGATION TECHNOLOGY COMPANY

# Invoice

| Date | Invoice # |
|---|---|
| 2/11/2005 | 16483 |

Tax ID # 20-0392563

| Bill To | Ship To |
|---|---|
| Moore & Lee<br>1750 Tysons Blvd.<br>Suite 1450<br>McLean VA 22102 | Moore & Lee<br>1750 Tysons Blvd.<br>Suite 1450<br>McLean VA 22102 |

| Client Matter # | Client Case Name | Requesting Party |
|---|---|---|
| 125-12 | Bell/NIH Job#2114 | Sarah Rines |

| Terms | Due Date | Account Mgr | Ship Via | Ship Date |
|---|---|---|---|---|
| Net 30 | 3/13/2005 | Judeh, Jerry | | 2/11/2005 |

| Quantity | Description | Unit Price | Tax | Amount |
|---|---|---|---|---|
| 2 | Copy Floppy Disks | 10.00 | Yes | 20.00 |
| 5 | CD Duplication | 20.00 | Yes | 100.00 |
| 6698 | Litigation Heavy - 5 Boxes of documents copied 1x. | 0.19 | Yes | 1,272.62 |
| 3981 | Glass Work - 1 Box of journals copied 1x. | 0.23 | Yes | 915.63 |
| 10 | Copy 11 x 17 BW | 0.35 | Yes | 3.50 |
| 2 | Square Feet of Oversize BW - 1 (13.5" x 17.5") document copied 1x. | 1.35 | Yes | 2.70 |
| | Sales Tax: McLean, VA | 5.00% | | 115.72 |
| | | | **Total** | $2,430.17 |

Remit To:
ENCORE LEX SOLUTIO CORP
PO BOX 4842
HOUSTON, TX 77210-4842

For questions please call: 888-389-1658

Sarah Rines

3142

ENCORE LEX SOLUTIO™
THE LITIGATION TECHNOLOGY COMPANY

# Invoice

| Date | Invoice # |
|---|---|
| 1/31/2005 | 15583 |

Tax ID # 20-0392563

| Bill To | Ship To |
|---|---|
| Moore & Lee<br>1750 Tysons Blvd.<br>Suite 1450<br>McLean VA 22102 | Moore & Lee<br>1750 Tysons Blvd.<br>Suite 1450<br>McLean VA 22102 |

| Client Matter # | Client Case Name | Requesting Party |
|---|---|---|
| 125-12 | Bell/NIH Job#1307 | Sara Rines |

| Terms | Due Date | Account Mgr | Ship Via | Ship Date |
|---|---|---|---|---|
| Net 30 | 3/2/2005 | Judeh, Jerry | | 1/31/2005 |

| Quantity | Description | Unit Price | Tax | Amount |
|---|---|---|---|---|
| 7372 | Litigation Heavy - 2 Boxes of documents copied 2x. | 0.19 | Yes | 1,400.68 |
| | Sales Tax: McLean, VA | 5.00% | | 70.03 |
| | | | **Total** | $1,470.71 |

Remit To:
ENCORE LEX SOLUTIO CORP
PO BOX 4842
HOUSTON, TX 77210-4842

For questions please call: 888-389-1658

Sarah Rines

ENCORE LEX SOLUTIO™
THE LITIGATION TECHNOLOGY COMPANY

# Invoice

| Date | Invoice # |
|---|---|
| 1/27/2005 | 15388 |

Tax ID # 20-0392563

| Bill To | Ship To |
|---|---|
| Moore & Lee<br>1750 Tysons Blvd.<br>Suite 1450<br>McLean VA 22102 | Moore & Lee<br>1750 Tysons Blvd.<br>Suite 1450<br>McLean VA 22102 |

| Client Matter # | Client Case Name | Requesting Party |
|---|---|---|
| 125-012 | NIH50 Job#1262 | Chris Stewart |

| Terms | Due Date | Account Mgr | Ship Via | Ship Date |
|---|---|---|---|---|
| Net 30 | 2/26/2005 | Judeh, Jerry | | 1/27/2005 |

| Quantity | Description | Unit Price | Tax | Amount |
|---|---|---|---|---|
| 704 | Litigation Heavy - 2 Binders copied 2x. | 0.19 | Yes | 133.76 |
| 9 | Copy 11 x 17 BW | 0.35 | Yes | 3.15 |
| 17 | Copy 8.5 x 11 Color | 0.99 | Yes | 16.83 |
| 9 | Copy 11 X 17 Color | 1.98 | Yes | 17.82 |
| 102 | Preprinted Tabs | 0.25 | Yes | 25.50 |
| 26 | Handmade Tabs | 0.75 | Yes | 19.50 |
| 2 | Binders 2" | 7.00 | Yes | 14.00 |
| 2 | Binders 3" | 9.00 | Yes | 18.00 |
| | Sales Tax: McLean, VA | 5.00% | | 12.43 |

**Total** $260.99

Remit To:
ENCORE LEX SOLUTIO CORP
PO BOX 4842
HOUSTON, TX 77210-4842

For questions please call: 888-389-1658

2798

ENCORE LEX SOLUTIO™
THE LITIGATION TECHNOLOGY COMPANY
formerly ProDocs Professional Document Services

# Invoice

| Date | Invoice # |
|---|---|
| 11/23/2004 | 11093 |

| Bill To | Ship To |
|---|---|
| Moore & Lee<br>1750 Tysons Blvd.<br>Suite 1450<br>McLean VA 22102 | Moore & Lee<br>1750 Tysons Blvd.<br>Suite 1450<br>McLean VA 22102 |

| Client Matter # | Client Case Name | Requesting Party |
|---|---|---|
| 125-12 | N/A | Sara Rines |

| Terms | Due Date | Account Mgr | Ship Via | Ship Date |
|---|---|---|---|---|
| Net 30 | 12/23/2004 | Judeh, Jerry | | 11/23/2004 |

| Quantity | Description | Unit Price | Tax | Amount |
|---|---|---|---|---|
| 129 | Litigation Light-Small stack of documents redued to 8.5x11 | 0.11 | Yes | 14.19 |
| | Sales Tax: McLean, VA | 5.00% | | 0.71 |
| | **Total** | | | $14.90 |

Remit To:
PARTNERS LEX SOLUTIO
DEPT. 3
PO BOX 4842
HOUSTON, TX 77210-4842

ProDocs
Professional Document Services

**PLEASE PAY FROM THIS INVOICE**

**Professional Document Services, LLC**
8201 Greensboro Drive, LL1
McLean, VA 22102
Office: (703) 448-2400
Fax: (703) 448-2880
Tax ID# 54-2056670

***Terms: Net 30***

| | |
|---|---|
| **Invoice Date** | 10/20/2004 |
| **Due Date** | 11/19/2004 |
| **Invoice #** | 9912 |
| **Job #** | 10167 |

| **Bill To:** | **Ship To:** |
|---|---|
| Moore & Lee, LLP<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean, VA 22102 | Moore & Lee, LLP<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean, VA 22102<br>Attention: Sarah Rines |

| Account Manager | Client Matter # | Delivery | Ship Date |
|---|---|---|---|
| JJ | 125-12 | Free | 10/20/2004 |

| Quantity | Item | Description | Price | Unit | Extended Price |
|---|---|---|---|---|---|
| 10 | CD Creation | Transfer off all material on DVD to CDs. | 12.00 | | 120.00T |
| | | Thank you for your business.<br>Jerry Judeh | | | |

**We now accept Visa, MasterCard, and American Express. Call Jill Fawzy at 703.448.2400 to process.**

**Customer Approval:** [signature]

| | |
|---|---|
| **SALE AMOUNT** | $120.00 |
| **SALES TAX (5.0%)** | $6.00 |
| **TOTAL AMOUNT** | $126.00 |
| **BALANCE DUE** | $126.00 |

ProDocs
Professional Document Services

# PLEASE PAY FROM THIS INVOICE

**Professional Document Services, LLC**
8201 Greensboro Drive, LL1
McLean, VA 22102
Office: (703) 448-2400
Fax: (703) 448-2880
Tax ID# 54-2056670

***Terms: Net 30***

| | |
|---|---|
| **Invoice Date** | 9/15/2004 |
| **Due Date** | 10/15/2004 |
| **Invoice #** | 9471 |
| **Job #** | 9173 |

| **Bill To:** | **Ship To:** |
|---|---|
| Moore & Lee, LLP<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean, VA 22102 | Moore & Lee, LLP<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean, VA 22102<br>Attention: Sarah Rines |

| Account Manager | Client Matter # | Delivery | Ship Date |
|---|---|---|---|
| JJ | 125-12 | Free | 9/15/2004 |

| Quantity | Item | Description | Price | Unit | Extended Price |
|---|---|---|---|---|---|
| 36 | 11x17 Copies | 1 Stack of Documents Copied 1 Time | 0.35 | | 12.60T |
| | | Thank you for your business.<br>Jerry Judeh | | | |

**We now accept Visa, MasterCard, and American Express. Call Jill Fawzy at 703.448.2400 to process.**

**Customer Approval:** [signature]

| | |
|---|---|
| **SALE AMOUNT** | $12.60 |
| **SALES TAX (5.0%)** | $0.63 |
| **TOTAL AMOUNT** | $13.23 |
| **BALANCE DUE** | $13.23 |

2655

ProDocs
Professional Document Services

**PLEASE PAY FROM THIS INVOICE**

**Professional Document Services, LLC**
8201 Greensboro Drive, LL1
McLean, VA 22102
Office: (703) 448-2400
Fax: (703) 448-2880
Tax ID# 54-2056670

***Terms: Net 30***

| | |
|---|---|
| Invoice Date | 9/13/2004 |
| Due Date | 10/13/2004 |
| Invoice # | 9413 |
| Job # | 9118 |

| Bill To: | Ship To: |
|---|---|
| Moore & Lee, LLP<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean, VA 22102 | Moore & Lee, LLP<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean, VA 22102<br>Attention: Kristen |

| Account Manager | Client Matter # | Delivery | Ship Date |
|---|---|---|---|
| JJ | 125-12 | Free | 9/13/2004 |

| Quantity | Item | Description | Price | Unit | Extended Price |
|---|---|---|---|---|---|
| 1,266 | Medium Litigation | 1 binder and 1 GBC booklet copied 6 times each, tabs inserted into copies per original | 0.15 | | 189.90T |
| 12 | Color 8.5x11 | | 1.25 | | 15.00T |
| 54 | Color 11 x 17 | | 2.50 | | 135.00T |
| 306 | Tabs | | 0.25 | | 76.50T |
| 6 | GBC Binding | | 2.50 | | 15.00T |
| | | Thank you for your business.<br>Jerry Judeh | | | |

**We now accept Visa, MasterCard, and American Express. Call Jill Fawzy at 703.448.2400 to process.**

**Customer Approval:** ______________________

| | |
|---|---|
| SALE AMOUNT | $431.40 |
| SALES TAX (5.0%) | $21.57 |
| TOTAL AMOUNT | $452.97 |
| BALANCE DUE | $452.97 |

2655

ProDocs
Professional Document Services

**PLEASE PAY FROM THIS INVOICE**

**Professional Document Services, LLC**
8201 Greensboro Drive, LL1
McLean, VA 22102
Office: (703) 448-2400
Fax: (703) 448-2880
Tax ID# 54-2056670

***Terms: Net 30***

| | |
|---|---|
| **Invoice Date** | 9/10/2004 |
| **Due Date** | 10/10/2004 |
| **Invoice #** | 9404 |
| **Job #** | 9112 |

**Bill To:**
Moore & Lee, LLP
1750 Tysons Boulevard
Suite 1450
McLean, VA 22102

**Ship To:**
Moore & Lee, LLP
1750 Tysons Boulevard
Suite 1450
McLean, VA 22102
Attention: Sarah Rines

| Account Manager | Client Matter # | Delivery | Ship Date |
|---|---|---|---|
| JA | 125-12 | Free | 9/10/2004 |

| Quantity | Item | Description | Price | Unit | Extended Price |
|---|---|---|---|---|---|
| 1,120 | Medium Litigation | One stack of documents and labeled and copied 2x. | 0.15 | | 168.00T |
| 560 | Bates Labeling | | 0.06 | | 33.60T |
| | | Thank you for your business.<br>Jerry Judeh | | | |

**We now accept Visa, MasterCard, and American Express. Call Jill Fawzy at 703.448.2400 to process.**

**Customer Approval:** Sarah Rines

| | |
|---|---|
| **SALE AMOUNT** | $201.60 |
| **SALES TAX (5.0%)** | $10.08 |
| **TOTAL AMOUNT** | $211.68 |
| **BALANCE DUE** | $211.68 |

2484

ProDocs
Professional Document Services

PLEASE PAY FROM THIS INVOICE

**Professional Document Services, LLC**
8201 Greensboro Drive, LL1
McLean, VA 22102
Office: (703) 448-2400
Fax: (703) 448-2880
Tax ID# 54-2056670

***Terms: Net 30***

| | |
|---|---|
| Invoice Date | 6/25/2004 |
| Due Date | 7/25/2004 |
| Invoice # | 8504 |
| Job # | 6343 |

**Bill To:**

Moore & Lee, LLP
1750 Tysons Boulevard
Suite 1450
McLean, VA 22102

**Ship To:**

Moore & Lee, LLP
1750 Tysons Boulevard
Suite 1450
McLean, VA 22102
Attention: Sarah Rines

| Account Manager | Client Matter # | Delivery | Ship Date |
|---|---|---|---|
| JA | 125-12 | Free | 6/25/2004 |

| Quantity | Item | Description | Price | Unit | Extended Price |
|---|---|---|---|---|---|
| 1,278 | Heavy Litigation | 3 binders copied 1 time each | 0.19 | | 242.82T |
| | | Thank you for your business.<br>John Atkinson | | | |

**We now accept Visa, MasterCard, and American Express. Call Jill Fawzy at 703.448.2400 to process.**

**Customer Approval:** Sarah Rines

| | |
|---|---|
| SALE AMOUNT | $242.82 |
| SALES TAX (4.5%) | $10.93 |
| TOTAL AMOUNT | $253.75 |
| BALANCE DUE | $253.75 |

2489

ProDocs
Professional Document Services

**PLEASE PAY FROM THIS INVOICE**

**Professional Document Services, LLC**
8201 Greensboro Drive, LL1
McLean, VA 22102
Office: (703) 448-2400
Fax: (703) 448-2880
Tax ID# 54-2056670

***Terms: Net 30***

| | |
|---|---|
| Invoice Date | 6/24/2004 |
| Due Date | 7/24/2004 |
| Invoice # | 8494 |
| Job # | 6330 |

| Bill To: | Ship To: |
|---|---|
| Moore & Lee, LLP<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean, VA 22102 | Moore & Lee, LLP<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean, VA 22102<br>Attention: Sarah Rines |

| Account Manager | Client Matter # | Delivery | Ship Date |
|---|---|---|---|
| JA | 125-12 | Free | 6/24/2004 |

| Quantity | Item | Description | Price | Unit | Extended Price |
|---|---|---|---|---|---|
| 10 | CD Duplication | 10 CD's duplicated 1 time each | 20.00 | | 200.00T |
| | | Thank you for your business.<br>John Atkinson | | | |

**We now accept Visa, MasterCard, and American Express. Call Jill Fawzy at 703.448.2400 to process.**

**Customer Approval:** [signature]

| | |
|---|---|
| **SALE AMOUNT** | $200.00 |
| **SALES TAX (4.5%)** | $9.00 |
| **TOTAL AMOUNT** | $209.00 |
| **BALANCE DUE** | $209.00 |

x410

ProDocs
Professional Document Services

**PLEASE PAY FROM THIS INVOICE**

**Professional Document Services, LLC**
8201 Greensboro Drive, LL1
McLean, VA 22102
Office: (703) 448-2400
Fax: (703) 448-2880
Tax ID# 54-2056670

***Terms: Net 30***

| | |
|---|---|
| **Invoice Date** | 5/14/2004 |
| **Due Date** | 6/13/2004 |
| **Invoice #** | 7977 |
| **Job #** | 5118 |

| **Bill To:** | **Ship To:** |
|---|---|
| Moore & Lee, LLP<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean, VA 22102 | Moore & Lee, LLP<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean, VA 22102<br>Attention: Sarah Rines |

| Account Manager | Client Matter # | Delivery | Ship Date |
|---|---|---|---|
| JA | 125-12 | Free | 5/14/2004 |

| Quantity | Item | Description | Price | Unit | Extended Price |
|---|---|---|---|---|---|
| 6,579 | Heavy Litigation | 2 boxes copied 1 time each | 0.19 | | 1,250.01T |
| 120 | Oversize | 10 (36" x 48") oversize documents copied 1 time each | 1.35 | per square foot | 162.00T |
| | | Thank you for your business.<br>John Atkinson | | | |

**We now accept Visa, MasterCard, and American Express. Call Jill Fawzy at 703.448.2400 to process.**

**Customer Approval:** Sarah Rines

| | |
|---|---|
| **SALE AMOUNT** | $1,412.01 |
| **SALES TAX (4.5%)** | $63.54 |
| **TOTAL AMOUNT** | $1,475.55 |
| **BALANCE DUE** | $1,475.55 |

α410

ProDocs
Professional Document Services

**PLEASE PAY FROM THIS INVOICE**

**Professional Document Services, LLC**
8201 Greensboro Drive, LL1
McLean, VA 22102
Office: (703) 448-2400
Fax: (703) 448-2880
Tax ID# 54-2056670

***Terms: Net 30***

| | |
|---|---|
| **Invoice Date** | 4/29/2004 |
| **Due Date** | 5/29/2004 |
| **Invoice #** | 7790 |
| **Job #** | 4348 |

| **Bill To:** | **Ship To:** |
|---|---|
| Moore & Lee, LLP<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean, VA 22102 | Moore & Lee, LLP<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean, VA 22102<br>Attention: Sarah Rines |

| Account Manager | Client Matter # | Delivery | Ship Date |
|---|---|---|---|
| JA | 125-12 | Free | 4/29/2004 |

| Quantity | Item | Description | Price | Unit | Extended Price |
|---|---|---|---|---|---|
| 1,176 | Glass Work | Several journals copied 1 time | 0.23 | | 270.48T |
| | | Thank you for your business.<br>John Atkinson | | | |

**We now accept Visa, MasterCard, and American Express. Call Jill Fawzy at 703.448.2400 to process.**

Customer Approval: [signature]

| | |
|---|---|
| **SALE AMOUNT** | $270.48 |
| **SALES TAX (4.5%)** | $12.17 |
| **TOTAL AMOUNT** | $282.65 |
| **BALANCE DUE** | $282.65 |

ProDocs Professional Document Services

**PLEASE PAY FROM THIS INVOICE**

**Professional Document Services, LLC**
8201 Greensboro Drive, LL1
McLean, VA 22102
Office: (703) 448-2400
Fax: (703) 448-2880
Tax ID# 54-2056670

| | |
|---|---|
| **Invoice #** | 6147 |
| **Job #** | 12079 |

| **Bill To:** | **Ship To:** |
|---|---|
| Moore & Lee, LLP<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean, VA 22102 | Moore & Lee, LLP<br>1750 Tysons Boulevard<br>Suite 1450<br>McLean, VA 22102<br>Attention: Christina Gerbracht |

| Account Manager | Client Matter # | Delivery | Ship Date | Terms | Date |
|---|---|---|---|---|---|
| JA | 125-012 | Free | 12/8/2003 | Net 30 | 12/8/2003 |

| Quantity | Item | Description | Price | Unit | Extended Price |
|---|---|---|---|---|---|
| 1,123 | Heavy Litigation | 2 binders copied 1 time, tabs inserted into copies per original | 0.185 | | 207.76T |
| 4 | Color 8.5x11 | | 1.25 | | 5.00T |
| 79 | Tabs | | 0.25 | | 19.75T |
| 13 | Custom Tabs | | 0.75 | | 9.75T |
| | | Thank you for your business.<br>John Atkinson | | | |

**We now accept Visa, MasterCard, and American Express. Call Jill Fawzy at 703.448.2400 to process.**

**Customer Approval:** Christina Gerbracht

| | |
|---|---|
| **SALE AMOUNT** | $242.26 |
| **SALES TAX (4.5%)** | $10.90 |
| **TOTAL AMOUNT** | $253.16 |
| **BALANCE DUE** | $253.16 |

1255 ~~[illegible]~~

D&N COPY CENTER INC.

D & N Copy Center, Inc.
7929 Westpark Dr., Suite 101
McLean, VA 22102
(703) 556-0710

# INVOICE

INVOICE NUMBER:
39732
INVOICE DATE:
Apr 2, 2002
PAGE:
1

Sold To:
Moore & Lee, LLP
1750 Tysons Blvd.
Suite 1450
McLean, VA 22102

Ship To:
Kristy K.

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| 1026 | 125-12 Jim Beach ern. | Net 30 Days | |
| **Sales Rep** | **Shipping Method** | **Ship Date** | **Due Date** |
| CARLOS | | | 5/2/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1,278.00 | 001 | 3 copies of 426 orig. | 0.11 | 140.58 |

| | |
|---|---|
| Subtotal | 140.58 |
| Sales Tax | 6.33 |
| Total Invoice Amount | 146.91 |
| Payment Received | 0.00 |
| **TOTAL** | $146.91 |

Check No:

RECEIVED BY

NO STATEMENT RENDERED
Please pay from this invoice. Terms: Net 15 days, the full amount of this invoice or ... not paid within 30 days will be subject to a charge of 2% per month