# EXHIBIT D1

ALLIANCE
COURT REPORTING, INC.

183 East Main Street • Suite 1500 • Rochester, NY 14604 • 585.546.4920 • 800.724.0836 • fax: 585.546.4934 • alliance@alliancecourtreporting.net

# Invoice

| Bill To |
|---|
| Moore & Lee, LLP<br>1750 Tysons Boulevard<br>McLean, VA 22101<br>Attention: Richard O. Wolf, Esq. |

| Date | Invoice # |
|---|---|
| 10/1/2007 | 933084 |

EIN No. 20-4893718

| Control No. | Terms | Court Repor... | Ship | Via |
|---|---|---|---|---|
| 0815 | Due Upon Receipt | KR | 10/1/2007 | UPS |

| Date | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 9/5/2007 | Bell BCI Company v. United States of America | | | |
| | Original | 68 | 2.50 | 170.00 |
| | Postage and Delivery | | 13.00 | 13.00 |
| | Witness: Thomas F. Bell | | | |

| | |
|---|---|
| **Total** | $183.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$183.00** |

Payment is expected UPON DELIVERY OF TRANSCRIPT, unless prior arrangements have been made in advance. We accept check, money order, VISA and MasterCard.

*Thank you.*

MOORE & LEE, LLP 11854

Alliance Court Reporting, Inc. 12/11/2007

Client Expense 183.00

PAYMENT RECORD

| | | |
|---|---|---|
| M&L Operating | Invoice 933084 | 183.00 |

545273 (1/07)

SALES PERSON: 83 ITINERARY/INVOICE NO. 0433097 DATE: 11 JUL 07
CUSTOMER NBR: 013031 PAGE: 01

TO: MOORE AND LEE 703-506-2051
1750 TYSONS BOULEVARD
SUITE 1450
MCLEAN, VA. 22102-4225

FOR: WOLF/RICHARD O

PLEASE CHECK THIS ITINERARY FOR ACCURACY
CONTACT US WITH ANY DISCREPANCIES WITHIN
24 HOURS OF THE INVOICE DATE
*********************************************

YOUR E TICKET CONFIRMATION NUMBER IS L C S 1 D 8
24 JUL 07 - TUESDAY
AIR UNITED AIRLINES FLT:7399 ECONOMY
OPERATED BY /UNITED EXPRESS/MESA AIRLINES
LV WASHINGTON DULLES 816A EQP: CANADAIR REGIONAL
01HR 18MIN
AR ROCHESTER NY 934A NON-STOP
REF: LCS1D8
AIR UNITED AIRLINES FLT:7945 ECONOMY
OPERATED BY /UNITED EXPRESS/TRANS STATES
LV ROCHESTER NY 240P EQP: EMBRAER 145 JET
01HR 18MIN
AR WASHINGTON DULLES 358P NON-STOP
REF: LCS1D8
WOLF/RICHARD O SEAT-8A

30 JAN 08 - WEDNESDAY
OTHER WASHINGTON DULLES
THANK YOU FOR CALLING DIPLOMAT TRAVEL
ESF 1485090899 WOLF RICHARD O
BILLED TO AMERICAN EXPRESS 32.00*

AIR TICKET UA7059480922 WOLF RICHARD O
ELEC TKT BILLED TO AMERICAN EXPRESS 598.80*

----------------
SUB TOTAL 630.80
NET CC BILLING 630.80*
----------------
TOTAL AMOUNT DUE 0.00

TICKET VALUE FORFEITED IF NOT CANCELLED PRIOR TO DEP.
THIS IS A NON REFUNDABLE AIRFARE ANY CHANGE WOULD RESULT IN A FEE AND HIGHER FARE

**From:** Julie Sterner [mailto:julies@diplomattravel.com]
**Sent:** Thursday, July 19, 2007 9:08 AM
**To:** Kristine Taylor
**Subject:** E-ticket Revised - R. Wolf

Hi !
E-ticket revised below. An additional $100 has been charged for this change. E-ticket confirmation remains the same.

UNITED E-TICKET CONFIRMATION IS - L C S 1 D 8
PLEASE PRINT OUT THIS EMAIL AS YOUR E-TICKET RECEIPT.

Thanks so much !
~ Julie

TO: MOORE AND LEE 703-506-2051
1750 TYSONS BOULEVARD
SUITE 1450
MCLEAN, VA. 22102-4225

FOR: WOLF/RICHARD O

PLEASE CHECK THIS ITINERARY FOR ACCURACY
CONTACT US WITH ANY DISCREPANCIES BY 10AM EST TODAY
************************************************
YOUR E TICKET CONFIRMATION NUMBER IS L C S 1 D 8
24 JUL 07 - TUESDAY
AIR UNITED AIRLINES FLT:7399 ECONOMY
OPERATED BY /UNITED EXPRESS/MESA AIRLINES
LV WASHINGTON DULLES 816A EQP: CANADAIR REGIONAL
01HR 18MIN
AR ROCHESTER NY 934A NON-STOP
REF: LCS1D8

AIR UNITED AIRLINES FLT:7251 ECONOMY
OPERATED BY /UNITED EXPRESS/MESA AIRLINES
LV ROCHESTER NY 710P EQP: CANADAIR REGIONAL
01HR 18MIN
AR WASHINGTON DULLES 828P NON-STOP
REF: LCS1D8
WOLF/RICHARD O SEAT-18C
COULD ONLY PREASSIGN AISLE - IN LAST ROW - AJUST AT CK-IN

THANK YOU FOR CALLING DIPLOMAT TRAVEL

| | | | |
|---|---|---|---|
| ESF 1542000756 | | WOLF RICHARD O | |
| | BILLED TO AMERICAN EXPRESS | | 100.00* |
| ESF 1542000856 | | WOLF RICHARD O | |
| | BILLED TO AMERICAN EXPRESS | | 32.00* |

AIR TICKET UA7061887806 WOLF RICHARD O
EXCHANGE UA7059480922 0.00
ELEC TKT

---------------
SUB TOTAL 132.00
NET CC BILLING 132.00*
---------------
TOTAL AMOUNT DUE 0.00

TICKET VALUE FORFEITED IF NOT CANCELLED PRIOR TO DEP.
THIS IS A NON REFUNDABLE AIRFARE ANY CHANGE WOULD RESULT IN A FEE AND HIGHER FARE

Julie Sterner
Diplomat Travel Services
1984 Issac Newton Square West, Suite 103
Reston, VA 20190

Diplomat Travel - (703) 318-9400
Julie's Direct line - (703) 563-1416 (1416 - Extension)
Toll-free Number - (800) 476-2333 -outside DC metro area

**Kristine Taylor**

**From:** Julie Sterner [julies@diplomattravel.com]

**Sent:** Monday, July 23, 2007 9:09 AM

**To:** Kristine Taylor

**Subject:** Flight / Itinerary canceled - R. Wolf

Hi Kristy,

Thanks for your call this morning. Per your request, we have canceled Mr. Wolf's ticket for tomorrow. He has a credit on file, on United, for $598.80. ( use before July 18th, 2007.) United will charge a $100 reissue fee, when applying these funds, towards future travel.

Happy to help further, if needed.
~ Julie w/ Diplomat

ELECTRONIC TICKET RECORD
INV:0434069 CUST:013031 PNR:FNZOLG
TKT:0167061887806 ISSUED:18JUL07
NAME:WOLF/RICHARDO

| CPN | A/L | FLT | CLS | DATE | BRDOFF | TIME | ST | F/B | STAT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | UA | 7399 | E | 24JUL | IADROC | 816A | OK | E3NX | OPEN |
| 2 | UA | 7251 | E | 24JUL | ROCIAD | 710P | OK | E3NX | OPEN |

NONREF/CHG100PLUSFAREDIF/CXLBY FLT DATE OR NOVALUE
FARE USD537.68 TAX 40.32US TAX 6.80ZP TAX 14.00XT
TOTAL USD598.80

EXCHANGE TKT: 0167059480922

Julie Sterner
Diplomat Travel Services
1984 Issac Newton Square West, Suite 103
Reston, VA 20190

Diplomat Travel - (703) 318-9400
Julie's Direct line - (703) 563-1416 (1416 - Extension)
Toll-free Number - (800) 476-2333 -outside DC metro area

TO: MOORE AND LEE 703-506-2051
1750 TYSONS BOULEVARD
SUITE 1450
MCLEAN, VA. 22102-4225

FOR: WOLF/RICHARD O

PLEASE CHECK THIS ITINERARY FOR ACCURACY
CONTACT US WITH ANY DISCREPANCIES BY 530PM TODAY
**********************************************

04 SEP 07 - TUESDAY
AIR UNITED AIRLINES FLT:7399 ECONOMY
OPERATED BY /UNITED EXPRESS/MESA AIRLINES
LV WASHINGTON DULLES 816A EQP: CANADAIR REGIONAL
01HR 18MIN
AR ROCHESTER NY 934A NON-STOP
REF: SK718E

HOTEL ROCHESTER NY OUT-05SEP
COURTYARD BY MARRIOTT 1 NIGHT
COURTYARD ROCHESTER 1 ROOM REGULAR RATE, KING ROOM, 1
400 PADDY CREEK CIRCLE RATE-159.00USD PER NIGHT
ROCHESTER NY 14615 CANCEL BY 06P DAY OF ARRIVAL
FONE 585-621-6050
FAX 585-621-6115
GUARANTEED LATE ARRIVAL
CONFIRMATION 82552401

05 SEP 07 - WEDNESDAY
AIR UNITED AIRLINES FLT:7905 ECONOMY
OPERATED BY /UNITED EXPRESS/TRANS STATES
LV ROCHESTER NY 721P EQP: EMBRAER 145 JET
01HR 19MIN
AR WASHINGTON DULLES 840P NON-STOP
REF: SK718E
WOLF/RICHARD O SEAT-14A

THANK YOU FOR USING DIPLOMAT TRAVEL
ESF 1530030657 WOLF RICHARD O
BILLED TO AMERICAN EXPRESS 32.00*

AIR TICKET UA7072137808 WOLF RICHARD O
EXCHANGE UA7061887806 0.00
ELEC TKT
---------------

| | |
|---|---|
| SUB TOTAL | 32.00 |
| NET CC BILLING | 32.00* |
| ---------------- | |
| TOTAL AMOUNT DUE | 0.00 |

TICKET VALUE FORFEITED IF NOT CANCELLED PRIOR TO DEP.
AFTER HOURS PLEASE CALL 866-302-0482/MIN 18.00 PER CALL
TICKET IS NONREFUNDABLE/ SOME CHANGES ALLOWED FOR A FEE
GOVT ISSUED PHOTO ID REQUIRED TO TRAVL
CHECK-IN REQUIRED ATLEAST 1 HOUR PRIOR TO DEPARTURE

Julie Sterner
Diplomat Travel Services
1984 Issac Newton Square West, Suite 103
Reston, VA 20190

Diplomat Travel - (703) 318-9400
Julie's Direct line - (703) 563-1416 (1416 - Extension)
Toll-free Number - (800) 476-2333 -outside DC metro area

**Kristine Taylor**

---

**From:** Julie Sterner [julies@diplomattravel.com]
**Sent:** Tuesday, August 28, 2007 5:26 PM
**To:** Kristine Taylor
**Subject:** Fw: E-ticket Confirmation - R. Wolf ( Sept

Hi Kristie,
The airfare for this ticket is $358.80 roundtrip, pls our $32.00 service fee.
We have applied the United credit that Mr. Wolf had on file towards this new ticket cost.
Thank you,
Julie

----- Original Message -----
**From:** Julie Sterner
**To:** K.TAYLOR@MOOREANDLEE.COM
**Sent:** Tuesday, August 28, 2007 4:35 PM
**Subject:** E-ticket Confirmation - R. Wolf ( Sept

Hi !!!

Mr. Wolf is all set. E-ticket & hotel confirmation below. Please review for accuracy. Any corrections must be made before 530pm today, if needed. Airfare remains nonrefundable.

UNITED AIRLINES E-TICKET CONFIRMATION IS - S K 7 1 8 E
PLEASE PRINT OUT THIS EMAIL AS YOUR E-TICKET RECEIPT.

NOTE - Mr. Wolf has a remaining credit of $140.00 towards a future United travel. Must use before Aug 28th, 2008. We'll keep this info on file.

Thank you !
~ Julie w/ Diplomat

TO: MOORE AND LEE 703-506-2051
1750 TYSONS BOULEVARD
SUITE 1450
MCLEAN, VA. 22102-4225

FOR: WOLF/RICHARD O

PLEASE CHECK THIS ITINERARY FOR ACCURACY
CONTACT US WITH ANY DISCREPANCIES BY 530PM TODAY
**********************************************

04 SEP 07 - TUESDAY
AIR UNITED AIRLINES FLT:7399 ECONOMY
OPERATED BY /UNITED EXPRESS/MESA AIRLINES
LV WASHINGTON DULLES 816A EQP: CANADAIR REGIONAL
01HR 18MIN
AR ROCHESTER NY 934A NON-STOP
REF: SK718E

HOTEL ROCHESTER NY OUT-05SEP

COURTYARD BY MARRIOTT 1 NIGHT
COURTYARD ROCHESTER 1 ROOM REGULAR RATE, KING ROOM, 1
400 PADDY CREEK CIRCLE RATE-159.00USD PER NIGHT
ROCHESTER NY 14615 CANCEL BY 06P DAY OF ARRIVAL
FONE 585-621-6050
FAX 585-621-6115
GUARANTEED LATE ARRIVAL
CONFIRMATION 82552401

05 SEP 07 - WEDNESDAY
AIR UNITED AIRLINES FLT:7905 ECONOMY
OPERATED BY /UNITED EXPRESS/TRANS STATES
LV ROCHESTER NY 721P EQP: EMBRAER 145 JET
01HR 19MIN
AR WASHINGTON DULLES 840P NON-STOP
REF: SK718E
WOLF/RICHARD O SEAT-14A

THANK YOU FOR USING DIPLOMAT TRAVEL
ESF 1530030657 WOLF RICHARD O
BILLED TO AMERICAN EXPRESS 32.00*

AIR TICKET UA7072137808 WOLF RICHARD O
EXCHANGE UA7061887806 0.00
ELEC TKT
---------------
SUB TOTAL 32.00
NET CC BILLING 32.00*
---------------
TOTAL AMOUNT DUE 0.00

TICKET VALUE FORFEITED IF NOT CANCELLED PRIOR TO DEP.
AFTER HOURS PLEASE CALL 866-302-0482/MIN 18.00 PER CALL
TICKET IS NONREFUNDABLE/ SOME CHANGES ALLOWED FOR A FEE
GOVT ISSUED PHOTO ID REQUIRED TO TRAVL
CHECK-IN REQUIRED ATLEAST 1 HOUR PRIOR TO DEPARTURE

Julie Sterner
Diplomat Travel Services
1984 Issac Newton Square West, Suite 103
Reston, VA 20190

Diplomat Travel - (703) 318-9400
Julie's Direct line - (703) 563-1416 (1416 - Extension)
Toll-free Number - (800) 476-2333 -outside DC metro area

COURTYARD Marriott

**COURTYARD ROCHESTER WEST - GREECE**
**400 PADDY CREEK**
**ROCHESTER NY 14615**
**585-621-6050**

GUEST FOLIO

Thank you for selecting Courtyard by Marriott. We trust that your experience with us has included warm and gracious service, and the type of accommodations expected.

We look forward to serving you again on future trips. For additional reservations, call our toll-free reservation number, (800) 321 2211.

COURTYARD ROCHESTER WEST - GREECE Courtyard Staff

GUEST NAME RICHARD/O WOLF
1031 WILLOWLEAF WAY
POTOMAC MD MD 20854-2937

NOT GIVEN

ROOM 221 REGA
ROOM TYPE GENR 49628434
NO. OF GUESTS 2 696391A
RATE 159.00
CLERK BMM

ARRIVE 04Sep07 TIME 06:34p DEPART 05Sep07 TIME 08:23a FOLIO # 1A-69639A

| DATE | REFERENCE NUMBER | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|---|
| 04Sep07 | RB221 | ROOM CHARGE | 159.00 | |
| 04Sep07 | T1221 | COUNTY OCCUPANCY T | 9.54 | |
| 04Sep07 | RT221 | NYS SALES TAX | 12.72 | |
| 05Sep07 | FD263 | Restaurant Room Ch | 9.51 | |
| 05Sep07 | AX08:23AM | American Express | | 190.77- |

```
********************     *****************************************
* THIS CARD WAS    *     *  CARD #: AXXXXXXXXXXXX2059/XXXX       *
* ELECTRONICALLY   *     *  Amount:     190.77   Auth: 115041    *
* SWIPED ON 04Sep07 *    *       ** Signature on File **         *
********************     *****************************************
```

** BALANCE ** .00

Marriott Rewards Club Member: XXXXX0051. Retain this receipt for your records.

Get all your hotel bills by email by updating your Marriott Rewards Preferences. Or, ask the Front Desk to email your bill for this stay.

See "Internet Privacy Statement" on Marriott.com

GUEST SIGNATURE____________________

COURTYARD RESERVATIONS (800) 321 2211

The undersigned agrees to make immediate payment upon receipt of statement. In the event such payment is not made within 30 days after receipt of the original statement it is agreed that the hotel may impose a late payment charge at a rate of 1 1/2% per month [annual rate of 18%] or the maximum allowed by law, on the unpaid balance, and the reasonable cost of collection, including attorney's fees.

**Due in Full continued**

Amount $

## Due in Full Activity for RICHARD O WOLF

Card XXXX-XXXXX7-62059

| | | | | |
|---|---|---|---|---|
| 09/05/07 | MAIN TERMIANL 196545DULLES<br>7036615780<br>Description<br>PARKING FEES | <br><br>Price<br>72.00 | VA | 72.00 |
| 09/05/07 | COURTYARD 11A<br>Arrival Date<br>09/04/07<br>00000000 | ROCHESTER<br>Departure Date<br>09/05/07 | NY | 190.77 |

*Continued on next page*

**Sandy Morgan**

---

**From:** Waverley Salley
**Sent:** Thursday, September 06, 2007 3:09 PM
**To:** Sandy Morgan
**Subject:** FW: Check for Black Creek Video Productions

Is this what you got the cash for?

**Waverley D. Salley**
Moore & Lee, LLP
1750 Tysons Blvd., Ste. 1450
McLean, VA 22102
Tel: (703) 506-2050
Fax: (703) 506-2051
w.salley@mooreandlee.com

---

**From:** Kristine Taylor
**Sent:** Thursday, September 06, 2007 3:03 PM
**To:** Waverley Salley
**Subject:** Check for Black Creek Video Productions

Hi Waverly,

I need a check for $300 made payable to Black Creek Video Productions. This is for a videotaped deposition in the Bell – NIH 50 matter (125-012). They are sending us the video COD, and it should arrive around midday tomorrow, so if I could get the check before then that would be great.

Let me know if you have any questions.

Thanks,
Kristine

M&L
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, VA 22102
Tel. 703-506-2050 Fax 703-506-2051
home | practice areas | contact us | map
Offices in Metropolitan Washington, D.C., Florida & New York

**Confidentiality Notice:** The information contained in this email and any attachments may be legally privileged, confidential and/or otherwise exempt from disclosure and is intended only for the recipient named above. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachment for any purpose, nor disclose all or any part of the contents to any other person.

**IRS Circular 230 Disclosure:** As required by U.S. Treasury Regulations, we advise you that any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

Black Creek Video Productions 9/7/2007 11359

| | | |
|---|---|---|
| Client Expense | Videotape deposition | 300.00 |

PAYMENT RECORD

| | | |
|---|---|---|
| M&L Operating | Bell/NIH-50 Transcript | 300.00 |

545273 (1/07)