# EXHIBIT D2

 3261

Platt & Dawson, Inc.
10195 Main Street
Suite M
Fairfax, VA 22031
(703-) 591-0007 Fax (703) 591-2101

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 66154 | 03/24/2005 | 01-31981 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/10/2005 | BC01 | |

**CASE CAPTION**

BELL V. U.S.

**TERMS**

SEE REVERSE FOR TERMS AND CONDITIONS

RICHARD O. WOLF, ESQ.
MOORE & LEE
1750 TYSONS BLVD.
SUITE 1450
MCLEAN, VA 22102

Original and 1 copy of deposition of:
BRIAN TEMME 430.45

TOTAL DUE >>>> 430.45

THANK YOU FOR YOUR BUSINESS.
TRANSCRIPT DELIVERED 3/23/05

TAX ID NO. : 54-1374149

…/2005 (703) 506-2050 Fax (703) 506-2051

MOORE & LEE, 1

Platt
Depositi

M&L O

507851 (6/04)

902.70

PAYMENT RECORD

perating

902.70

[redacted]

3261

Platt & Dawson, Inc.
10195 Main Street
Suite M
Fairfax, VA 22031
(703-) 591-0007 Fax (703) 591-2101

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
| --- | --- | --- |
| 66176 | 03/24/2005 | 01-31980 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/03/2005 | P01 | |

**CASE CAPTION**

BELL V. U.S.

**TERMS**

SEE REVERSE FOR TERMS AND CONDITIONS

ROBERT D. WINDUS, ESQ.
MOORE & LEE
1750 TYSONS BLVD.
SUITE 1450
MCLEAN, VA 22102

Original and 1 copy of deposition of:
BARBARA TAYLOR 472.25

TOTAL DUE >>>> 472.25

THANK YOU FOR YOUR BUSINESS.

TRANSCRIPT MAILED 3/17/05.

TAX ID NO.: 54-1374149

(703) 506-2050 Fax (703) 506-2051

4/20/2005

902.70

MOORE & LEE, L

Platt

Depositi

M&L C

507881 (6/04)

PAYMENT RECORD

M&L Operating

902.70

 3066

Platt & Dawson, Inc.
10195 Main Street
Suite M
Fairfax, VA 22031
(703-) 591-0007 Fax (703) 591-2101

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 65950 | 02/28/2005 | 01-31977 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/24/2005 | P01 | |

| CASE CAPTION |
|---|
| BELL V. U.S. |

| TERMS |
|---|
| SEE REVERSE FOR TERMS AND CONDITIONS |

RICHARD O. WOLF, ESQ.
MOORE & LEE
1750 TYSONS BLVD.
SUITE 1450
MCLEAN, VA 22102

| | |
|---|---|
| 2-day expedited - Orig. and 1 copy of deposition of:<br>FRANK KUTLAK<br>ASCII DISK OR CD | 401.20 |
| TOTAL DUE >>>> | 401.20 |

THANK YOU FOR YOUR BUSINESS.
TRANSCRIPT E-MAILED 2/28/05.

TAX ID NO.: 54-1374149 (703) 506-2050 Fax (703) 506-2051

*Please detach bottom portion and return with payment.*

RICHARD O. WOLF, ESQ.
MOORE & LEE
1750 TYSONS BLVD.
SUITE 1450
MCLEAN, VA 22102

Invoice No.: 65950
Date : 02/28/2005
**TOTAL DUE : 401.20**

Job No. : 01-31977
Case No. :
BELL V. U.S.

Remit To: **Platt & Dawson, Inc.**
**10195 Main Street**
**Suite M**
**Fairfax, VA 22031**

3006

...tt & Dawson, Inc.
10195 Main Street
Suite M
Fairfax, VA 22031
(703-) 591-0007 Fax (703) 591-2101

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 65862 | 02/09/2005 | 01-31826 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/27/2005 | P01 | |
| **CASE CAPTION** | | |
| BELL/NIH 50 | | |
| **TERMS** | | |
| SEE REVERSE FOR TERMS AND CONDITIONS | | |

RICHARD O. WOLF, ESQ.
MOORE & LEE
1750 TYSONS BLVD.
SUITE 1450
MCLEAN, VA 22102

Original and 1 copy of deposition of:
COLIN A. DAIGLE
ASCII DISK OR CD — 405.65

**TOTAL DUE >>>>** 405.65

THANK YOU FOR YOUR BUSINESS.

TAX ID NO. : 54-1374149 (703) 506-2050 Fax (703) 506-2051

Dawsc
ition Transcr
MOORE & LEE,
Pla
Deposi
M&I
60788
1,201.00
3/1/2005
6973
1,201.00

PAYMENT RECORD

3066

...t & Dawson, Inc.
...195 Main Street
Suite M
Fairfax, VA 22031
(703-) 591-0007 Fax (703) 591-2101

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 65860 | 02/09/2005 | 01-31827 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/28/2005 | P01 | |

**CASE CAPTION**

BELL/NIH 50

**TERMS**

SEE REVERSE FOR TERMS AND CONDITIONS

RICHARD O. WOLF, ESQ.
MOORE & LEE
1750 TYSONS BLVD.
SUITE 1450
MCLEAN, VA 22102

| | |
|---|---|
| Original and 1 copy of deposition of: TED M. SCOTT — ASCII DISK OR CD | 795.35 |
| TOTAL DUE >>>> | 795.35 |

THANK YOU FOR YOUR BUSINESS.

TAX ID NO.: 54-1374149

(703) 506-2050 Fax (703) 506-2051

6973

eposition 1

MOORE & LEE,

Pla

Deposi

M&I

50788

3/1/2005

1,201.00

PAYMENT RECORD

)perating

1,201.00

4)

7079

3143

1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700 Fax 202.737.3638
www.acefederal.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 118877 | 03/11/2005 | 01-18149 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/18/2005 | HASSME | 03-1613C |

**CASE CAPTION**

Bell BCI Company v. United States

**TERMS**

Due upon receipt

Robert D. Windus, Esq.
Moore & Lee
1750 Tysons Boulevard
Suite 1450
McLean, VA 22102-4225

10 DAY DELIVERY - CERTIFIED TRANSCRIPT COPY OF:
Patrick Brannon

| | | |
|---|---|---|
| ASCII Disk - No Charge | 107 Pages @ 2.20/Page | 235.40 |
| Compressed Transc - N/C | | n/c |
| | | n/c |
| FedEx | | 22.00 |
| | TOTAL DUE >>>> | 257.40 |
| | AFTER 04/10/2005 PAY | 261.26 |

TAX ID NO.: 53-0261591

(703) 506-2050 Fax (703) 506-2051

MOORE & LEE, Acc Deposit

M&L

507881 (6

PAYMENT RECORD

M&L Operating 257.40

507881 (6/04)

3261

Court Reporters & Legal Videographers

ACE-FEDERAL
1120 G Street, N.W.
Washington, D.C. 20005
202.347.3700 Fax 202.737.3638
www.acefederal.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 118869 | 03/11/2005 | 01-18148 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/16/2005 | HASSME | 03-1613C |

**CASE CAPTION**

Bell BCI Company v. United States

**TERMS**

Due upon receipt

Richard O. Wolf, Esq.
Moore & Lee
1750 Tysons Boulevard
Suite 1450
McLean, VA 22102-4225

| | | |
|---|---|---|
| 10 DAY DELIVERY - CERTIFIED TRANSCRIPT COPY OF: | | |
| Jeremy Scott Bardin | 51 Pages @ 2.20/Page | 112.20 |
| ASCII Disk - No Charge | | n/c |
| Compressed Transc - N/C | | n/c |
| FedEx | | 22.00 |
| | TOTAL DUE >>>> | 134.20 |
| | AFTER 04/10/2005 PAY | 136.21 |

TAX ID NO. : 53-0261591

(703) 506-2050 Fax (703) 506-2051

MOORE & LEE, LL
Ace F
Depositior
M&L Ope
507881 (6/04)

PAYMENT RECORD

M&L Operating

134.20