United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

June 5, 2008

Richard O'Shea Wolf, Esq.

Moore & Lee, LLP

1750 Tysons Blvd., Suite 1450

McLean, VA 22102-4225

In re: Bell BCI Company .v. The United States, No. 03-1613 C

Dear Mr. Wolf:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated April 22, 2008, in favor of plaintiff.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Kyle Eric Chadwick, Esq., Dept. Of Justice