ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUN 18 2008
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BELL BCI COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1613C |
| | ) | (Judge Wheeler) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF APPEAL

Defendant, the United States, hereby appeals from the final judgment entered in this matter on April 22, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0476
Fax: (202) 305-7466

Attorneys for Defendant

June 18, 2008

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 18th day of June 2008, I caused the attached notice of appeal to be served by first class mail and e-mail courtesy (PDF) copy upon:

Richard O. Wolf
Moore & Lee, LLP
1750 Tysons Blvd., Suite 1450
McLean, VA 22102-4225

r.wolf@mooreandlee.com

[signature]