IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BELL BCI COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1613C |
| | ) | (Judge Wheeler) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO RESPOND TO PLAINTIFF'S BILL OF COSTS 28 DAYS AFTER FINAL AND UNAPPEALABLE JUDGMENT

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests the Court's permission to respond to the bill of costs filed on May 21, 2008, by plaintiff, Bell BCI Company ("Bell"), no later than 28 days after the date the judgment in this action becomes final and unappealable. This is our first such request. Richard O. Wolf, counsel of record for Bell, states that Bell does not oppose this motion.

Pursuant to RCFC 54(d)(1)(A), a prevailing party may file a bill of costs with the clerk "within 30 days after the date of final judgment, as defined in 28 U.S.C. § 2412(d)(2)(G)." The cited statute, in turn, defines a "final judgment" as a "judgment that is final and not appealable." Pursuant to RCFC 54(d)(1)(B), an opposing party has 28 days to respond to a bill of costs.

The Court entered judgment in Bell's favor on April 22, 2008. As noted, Bell filed its bill of costs on May 21, 2008. Twenty-eight days after that date is today, June 23, 2008. However, on June 18, 2008, the United States filed a timely notice of appeal. Because there is as yet no "final judgment" in this matter as defined by 28 U.S.C. § 2412(d)(2)(G) and RCFC 54, there is good cause to permit us to respond to Bell's bill of costs within 28 days of the date that

our appeal and any further proceedings in this case are concluded and are not susceptible to further review. Granting this motion will, among other things, obviate any dispute between the parties as to whether Bell filed its bill of costs prematurely.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0476
Fax: (202) 305-7466

Attorneys for Defendant

June 23, 2008

CERTIFICATE OF FILING

I certify that on June 23, 2008, the attached document was filed by means of the Court's electronic filing system. I understand that service is complete upon filing and that parties and others may access the filing through the Court's system.

s/Kyle Chadwick