# In the United States Court of Federal Claims

No. 03-1613C

(Filed: June 24, 2008)

| | |
|---|---|
| *************************************** | * |
| | * |
| BELL BCI COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

## ORDER

On June 23, 2008, counsel for Defendant filed an unopposed motion requesting that Defendant's response to Plaintiff's bill of costs, filed on May 21, 2008, be due no later than 28 days after the date the judgment in this case becomes final and unappealable. For good cause shown, Defendant's motion is GRANTED. Accordingly, Defendant's response shall be due within 28 days of the date that Defendant's appeal and any further proceedings in this case are concluded and no longer susceptible to further review.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge